IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEON HENDERSON ASKEW,

    Defendant.

_____

INDICTMENT
18 U.S.C. §§ 922(g)(1) and 924(c)(1)(A), 21 U.S.C. § 841(a)(1)

_____

    The Grand Jury charges:

Count One
18 U.S.C. § 922(g)(1)

    On or about April 1, 2011, in the State and District of Colorado, the defendant, LEON HENDERSON ASKEW, having been previously convicted of crimes punishable by imprisonment by a term exceeding one year, did unlawfully and knowingly possess a firearm, to wit: a Smith & Wesson, .357 caliber revolver, Model 340PD, in and affecting interstate commerce.

    The foregoing is in violation of Title 18, United States Code, Section 922(g)(1).

Count Two

21 U.S.C. § 841(a)(1)

On or about April 1, 2011, in the State and District of Colorado, the defendant, LEON HENDERSON ASKEW, did unlawfully, knowingly and intentionally possess with intent to create, distribute, or dispense, or possess with intent to distribute or dispense, approximately **23.25** grams of a mixture and substance purporting to be cocaine base (crack cocaine), and approximately **6.4** grams of a mixture and substance purporting to be cocaine, which is a controlled substance listed in Schedule II, Title 21, United States Code, Section 812, and the regulations enacted thereunder.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

## Count Three
18 U.S.C. § 924(c)(1)(A)

On or about April 1, 2011, in the State and District of Colorado, the defendant, LEON HENDERSON ASKEW, did unlawfully and knowingly carry, possess, and use firearms, during and in relation to a drug trafficking crime, and in furtherance of such crime, for which he may be prosecuted in a court of the United States, that is, as described in Count Two.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL

Ink signature on file in the Clerk's Office
FOREPERSON

JOHN F. WALSH
United States Attorney


BY:  s/ Kurt J. Bohn
KURT J. BOHN
Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Telecopier: (303) 454-0403
E-mail: kurt.bohn@usdoj.gov