DEFENDANT:     LEON HENDERSON ASKEW

YOB:           1972

ADDRESS:       Colorado Springs, CO

COMPLAINT FILED?  _____ YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? _____ YES   __X__ NO

    IF NO, A NEW WARRANT IS REQUIRED

OFFENSE:       Count One: Felon in possession of a firearm, 18 U.S.C. § 922(g)(1).
              Count Two: Distribution of a controlled substance,
              21 U.S.C. § 841(a)(1).
              Count Three: Possession of a firearm during drug trafficking,
              18 U.S.C. § 924(c)(1)(A).

LOCATION OF OFFENSE:     El Paso County, Colorado

PENALTY:       Count One:  NMT 10 years imprisonment, up to a $250,000 fine or both, NMT 3 years supervised release, and a $100.00 special assessment fee.

              Count Two:  NMT 5 years imprisonment, up to a $250,000.00 fine or both, NLT 2 years and NMT 3 years supervised release, and a $100.00 special assessment fee.

              Count Three:  NLT 5 years and up to imprisonment for life, up to a $250,000 fine, or both; NMT 3 years supervised release, and a $100 special assessment fee.

AGENT:         Roy Diztler, Task Force Officer,
              Colorado Springs, Colorado

AUTHORIZED BY:     Kurt J. Bohn

Assistant United States Attorney

ESTIMATED TIME OF TRIAL:

__X__ five days or less
_____ over five days

THE GOVERNMENT

__X__ will seek detention in this case
_____ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:    _____ Yes        __X__ No