AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| 1. LEON HENDERSON ASKEW, | ) | Case No. 11-cr-00184-WYD |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   LEON HENDERSON ASKEW,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Possession of Firearm of Previously Convicted Felon, in Violation of Title 18 U.S.C., Section 922(g)(1);
Possession of Firearm, During and in Relation to Drug Trafficking Crime, in Violation of
Title 18 U.S.C., Section 924(c)(1)(A);
Possession of Controlled Substance with Intent to Distribute, in Violation of Title 21 U.S.C., Section 841(a)(1).

Date: 05/02/2011                                                          s/ M.J. Garcia
                                                                    *Issuing officer's signature*

City and state:   Denver, CO                                  Gregory C. Langham, Clerk, U.S. District Court
                                                                    *Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

                                                                    *Arresting officer's signature*

                                                                    *Printed name and title*