IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 11-cr-00184-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**1.**    **LEON HENDERSON ASKEW**,

       Defendant.
_____

**NOTICE OF APPEARANCE**
_____

The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

       Respectfully submitted,

       RAYMOND P. MOORE
       Federal Public Defender


       s/ LaFonda R. Jones
       LAFONDA R. JONES
       Assistant Federal Public Defender
       633 Seventeenth Street, Suite 1000
       Denver, Colorado  80202
       Telephone:   (303) 294-7002
       FAX:            (303) 294-1192
       LaFonda.Jones@fd.org
       Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2011, I electronically filed the foregoing

**NOTICE OF APPEARANCE**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Kurt Bohn
Assistant U.S. Attorney
Email: kurt.bohn@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. Leon Henderson Askew *(Via U.S. Mail)*

> s/ LaFonda R. Jones
> LAFONDA R. JONES
> Assistant Federal Public Defender
> 633 Seventeenth Street, Suite 1000
> Denver, Colorado  80202
> Telephone:   (303) 294-7002
> FAX:            (303) 294-1192
> LaFonda.Jones@fd.org
> Attorney for Defendant