IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.  11-cr-00184-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**1.    LEON HENDERSON ASKEW**,

       Defendant.

_____

**UNOPPOSED MOTION TO CONTINUE TRIAL DUE TO ENDS OF JUSTICE**
_____

       COMES NOW the defendant, Leon Askew, by and through Assistant Federal Public Defender LaFonda Jones and moves this Court to find that the ends of justice dictate a continuance of the trial of at least 30 days and to vacate the trial date presently scheduled for Monday, December 5, 2011 and to set a date for a final pretrial conference.  Defense counsel does not anticipate the filing of any pretrial motions in this case, however, there will be some In Limine Motions which will need to be decided before the trial.  In support of said request, defense counsel states the following:

       1.    Mr. Askew is charged in 3-count indictment with being a Felon in Possession of a Firearm (18 U.S.C. § 922(g)), Possession with Intent to Distribute Crack Cocaine (21 U.S.C. 841 (a)(1)), and Possession of a Firearm in Furtherance of a Drug Trafficking Crime (18 U.S.C. §  924(c)).

       2.    Defense counsel was appointed to this case in October and met with her client before his arraignment on October 4, 2011.  Due to being sick with the flu and

then experiencing the unexpected death of a close friend, defense counsel was mostly out of the office on sick leave (other than to attend matters in court which were already set) during the month of October.  Once defense counsel was healthy, she began working on her cases.  Defense counsel mistakenly believed she had discussed this case with her client and she therefore engaged in plea negotiations with the government.  It was not until defense counsel went to see her client to relay the offer that she realized that she had not met with her client other than on the day of his arraignment.  Mr. Askew wishes to go to trial on his case and defense counsel needs additional time to adequately prepare to defend this case at trial.

3. This case arises out of Colorado Springs.  There is at least one potential witness who may have exculpatory information that would benefit Mr. Askew's defense, however, defense counsel needs time locate, interview, and decide whether to subpoena this witness.  Counsel moves this court to find that the ends of justice will be best served by granting a continuance of the trial and that those ends of justice outweigh the best interests of the public pursuant to 18 U.S.C. § 3161(h)(8)(A).

4. Without additional time counsel is certain that she would not be able to provide effective assistance of counsel to Mr. Askew because she would not be fully prepared to go to trial on the current date of December 5, 2011.  The failure to grant a continuance of the trial date could well result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(B)(I).

5. Additionally, failure to grant such a continuance would deny counsel for Mr. Askew  the reasonable time necessary for the effective preparation of this case taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).

6. This request is not sought due to a lack of diligent preparation. 18 U.S.C. § 3161(h)(8)(C).

7. AUSA Kurt Bohn does not contest this continuance request.

WHEREFORE, Mr. Askew moves this Court to grant the motion, vacate the trial date scheduled for December 5, 2011 and to set a new trial date.

        Respectfully submitted,

        RAYMOND P. MOORE
        Federal Public Defender


        s/ LaFonda R. Jones
        LAFONDA R. JONES
        Assistant Federal Public Defender
        633 Seventeenth Street, Suite 1000
        Denver, Colorado 80202
        Telephone: (303) 294-7002
        Facsimile: (303) 294-1192
        LaFonda_Jones@fd.org
        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2011, I electronically filed the foregoing

**UNOPPOSED MOTION TO CONTINUE TRIAL DUE TO ENDS OF JUSTICE**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Kurt Bohn, Assistant United States Attorney
    kurt.bohn@usdoj.gov


and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Mr. Leon Askew *(Via U.S. Mail)*


    s/ LaFonda R. Jones
    LAFONDA R. JONES
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado  80202
    Telephone:   (303) 294-7002
    Facsimile:    (303) 294-1192
    LaFonda_Jones@fd.org
    Attorney for Defendant