IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.  11-cr-00184-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**1.**    **LEON HENDERSON ASKEW**,

       Defendant.

_____

**UNOPPOSED AMENDED MOTION TO
CONTINUE TRIAL DUE TO ENDS OF JUSTICE**
_____

COMES NOW the defendant, Leon Askew, by and through Assistant Federal Public Defender LaFonda Jones and files this amended motion to request this Court to find that the ends of justice dictate a continuance of the trial of at least 60 days (instead of the 30 days requested in Document #10 which was filed on November 25, 2011) and to vacate the trial date presently scheduled for Monday, December 5, 2011 and to set a date for a final pretrial conference.  In addition to the reasons set forth in the initial motion, defense counsel adds the following:

1.    While Mr. Askew is charged in 3-count indictment with being a Felon in Possession of a Firearm (18 U.S.C. § 922(g)), Possession with Intent to Distribute Crack Cocaine (21 U.S.C. 841 (a)(1)), and Possession of a Firearm in Furtherance of a Drug Trafficking Crime (18 U.S.C. §  924(c)), this is case is one of constructive possession of a firearm and controlled substances and not one involving any alleged direct sales of controlled substances.

2.     The discovery suggests the evidence is that Mr. Askew was arrested and charged with the above counts based on controlled substances and a firearm that was found in a hotel room that was occupied by Mr. Askew and at least one other unknown person.  Law enforcement visually saw another person in the hotel room, but that person was not apprehended and later left the room when law enforcement officials chased Mr. Askew.

3.     The discovery suggests that the case against Mr. Askew was built after law enforcement officials interviewed 5 or 6 witnesses, who each contributed to shoring up the government's position that the items found belonged to Mr. Askew.  This case arises out of Colorado Springs.  As previously stated, there is at least one potential witness who may have exculpatory information that would benefit Mr. Askew's defense, however, defense counsel needs time locate, interview, and decide whether to subpoena this witness.  Counsel moves this court to find that the ends of justice will be best served by granting a continuance of the trial and that those ends of justice outweigh the best interests of the public pursuant to 18 U.S.C. § 3161(h)(8)(A).

4.     Defense counsel is requesting 60 days now because she learned that her investigator will be assisting another attorney in our office who is going to trial on a fraud case starting on December 5, 2011 and therefore, her availability to assist with the investigation in this case may be delayed by a week.  Without additional time counsel is certain that she would not be able to provide effective assistance of counsel to Mr. Askew because she would not be fully prepared to go to trial without being able to locate and interview the witnesses and to decide which witnesses to subpoena.  The

failure to grant a continuance of the trial date could well result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(B)(I).

     5.    Additionally, failure to grant such a continuance would deny counsel for Mr. Askew  the reasonable time necessary for the effective preparation of this case taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).

     6.    This request is not sought due to a lack of diligent preparation.  18 U.S.C. § 3161(h)(8)(C).

     7.    AUSA Kurt Bohn does not contest this continuance request.

    WHEREFORE, Mr. Askew moves this Court to grant the motion to continue for at least 60 days, vacate the trial date scheduled for December 5, 2011 and to set a new trial date.

Respectfully submitted,

RAYMOND P. MOORE
Federal Public Defender


s/ LaFonda R. Jones
LAFONDA R. JONES
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:   (303) 294-7002
Facsimile:     (303) 294-1192
LaFonda_Jones@fd.org
Attorney for Defendant

3

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2011, I electronically filed the foregoing

**AMENDED UNOPPOSED MOTION TO CONTINUE
TRIAL DUE TO ENDS OF JUSTICE**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Kurt Bohn
Assistant United States Attorney
Email:  kurt.bohn@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. Leon Askew *(Via U.S. Mail)*

s/ LaFonda R. Jones
LAFONDA R. JONES
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:   (303) 294-7002
Facsimile:    (303) 294-1192
LaFonda_Jones@fd.org
Attorney for Defendant

4