IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  11-cr-00184-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  LEON HENDERSON ASKEW,

    Defendant.

## PROPOSED ORDER

THE COURT having considered the Government's Motion to Disclose Grand Jury Material to Defendant; and being fully advised in the matter hereby GRANTS the Motion.

It is ORDERED that the Government's Motion shall be GRANTED.  Pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i), the Government is hereby authorized to produce related transcripts and exhibits in this matter to the Defendant.

DATED this _____ day of December, 2011.

                                          BY THE COURT:

                                          CHIEF JUDGE WILEY Y. DANIEL
                                          U.S. DISTRICT JUDGE