IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 11-cr-00184-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    **LEON HENDERSON ASKEW,**

        Defendant.
_____

**MOTION FOR DISCLOSURE PURSUANT TO
RULE 404(b) FEDERAL RULES OF EVIDENCE**
_____

        COMES NOW the defendant Leon Askew, by and through undersigned counsel, LaFonda Jones, and pursuant to F.R.E. 404(b), hereby moves this Court for the entry of an Order compelling and directing the government to disclose the following information to defense counsel:

        1.    Any evidence the government intends to introduce against Leon Askew regarding prior or subsequent criminal conduct and/or "bad acts" which are not charged in the Indictment herein; and

        2.    Any evidence the government intends to introduce against Leon Askew pursuant to Rule 404(b) of the Federal Rules of Evidence;

WHEREFORE, defendant Leon Askew prays for the relief requested in this motion.

>Respectfully submitted,
>
>RAYMOND P. MOORE
>Federal Public Defender
>
>
>s/ LaFonda R. Jones
>LaFONDA R. JONES
>Assistant Federal Public Defender
>633 Seventeenth Street, Suite 1000
>Denver, Colorado  80202
>Telephone:   (303) 294-7002
>Facsimile:    (303) 294-1192
>LaFonda_Jones@fd.org
>Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2011, I electronically filed the foregoing

**MOTION FOR DISCLOSURE PURSUANT TO
RULE 404(b) FEDERAL RULES OF EVIDENCE**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Kurt Bohn

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Mr. Leon Askew        *(Via U.S. Mail)*

    s/ LaFonda R. Jones
    LaFONDA R. JONES
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado  80202
    Telephone:   (303) 294-7002
    Facsimile:     (303) 294-1192
    LaFonda_Jones@fd.org
    Attorney for Defendant