IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 11-cr-00184-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**LEON HENDERSON ASKEW**,

       Defendant.
_____

**MOTION FOR EARLY DISCLOSURE OF JENCKS MATERIAL**
_____

COMES NOW defendant Leon Askew, by and through counsel LaFonda Jones, and hereby moves the Court for the entry of an Order directing the government to disclose all statements and reports within the meaning of the Jencks Act, 18 U.S.C. §3500, and states as follows:

1.    Production of the statements of all witnesses against the defendant in sufficient time to allow the defendant to prepare his defense is necessary to protect the defendant's Constitutional rights to due process of law, speedy trial, confrontation and cross-examination of witnesses and the effective assistance of counsel.

2.    The Federal Judiciary has the inherent power to require the government to produce the previously reported statements of its witnesses so that the defense may have the full benefit of cross examination and the truth fining process may be enhanced.  *United States v. Noble,* 422 U.S. 225 (1975).  This power was incorporated into the Jencks Act, 18 U.S.C. § 3500, and subsequently into rule 26.2 of the Federal Rules of Criminal Procedure.

3.      Leon Askew requests that all statements as defined in Fed.R.Crim.P. 26.2(f) be produced.  Rule 26.2(f) defines statements as follows: (1) a written statement made by the witness that is signed or otherwise adopted or approved by him; (2) a substantially verbatim recital of an oral statement made by the witness that is recorded contemporaneously with the making of the oral statement and that is contained in a stenographic, mechanical, electrical or other recording or a transcription thereof, or (3) a statement, however taken or recorded, or a transcription thereof, made by the witnesses to the grand jury.

4.      Leon Askew also requests the notes and memorandum made by government counsel during the interview of the witnesses against him.  *Goldberg v. United States,* 425 U.S. 94 (1976).

5.      Although Rule 26.2(f) makes mandatory disclosure of statements only after a witness testifies on direct examination, the Advisory Committee Notes following the rule make clear "the rule is not intended to discourage the practice of voluntary disclosure at an earlier time so as to avoid delays at trial."  Indeed, it has been held to be reversible error not to order disclosure in sufficient time to allow for adequate trial preparation.  *United States v. Holmes,* 722 F.2d 37 (4th Cir. 1983).

6.      To withhold such statements and other evidence until the government witness has completed their direct examination will cause unwarranted disruptions in trial and will deny the Defendant the ability to adequately and fairly defend against the charges alleged herein.

2

7.      Leon Askew requests the disclosure of such statements prior to trial in this matter so that he may adequately and effective understand the evidence against him and which will allow him to adequately and effectively prepare his defense at trial.

WHEREFORE, Defendant Leon Askew respectfully requests this Court to enter an order pursuant to the above request.

Respectfully submitted,

RAYMOND P. MOORE
Federal Public Defender


s/ LaFonda R. Jones
LaFONDA R. JONES
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:   (303) 294-7002
Facsimile:    (303) 294-1192
LaFonda_Jones@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2011, I electronically filed the foregoing

**MOTION FOR EARLY DISCLOSURE OF JENCKS MATERIAL**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Kurt Bohn
Assistant U.S. Attorney
Email: kurt.bohn@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/EC. participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. Leon Askew *(Via U.S. Mail)*

s/ LaFonda R. Jones
LaFONDA R. JONES
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:   (303) 294-7002
Facsimile:     (303) 294-1192
LaFonda_Jones@fd.org
Attorney for Defendant