IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE WILEY Y. DANIEL

Case No. 11-cr-00184-WYD           Date: January 17, 2012

Case Title: United States v. Leon Henderson Askew

      Plaintiff        WITNESS LIST
(Plaintiff/Defendant)

| WITNESS | DATE(S) TESTIFIED |
|---|---|
| Andrew Thompson | To Be Determined (TBD) |
| Don Hoffman | TBD |
| Buddy Newton | TBD |
| John Sarkisian | TBD |
| Gregory White | TBD |
| John Paul David | TBD |
| Tim D. McKibben | TBD |
| Roy Ditzler | TBD |
| Sarah Pelton | TBD |
| Allison Marie Harvey | TBD |
| Hayley Womack | TBD |
| Stephanie Ross | TBD |
| Lacey Sellars | TBD |
| Joy Terrazas | TBD |
| Dumisai Hockaday | TBD |
| Dempsey Brooks | TBD |

-1-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE WILEY Y. DANIEL

Case No. 11-cr-00184-WYD          Date: January 17, 2012

Case Title: United States v. Leon Henderson Askew

Plaintiff          WITNESS LIST
(Plaintiff/Defendant)

| WITNESS | DATE(S) TESTIFIED |
|---|---|
| James Carringer | TBD |
| Ian Asher Conner | TBD |
| Thea Quintanilla | TBD |
| Ursulee Herried | TBD |

-2-