IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00184-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEON HENDERSON ASKEW,

    Defendant.
_____

GOVERNMENT'S PROPOSED QUESTIONS FOR JUROR VOIR DIRE
_____

The United States of America, by and through John F. Walsh, United States Attorney, and Kurt J. Bohn, Assistant United States Attorney, submits the following voir dire.

    1. Do any of you own a firearm, of any type?

        What type is it?

        What purpose do you have it for?  (Sport, protection, hunting)

    2.  Has anyone either personally or perhaps a family member or close friend had any incidences that involved a firearm?

    3.  There are laws that restrict the possession of certain firearms by individuals. Does anyone here believe that it is wrong to restrict a person's ability to possess certain types of firearms?

1

4. This matter alleges the distribution of narcotics. Has anyone either personally or perhaps a family member or close friend had any incidences that involve a narcotic addiction or arrest?

5. This matter was investigated by members of the El Paso County Sheriff's Office and Bureau of Alcohol, Tobacco, and Firearms, or ATF. Has anyone had any encounters with members from EPSO? How about ATF?

6. Alright, because this case involves cops and investigations, I have to ask about police shows on TV. Who watches police shows?

    What shows do you watch?

    What is it that you like about that show?

    They always solve the crime, don't they? And usually within an hour - don't count on that here, let's see, we'll be home by noon!

    Do you all agree that real world investigations don't unfold like they do on TV?

7. More specifically, let me ask you about the show CSI. Does anyone watch CSI?

    Now I understand that there are different versions of that show right, CSI Las Vegas, Miami, New York?

    Which do you watch _____?

    Ok, what is it about that show that you like?

To tell you the truth I have only seen the show a few times, and in one of the episode that I saw, the lab tech came in the room and said she had found a partial fingerprint INSIDE a Visine contact solution bottle and matched it to the suspect.

How realistic do you think that is_____?

I've heard one person describe that type of sensational investigation to being like a scene in the Star Trek movie, when they get "transported" all over the place, it would be really cool, but just doesn't work like that.

What is it about that type of technology do you think people like?

And how about you?

You know back in my youth, the TV shows were westerns and the sheriff would look at the horse's hoof prints at the scene and match them up with the horse and figure out who done it.  Would you _____ agree that tried and true investigation techniques can be relied upon?

   8.  Speaking of tried and true methods of investigations, let's talk about actual eye witness testimony.

Is there anything about a person's job position that might make you believe or disbelieve that person's actual eye witness testimony?

You know that was a little awkward, let me put it this way, in this matter, there will be several witnesses who will testify as to what they saw on the evening in question, including law enforcement and people who may or may not have consumed

3

narcotics at the time of certain events.  Is there anyone who believes that just because a witness is in law enforcement or has an interest in law enforcement that their testimony is somehow more questionable?

Is there anyone who believes that just because a witness may or may not use narcotics that they are unable to testify truthfully?

9.  Have any prospective jurors, relatives, or close friends ever been the **victim** of a crime?  If so, what was the crime?  If you would prefer not to speak in open Court, this information can be handled privately.  Would anything about that experience affect your ability to be fair and impartial in this case?

10.  Have any prospective jurors, or relatives, or close friends ever been **convicted** of a crime?  If so, what was the crime?  Was the case resolved in a trial or by plea of guilty?  What sentence was imposed?  Would that experience interfere with your ability to decide this case fairly and impartially?

11.  Have you or any members of your family ever been engaged in a lawsuit against the United States government?

12.  Have you or any member of your family ever had any experience with law enforcement or the courts that would cause you to be biased against them?

13.  Have you previously been called to jury service?  Did you actually sit as a juror?  Civil or criminal case? What jurisdiction?  What was your verdict?  Did you serve as the foreperson?

14. Could you please tell me where your spouse/significant other is employed now, or where they worked most recently?

15. Tell us what hobbies you have?

16. What do you read? Newspapers or magazines?

17. What television shows do you watch regularly?

Dated this 16th day of December, 2011.

                Respectfully submitted,

                JOHN F. WALSH
                United States Attorney

                By: *s/Kurt J. Bohn*
                Kurt J. Bohn
                Assistant United States Attorney
                1225 Seventeenth Street, Suite 700
                Denver, Colorado 80202
                Telephone: (303) 454-0100
                Facsimile: (303) 454-0406
                E-mail: Kurt.Bohn@usdoj.gov

                ATTORNEY FOR THE UNITED STATES

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CERTIFICATE OF SERVICE (CM/ECF)**

     I hereby certify that on 16 December 2011, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following e-mail address:

     LaFonda Jones
     lafonda_jones@fd.org

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the nonparticipant's name:

     None.

     s/Kurt J. Bohn
     Kurt J. Bohn
     Attorney for Defendant United States
     United States Attorney's Office
     1225 Seventeenth Street, Suite 700
     Denver, CO 80202
     Telephone: (303) 454-0100
     Fax: (303) 454-0403
     E-mail: kurt.bohn@usdoj.gov