IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  11-cr-00184-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  LEON HENDERSON ASKEW,

    Defendant.

---

### UNITED STATES' AMENDED MOTION TO DISCLOSE
### GRAND JURY MATERIAL TO DEFENDANT

---

    The United States of America, by and through its undersigned counsel, respectfully moves the Court, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i), for an order authorizing the United States to disclose grand jury materials, including testimony and exhibit, to the defendant and his attorney, as part of discovery in this case, on the terms and conditions outlined below.

    AS GROUNDS for this amended motion, the United States states as follows:

    1.    Fed. R. Crim. P. 6(e), with various exceptions, prohibits the disclosure of "matters occurring before the grand jury."

    2.    The United States has previously produced significant discovery to the defendant with the exception of grand jury materials including transcripts and exhibits.

3.      Fed. R. Crim. P. 6(e)(3)(E)(i) allows for Court-authorized disclosure of matters occurring before a grand jury, when such disclosure is "preliminarily to or in connection with a judicial proceeding."

4.      The pending case against the defendant is a "judicial proceeding" and the requested disclosure is "in connection with" such proceeding.  The United States wishes to provide this additional discovery, but can only do so with the Court's approval.

5.      Since the grand jury proceedings (and the related transcripts and exhibits) remain secret, the United States moves that disclosure only be allowed for purposes of defending this case, and that such disclosure only be made to the defendant and his attorney; that such transcripts and exhibits be maintained in the defense attorney's custody; that such materials shall not be reproduced or disseminated; and that such materials be returned to the United States at the end of this case.

WHEREFORE, the United States requests that the Court authorize the disclosure of grand jury materials, including testimony and exhibits, to the defendant and his attorney, in the course of providing discovery in this case, on the terms and conditions outlined above.

Respectfully submitted this 16th day of December, 2011.

            JOHN F. WALSH
            United States Attorney


      By:  s/Kurt J. Bohn
          KURT J. BOHN
          Assistant U.S. Attorney
          1225 17th Street, Suite 700
          Denver, Colorado  80202
          Telephone:  303-454-0100
          Fax:  303-454-0403
          Email:  kurt.bohn@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this __16th__ day of December, 2011, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

**LaFonda Jones**
Email:	Lafonda_Jones@fd.org

                        s/Denise Guerra
                        DENISE GUERRA
                        United States Attorney's Office
                        1225 17th Street, Suite 700
                        Denver, Colorado  80202
                        Telephone:  303-454-0100
                        Fax:  303-454-0400
                        Email:  denise.guerra@usdoj.gov