IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 11-cr-00184-WYD

UNITED STATES OF AMERICA,

  Plaintiff,

v.

**LEON HENDERSON ASKEW,**

  Defendant.

_____

**DEFENDANT LEON ASKEW'S PROPOSED VOIR DIRE QUESTIONS**
_____

  In addition to the Court's customary voir dire, defendant Leon Askew, through counsel, requests that he be allowed to conduct voir dire and personally question jurors or in the alternative that the Court ask the potential jurors the following questions. Mr. Askew believes that the following subject areas and questions are necessary in order to effectively exercise his challenges for cause as well as effectively use his peremptory challenges.

**Race:**

  1. Have you, a family member, or close friend had any negative experiences with an African American person? If so, what was the experience; would it prevent you from being a fair and impartial juror in this case?

  2. Do any of you have any preconceived notions or ideas about African Americans and selling of drugs and/or using firearms?

**Nontestifying Defendant:**

      3.      Mr. Askew has pled not guilty to this charge. How many of you feel you would like to hear his side of the story?  How strongly do you feel about needing to hear Mr. Askew testify?

      4.      What are your thoughts about whether or not a person charged with a crime should testify?

      5.      If Mr. Askew does not testify, would you hold that against him?

      6.      Do you understand that Mr. Askew does not have to testify at trial and nothing can be inferred from him not testifying?

      7.      In a criminal case, a person charged with a crime is not required to explain his side of the case.  This is because the burden of proof rests entirely on the government to prove its case beyond a reasonable doubt.  Is there any possibility that you might hold it against Mr. Askew if he chooses not to testify?

**Drugs:**

As you have heard, this case involves drugs, specifically crack cocaine, and a firearm. Drugs are pretty pervasive in our communities whether it is cocaine, crack cocaine, methamphetamine, oxycontin or any other number of drugs:

      8.      Anyone with close friends or relatives who are suffering with addiction to drugs?

      9.      Anyone with close friends or relatives who have been accused of selling drugs?

10. Anyone been the victim of a crime only to find out later that the person was an addict or someone who sold drugs?

11. Anything about your experience which would prevent you from being about to be fair and impartial in this case?

**Guns:**

12. Any of you own any guns?

13. What are some of the reasons you own guns?

14. Any of you refuse to own guns?

15. What are some of the reasons you refuse to own guns?

**Credibility:**

As the jury you get to determine the facts of the case, you will determine whether to believe some, all, or none of what a witness says on the stand:

16. Is there anyone because of your own values or religious beliefs feel that you would not be able to make this sort of determination about a person's testimony?

          Respectfully submitted,

          RAYMOND P. MOORE
          Federal Public Defender

          s/ LaFonda R. Jones
          LaFonda R. Jones
          Assistant Federal Public Defender
          633 17th Street, Suite 1000
          Denver, CO  80202
          Telephone:  (303) 294-7002
          FAX:  (303) 294-1192
          LaFonda.Jones@fd.org
          Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2011, I electronically filed the foregoing

**DEFENDANT LEON ASKEW'S PROPOSED VOIR DIRE QUESTIONS**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Kurt Bohn
    Assistant U.S. Attorney
    Email: kurt.bohn@usdoj.gov


and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Mr. Leon Askew *(Via U.S. Mail)*

                                    s/ LaFonda R. Jones
                                    LaFonda R. Jones
                                    Assistant Federal Public Defender
                                    633 17th Street, Suite 1000
                                    Denver, CO  80202
                                    Telephone:  (303) 294-7002
                                    FAX:  (303) 294-1192
                                    LaFonda.Jones@fd.org
                                    Attorney for Defendant