**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
WILEY Y. DANIEL, CHIEF JUDGE**

Criminal Case No. 11-cr-00184-WYD-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  LEON HENDERSON ASKEW,

    Defendant.

---

**VERDICT FORM**

---

**COUNT ONE**

We, the jury, upon our oaths, unanimously find the defendant, LEON HENDERSON ASKEW, in Count One of the indictment:

    \_\_\_\_ Not Guilty

    \_\_\_\_ Guilty

**COUNT TWO**

We, the jury, upon our oaths, unanimously find the defendant, LEON HENDERSON ASKEW, in Count Two of the indictment:

    \_\_\_\_ Not Guilty

    \_\_\_\_ Guilty

If you, the jury, found the defendant guilty of Count Two, answer the following question before proceeding to Count Three. If not, then proceed to Count Three:

We, the jury, find that the defendant, LEON HENDERSON ASKEW wrongfully possessed _____ *[amount]* of cocaine.

We, the jury, find that the defendant, LEON HENDERSON ASKEW wrongfully possessed _____ *[amount]* of cocaine base (crack).

## **COUNT THREE**

We, the jury, upon our oaths, unanimously find the defendant LEON HENDERSON ASKEW, in Count Three of the indictment:

_____ Not Guilty

_____ Guilty

To find the defendant LEON HENDERSON ASKEW guilty of Count Three you must unanimously agree as to at least one of the following theories:

A.    as to the offense of Carrying or Using a Firearm During and in Relation to a Drug Trafficking Crime in Count Two of the indictment:

_____ Not Guilty

_____ Guilty

   B. as to the offense of Possession of a Firearm in Furtherance of a Drug Trafficking Offense in Count Two of the indictment:

     _____ Not Guilty

     _____ Guilty

     _____
     FOREPERSON

     Dated this _____ day of _____, 2012.