**EXHIBIT LIST**

CASE NO.   11-cr-00184-WYD       PLAINTIFF'S LIST    X     DEFENDANT'S LIST_____    THIRD PTY DEFTS. LIST_____

CASE CAPTION   UNITED STATES   vs.   LEON HENDERSON ASKEW       PAGE NO.   1     DATE   January 17, 2012

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO/LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | Photo of door | | | | | | | |
| 2 | | Photo of room 439 door | | | | | | | |
| 3 | | Photo of room from doorway | | | | | | | |
| 4 | | Photo of room from inside | | | | | | | |
| 5 | | Photo of room from bathroom | | | | | | | |
| 6 | | Photo of bed near door | | | | | | | |
| 7 | | Photo of night stand | | | | | | | |
| 8 | | Photo of bed near bathroom | | | | | | | |
| 9 | | Photo of backpack | | | | | | | |

**EXHIBIT LIST**

CASE NO.   11-cr-00184-WYD     PLAINTIFF'S LIST   X     DEFENDANT'S LIST_____   THIRD PTY DEFTS. LIST_____

CASE CAPTION   UNITED STATES   vs.   LEON HENDERSON ASKEW     PAGE NO.   2     DATE   January 17, 2012

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10 | | Photo of backpack right side | | | | | | | |
| 11 | | Photo of backpack left side | | | | | | | |
| 12 | | Photo of ID on doorside bed | | | | | | | |
| 13 | | Photo of items on bathroom side bed | | | | | | | |
| 14 | | Close up photo of items on bathroom side bed | | | | | | | |
| 15 | | Close up photo of items in backpack | | | | | | | |
| 16 | | Phot of firearm in green pouch | | | | | | | |

**EXHIBIT LIST**

CASE NO.   11-cr-00184-WYD     PLAINTIFF'S LIST    X     DEFENDANT'S LIST_____   THIRD PTY DEFTS. LIST_____

CASE CAPTION   UNITED STATES   vs.   LEON HENDERSON ASKEW     PAGE NO.   3     DATE   January 17, 2012

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 17 | | Photo of firearm with chamber opened | | | | | | | |
| 18 | | Photo of ammunition from firearm | | | | | | | |
| 19 | | Photo of firearm Smith & Wesson | | | | | | | |
| 20 | | Photo of cocaine bags | | | | | | | |
| 21 | | Photo: Close up of items in backpack with Firearm | | | | | | | |
| 22 | | Photo: Close up of items in backpack with scales | | | | | | | |

**EXHIBIT LIST**

CASE NO.  11-cr-00184-WYD      PLAINTIFF'S LIST   X      DEFENDANT'S LIST_____   THIRD PTY DEFTS. LIST_____

CASE CAPTION   UNITED STATES   vs.   LEON HENDERSON ASKEW      PAGE NO.  4      DATE   January 17, 2012

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 23 | | Photo: Close up of narcotics | | | | | | | |
| 24 | | Photo: Close up of money | | | | | | | |
| 25 | | Photo: Close up of knives | | | | | | | |
| 26 | | Photo: Nightstand open | | | | | | | |
| 27 | | Firearm: Smith and Wesson | | | | | | | |
| 28 | | Photo: Firearm - Air Lite | | | | | | | |
| 29 | | Photo: Firearm - Air Lite close up | | | | | | | |
| 30 | | Photo: Firearm - serial number | | | | | | | |
| 31 | | Ammunition | | | | | | | |

**EXHIBIT LIST**

CASE NO.   11-cr-00184-WYD      PLAINTIFF'S LIST    X      DEFENDANT'S LIST_____   THIRD PTY DEFTS. LIST_____

CASE CAPTION   UNITED STATES   vs.   LEON HENDERSON ASKEW      PAGE NO.   5      DATE   January 17, 2012

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 32 | | Photo: Ammunition | | | | | | | |
| 33 | | Methamphetamine | | | | | | | |
| 34 | | Photo: Methamphetamine | | | | | | | |
| 35 | | Crack cocaine | | | | | | | |
| 36 | | Photo: Crack cocaine | | | | | | | |
| 37 | | Powder cocaine | | | | | | | |
| 38 | | Photo: Powder cocaine | | | | | | | |
| 39 | | Marijuana | | | | | | | |
| 40 | | Photo: Marijuana | | | | | | | |
| 41 | | 10 pills - Ecstasy | | | | | | | |

**EXHIBIT LIST**

CASE NO.   11-cr-00184-WYD         PLAINTIFF'S LIST    X         DEFENDANT'S LIST_____         THIRD PTY DEFTS. LIST_____

CASE CAPTION   UNITED STATES   vs.   LEON HENDERSON ASKEW         PAGE NO.   6         DATE   January 17, 2012

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 42 | | Photo: 10 pills - Ecstasy | | | | | | | |
| 43 | ` | 17 pills - Alprazolam | | | | | | | |
| 44 | | Photo: 17 pills - Alprazolam | | | | | | | |
| 45 | | 25 pills - oxycodone hydrochloride | | | | | | | |
| 46 | | Photo: 25 pills - oxycodone hydrochloride | | | | | | | |
| 47 | | 1 morphine tablet | | | | | | | |
| 48 | | Photo: 1 morphine tablet | | | | | | | |
| 49 | | U.S. currency - $1, 341.00 | | | | | | | |

**EXHIBIT LIST**

CASE NO.   11-cr-00184-WYD      PLAINTIFF'S LIST   X      DEFENDANT'S LIST_____   THIRD PTY DEFTS. LIST_____

CASE CAPTION   UNITED STATES  vs.   LEON HENDERSON ASKEW      PAGE NO.   7      DATE   January 17, 2012

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 50 | | Photo: U.S. currency - $1,341.00 | | | | | | |
| 51 | | Scale - with cover | | | | | | |
| 52 | | Photo: Scale - with cover | | | | | | |
| 53 | | Scale - without cover | | | | | | |
| 54 | | Photo: Scale - without cover | | | | | | |
| 55 | | Pipe - colored | | | | | | |
| 56 | | Photo: Pipe - colored | | | | | | |
| 57 | | Pipe - clear | | | | | | |
| 58 | | Photo: Pipe - clear | | | | | | |

**EXHIBIT LIST**

CASE NO.   11-cr-00184-WYD___      PLAINTIFF'S LIST ___X___      DEFENDANT'S LIST_____      THIRD PTY DEFTS. LIST_____

CASE CAPTION   UNITED STATES   vs.   LEON HENDERSON ASKEW___      PAGE NO.   8___      DATE   January 17, 2012___

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 59 | | Grinder | | | | | | |
| 60 | | Photo: Grinder | | | | | | |
| 61 | | Silver scale | | | | | | |
| 62 | | Photo: Silver scale | | | | | | |
| 63 | | Paper | | | | | | |
| 64 | | Photo: Paper | | | | | | |
| 65 | | Baggies | | | | | | |
| 66 | | Photo: Baggies | | | | | | |
| 67 | | Money clip | | | | | | |
| 68 | | Photo: Money clip | | | | | | |
| 69 | | Askew ID card | | | | | | |
| 70 | | Photo: Askew ID card | | | | | | |

**EXHIBIT LIST**

CASE NO.  11-cr-00184-WYD      PLAINTIFF'S LIST    X      DEFENDANT'S LIST_____   THIRD PTY DEFTS. LIST_____

CASE CAPTION   UNITED STATES   vs.   LEON HENDERSON ASKEW      PAGE NO.   9      DATE   January 17, 2012

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 71 | | Brass knuckles | | | | | | |
| 72 | | Photo: Brass knuckles | | | | | | |
| 73 | | Knives | | | | | | |
| 74 | | Photo: 3 knives | | | | | | |
| 75 | | Photo: 2 knives | | | | | | |
| 76 | | ID cards | | | | | | |
| 77 | | Photo: ID cards | | | | | | |
| 78 | | Interstate Nexus Report | | | | | | |
| 79 | | Firearm Trace Summary | | | | | | |
| 80 | | Lab Reports prepared by Mr. McKibben | | | | | | |

**EXHIBIT LIST**

CASE NO.  11-cr-00184-WYD     PLAINTIFF'S LIST   X     DEFENDANT'S LIST_____   THIRD PTY DEFTS. LIST_____

CASE CAPTION   UNITED STATES   vs.   LEON HENDERSON ASKEW     PAGE NO.  10    DATE   January 17, 2012

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 81 | | Conviction documents in 2000CR0434 | | | | | | |
| 82 | | Conviction documents in 2002CR2718 | | | | | | |
| 83 | | Conviction documents in 1991CR3573 | | | | | | |
| 84 | | Room Key 439 | | | | | | |
| 85 | | Photo: Room Key 439 | | | | | | |