IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL

| | | | |
|---|---|---|---|
| Date: | December 20, 2011 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Therese Lindblom | | |

Criminal Case No. **11-cr-00184-WYD**          Counsel:

UNITED STATES OF AMERICA,                     Kurt J. Bohn

       Plaintiff,

v.

**1.  LEON HENDERSON ASKEW**,                LaFonda R. Jones

       Defendant.

**COURTROOM MINUTES**

**TRIAL PREPARATION CONFERENCE**

**3:35 p.m.**   Court in Session - Defendant present (in-custody)

       APPEARANCES OF COUNSEL.

       Court's opening remarks.

3:37 p.m.   Discussion and argument regarding pending motions.

**ORDERED:**   Government's Motion to Amend Correct Motion to Disclose Grand Jury Material (ECF Doc. No. 20), filed December 16, 2011, is **GRANTED.**

**ORDERED:**   Defendant's Motion for Disclosure Pursuant to Rule 404(b) of Federal Rules of Evidence (ECF Doc. No. 15), filed December 16, 2011, is **GRANTED.**

| | |
|---|---|
| **ORDERED:** | Government's shall disclose 404(b) evidence to counsel for defendant not later than **Friday, December 30, 2011.** |
| **ORDERED:** | Defendant's Motion for Disclosure of Jencks Material (ECF Doc. No. 16), filed December 16, 2011, is **GRANTED.** |
| **ORDERED:** | Government shall disclose additional Jencks material to counsel for defendant not later than **Friday, December 30, 2011.** |
| **ORDERED:** | Defendant's Motion for Release of Brady Materials (ECF Doc. No. 17), filed December 16, 2011, is **GRANTED.** |
| **ORDERED:** | Government shall release additional Brady materials to counsel for defendant not later than **Friday, January 6, 2012.** |
| 3:40 p.m. | Discussion regarding alternate juror and Court outlines trial procedures. |
| **ORDERED:** | Alternate juror will be the juror in seat number 7. |
| 3:48 p.m. | Discussion regarding time limits for opening statements. |
| **ORDERED:** | Opening statements shall **not exceed thirty (30) minutes per side.** |
| 3:49 p.m. | Discussion regarding witness and exhibit lists. |
| **ORDERED:** | Counsel shall file revised witness and exhibit lists not later than **Friday, January 6, 2012.** |
| 3:53 p.m. | Discussion regarding Jury Evidence Recording System (JERS), the Court's reading of the Indictment to the jury, and sequestration of witnesses. |
| **ORDERED:** | Counsel shall arrive on **Tuesday, January 17, 2012, at 8:30 a.m.** |
| 3:58 p.m. | Discussion regarding presumption of innocence jury instruction. |
| **ORDERED:** | Defendant is **REMANDED** into the custody of the U.S. Marshal. |
| **3:58 p.m.** | Court in Recess - HEARING CONCLUDED. |

**TOTAL TIME:   :23**