IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00184-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  LEON HENDERSON ASKEW,

    Defendant.

## UNITED STATES' RESPONSE TO MOTION FOR EARLY DISCLOSURE OF JENKS MATERIAL

The United States of America, by and through its undersigned counsel, responds to Defendant's Motion for Early Disclosure of Jenks Material pursuant to 18 U.S.C. § 3500 as follows:

1.  All "statements" of witnesses against the defendant currently in the custody of the United States have been produced in discovery. The United States will supplement its response to this request if any such statements become known to the United States.

2.  The United States objects to the production of any notes or memorandum made by government counsel during the interview of any witnesses in this matter as none were shown to any witnesses nor adopted by any witnesses, therefore, the holding in *Goldberg v. United States*, 425 U.S. 94 (1976) is inapplicable in this matter.

Respectfully submitted this 30th day of December, 2011.

          JOHN F. WALSH
          United States Attorney


By:   s/Kurt J. Bohn
      KURT J. BOHN
      Assistant U.S. Attorney
      1225 17th Street, Suite 700
      Denver, Colorado  80202
      Telephone:  303-454-0100
      Fax:  303-454-0403
      Email:  kurt.bohn@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this __30th__ day of December, 2011, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

**LaFonda Jones**
Email:        Lafonda_Jones@fd.org

 

                                           s/Denise Guerra
                                           DENISE GUERRA
                                           United States Attorney's Office
                                           1225 17th Street, Suite 700
                                           Denver, Colorado  80202
                                           Telephone:  303-454-0100
                                           Fax:  303-454-0400
                                           Email:  denise.guerra@usdoj.gov