IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00184-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  LEON HENDERSON ASKEW,

    Defendant.

---

### UNITED STATES' RESPONSE TO MOTION TO DISCLOSE AND PRODUCE *BRADY* (EXCULPATORY) MATERIAL

---

The United States of America, by and through its undersigned counsel, responds to Defendant's Motion to Disclose and Produce *Brady* (Exculpatory) Material as follows:

Any evidence, material, or information within the possession, custody or control of the United States that is favorable to or exculpates the Defendant, tends to establish a defense, impeaches any witness the United States intends to call, or may help the Defendant avoid conviction or mitigate punishment has either already been produced, is being produced, or will be produce if it becomes available to the United States.

    1. The United States responds to Defendant's request for information that may tend to impeach any person the United States intends to call as a witness is as follows:

    a. Conviction documents for any witnesses have already been provided.

b. A review by all government agencies who have witnesses that the United States intends to call as witnesses came back with no documents responsive to this request.

c. A review by all government agencies who have witnesses that the United States intends to call as witnesses came back with no documents responsive to this request.

d. All "statements" of witnesses against the defendant currently in the custody of the United States have been produced in discovery. The United States will supplement its response to this request if any such statements become known to the United States.

e. Any such information that may be responsive to this request currently in the custody of the United States has already been produced in discovery. The United States will supplement its response to this request if any such information becomes known to the United States.

f. Any such information that may be responsive to this request currently in the custody of the United States has already been produced in discovery. The United States will supplement its response to this request if any such information becomes known to the United States.

g. No witness the United States intends to call as a witness failed a lie detector test. Only Ms. Harvey took a polygraph test and was not found to have been deceptive.

2. Any such information that may be responsive to this request currently in the custody of the United States has already been produced in discovery. The United States

will supplement its response to this request if any such information becomes known to the United States.

    3.  Any such information that may be responsive to this request currently in the custody of the United States has already been produced in discovery.  The United States will supplement its response to this request if any such information becomes known to the United States.

    4.  Any such information that may be responsive to this request currently in the custody of the United States has already been produced in discovery.  The United States will supplement its response to this request if any such information becomes known to the United States.

    a.  The United States is unaware of any such documents responsive to this request.  Any such information that may be responsive to this request currently in the custody of the United States has already been produced in discovery.  The United States will supplement its response to this request if any such information becomes known to the United States.

    b.  The United States is unaware of any such documents responsive to this request.  Any such information that may be responsive to this request currently in the custody of the United States has already been produced in discovery.  The United States will supplement its response to this request if any such information becomes known to the United States.

      c. The United States is unaware of any such documents responsive to this request. Any such information that may be responsive to this request currently in the custody of the United States has already been produced in discovery. The United States will supplement its response to this request if any such information becomes known to the United States.

      d. The United States is unaware of any such documents responsive to this request. Any such information that may be responsive to this request currently in the custody of the United States has already been produced in discovery. The United States will supplement its response to this request if any such information becomes known to the United States.

      e. The United States is unaware of any such documents responsive to this request. Any such information that may be responsive to this request currently in the custody of the United States has already been produced in discovery. The United States will supplement its response to this request if any such information becomes known to the United States.

      5. Any such information that may be responsive to this request currently in the custody of the United States has already been produced in discovery. The United States will supplement its response to this request if any such information becomes known to the United States.

   a.  Any such information that may be responsive to this request currently in the custody of the United States has already been produced in discovery.  The United States will supplement its response to this request if any such information becomes known to the United States.

   6.  Any such information that may be responsive to this request currently in the custody of the United States has already been produced in discovery.  The United States will supplement its response to this request if any such information becomes known to the United States.

   7.  The United States is unaware of any such documents responsive to this request.  Any such information that may be responsive to this request currently in the custody of the United States has already been produced in discovery.  The United States will supplement its response to this request if any such information becomes known to the United States.

   8.  The only eyewitness, known to the United States, who are not identified in the United States' witness list are Cadet Katherine Neal, Deputy Scott Cuthbertson, Deputy Gregory Lasecki, Deputy Emory (Ray) Gerhart. These individuals were present on the scene but did not prepare any reports.

   9.  The United States is unaware of any such documents responsive to this request.  Any such information that may be responsive to this request currently in the custody of the United States has already been produced in discovery.  The United States will

supplement its response to this request if any such information becomes known to the United States.

10.  The United States is unaware of any such documents responsive to this request.  Any such information that may be responsive to this request currently in the custody of the United States has already been produced in discovery.  The United States will supplement its response to this request if any such information becomes known to the United States.

Respectfully submitted this 6th day of January, 2012.

JOHN F. WALSH
United States Attorney


 s/Kurt J. Bohn
KURT J. BOHN
Assistant U.S. Attorney
1225 17th Street, Suite 700
Denver, Colorado  80202
Telephone:  303-454-0100
Fax:  303-454-0403
Email:  kurt.bohn@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on this   6th   day of January, 2012, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

**LaFonda Jones**
Email:            Lafonda_Jones@fd.org

                                        s/Denise Guerra
                                        DENISE GUERRA
                                        United States Attorney's Office
                                        1225 17th Street, Suite 700
                                        Denver, Colorado  80202
                                        Telephone:  303-454-0100
                                        Fax:  303-454-0400
                                        Email:  denise.guerra@usdoj.gov