**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Criminal Action No.  11-cr-00184-WYD**

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

       **v.**

**1.  LEON HENDERSON ASKEW**

       **Defendant.**

---

**NOTICE OF ENTRY OF APPEARANCE**

---

       United States of America, by Michael P. Carey, Assistant U.S. Attorney for

the District of Colorado, enters his appearance as counsel on behalf of Plaintiff,

United States of America.

       Respectfully submitted on January 7, 2012.

                    John F. Walsh
                    United States Attorney

                     s/ Michael P. Carey
                    Michael P. Carey
                    Assistant United States Attorney
                    1225 Seventeenth Street, Suite 700
                    Denver, CO 80202
                    Phone: (303) 454-0100
                    Fax: (303) 454-0404
                    Email: michael.carey@usdoj.gov
                    Attorney for the Government

## CERTIFICATE OF SERVICE

I certify that on January 7, 2012, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

LaFonda R. Jones
LaFonda_Jones@fd.org

 s/ Michael P. Carey
Michael P. Carey
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0404
Email: michael.carey@usdoj.gov