IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00184-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEON HENDERSON ASKEW,

    Defendant.

_____

SUPERSEDING INDICTMENT
18 U.S.C. § 922(g)(1)
21 U.S.C. § 841(a)(1)
18 U.S.C. § 924(c)(1)(A)

_____

    The Grand Jury charges:

Count One
18 U.S.C. § 922(g)(1)

On or about April 1, 2011, in the State and District of Colorado, the defendant, LEON HENDERSON ASKEW, having been previously convicted of crimes punishable by imprisonment by a term exceeding one year, did unlawfully and knowingly possess a firearm, to wit: a Smith & Wesson, .357 caliber revolver, Model 340PD, in and affecting interstate commerce.

    The foregoing is in violation of Title 18, United States Code, Section 922(g)(1).

Count Two
21 U.S.C. § 841(a)(1)

On or about April 1, 2011, in the State and District of Colorado, the defendant, LEON HENDERSON ASKEW, did unlawfully, knowingly and intentionally possess with intent to manufacture, distribute, or dispense, or possess with intent to distribute or dispense, approximately **12.73** grams of a mixture and substance purporting to be cocaine base (crack cocaine), which is a controlled substance listed in Schedule II, Title 21, United States Code, Section 812, and the regulations enacted thereunder.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

Count Three
21 U.S.C. § 841(a)(1)

On or about April 1, 2011, in the State and District of Colorado, the defendant, LEON HENDERSON ASKEW, did unlawfully, knowingly and intentionally possess with intent to manufacture, distribute, or dispense, or possess with intent to distribute or dispense, approximately **7.85** grams of a mixture and substance purporting to be cocaine, which is a controlled substance listed in Schedule II, Title 21, United States Code, Section 812, and the regulations enacted thereunder.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

Count Four

18 U.S.C. § 924(c)(1)(A)

On or about April 1, 2011, in the State and District of Colorado, the defendant, LEON HENDERSON ASKEW, did unlawfully and knowingly carry, possess, and use a firearm, during and in relation to a drug trafficking crime, and did knowingly possess the firearm in furtherance of such crime, for which he may be prosecuted in a court of the United States, that is, as described in Counts Two and Three.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL


Ink signature on file in the Clerk's Office
FOREPERSON


JOHN F. WALSH
United States Attorney



s/ Kurt J. Bohn
KURT J. BOHN
Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Telecopier: (303) 454-0403
E-mail: kurt.bohn@usdoj.gov