DEFENDANT:       LEON HENDERSON ASKEW

YOB:             1972

ADDRESS:         Colorado Springs, CO

COMPLAINT FILED?  _____ YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  _____ YES   __X__ NO

    IF NO, A NEW WARRANT IS REQUIRED

OFFENSE:         Count One: Felon in possession of a firearm, 18 U.S.C. § 922(g)(1).

                Count Two: Distribution of a controlled substance,
                21 U.S.C. § 841(a)(1) and (b)(1)(C).

                Count Three: Distribution of a controlled substance,
                21 U.S.C. § 841(a)(1) and (b)(1)(C).

                Count Four: Possession of a firearm during drug trafficking,
                18 U.S.C. § 924(c)(1)(A).

LOCATION OF OFFENSE:   El Paso County, Colorado

PENALTY:         Count One:  NMT 10 years imprisonment, up to a $250,000 fine or both, NMT 3 years supervised release, and a $100.00 special assessment fee.

                Count Two:  NMT 20 years imprisonment, up to a $1,000,000.00 fine or both, NLT 3 years supervised release, and a $100.00 special assessment fee.

                Count Three:  NMT 20 years imprisonment, up to a $1,000,000.00 fine or both, NLT 3 years supervised release, and a $100.00 special assessment fee.

Count Four:  NLT 5 years and up to imprisonment for life, up to a $250,000 fine, or both; NMT 3 years supervised release, and a $100 special assessment fee.

AGENT:            Roy Diztler, Task Force Officer,
                  Colorado Springs, Colorado


AUTHORIZED BY:    Kurt J. Bohn
                  Assistant United States Attorney

ESTIMATED TIME OF TRIAL:

  X   five days or less
 ___  over five days

THE GOVERNMENT

  X    will seek detention in this case
 ___   will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:    ___ Yes        X    No