AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| 1. LEON HENDERSON ASKEW, | ) | Case No. 11-cr-00184-WYD |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* LEON HENDERSON ASKEW, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession of Firearm of Previously Convicted Felon, in Violation of Title 18 U.S.C., Section 922(g)(1);
Possession of Firearm, During and in Relation to Drug Trafficking Crime, in Violation of Title 18 U.S.C., Section 924(c)(1)(A);
Possession of Controlled Substance with Intent to Distribute, in Violation of Title 21 U.S.C., Section 841(a)(1).

Date: 01/09/2012

s/S. Shaul
*Issuing officer's signature*

City and state: Denver, Colorado

Gregory C. Langham, Clerk, U.S. District Court
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*