IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00184-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    LEON HENDERSON ASKEW,

      Defendant.

**PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

The United States of America, by and through the United States Attorney for the District of Colorado, petitions the Court for an Writ of Habeas Corpus Ad Testificandum and states as follows:

1. LACEY SELLARS, Inmate number 156485, is now being confined in the Denver Women's Correctional Facility, 3600 Havana Street, Denver, Colorado 80239.

2. LACEY SELLARS is a material witness in the above-captioned case and it is necessary that she appear in person forthwith.

WHEREFORE, the undersigned respectfully requests the Court to order that a Writ of Habeas Corpus Ad Testificandum be issued by this Court to the United States Marshal for the District of Colorado, or to any other United States Marshal, requiring him to serve said writ on the Warden, Superintendent, or Custodian of any place or institution

where the material witness, LACEY SELLARS, is confined, and requiring said United States Marshal to produce the material witness, LACEY SELLARS forthwith.

Respectfully submitted this   11th   day of   January  , 2012.

                JOHN F. WALSH
                United States Attorney
                District of Colorado

By:    s/Kurt J. Bohn
       KURT J. BOHN
       Assistant U.S. Attorney
       1225 17th Street, Suite 700
       Denver, Colorado  80202
       Telephone:  303-454-0100
       Fax:  303-454-0403
       Email:  kurt.bohn@usdoj.gov