IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00184-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    LEON HENDERSON ASKEW,

       Defendant.

---

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

---

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, OR TO ANY OTHER UNITED STATES MARSHAL, AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE WITNESS MAY BE HELD,

This Writ is issued upon Order of the United States District Court for the District of Colorado.  I hereby command that you bring the material witness, LACEY SELLARS, Inmate number 156485, now being confined in the Denver Women's Correctional Facility, 3600 Havana Street, Denver, Colorado 80239, forthwith, and from day to day thereafter, to testify to the truth, according to her knowledge, in a cause to be heard before a United States District Judge, to appear therein as a material witness, and immediately after return the witness to the institution where she was confined, under safe and secure conduct.

You are further commanded to serve a certified copy of this writ on said Warden, Superintendent, or Custodian of the Denver Women's Correctional Facility, 3600 Havana Street, Denver, Colorado 80239, or the Warden, Superintendent, or Custodian of any other institution wherein LACEY SELLARS, Inmate number 156485 is confined.

ORDERED this _____ day of _____, 2012.

BY THE COURT:

_____

CLERK, UNITED STATES DISTRICT  COURT