IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 11-cr-00184-WYD

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     **LEON HENDERSON ASKEW**,

    Defendant.

_____

**DEFENDANT'S OBJECTION TO ADMISSION OF
EVIDENCE OF HIS STATUS AS A PROHIBITED PERSON**
_____

    Mr. Askew objects to the admission of evidence of his status as prohibited person. In support thereof, he states:

    1.    The government has stated that it intends to offer evidence of the defendant's three prior felony convictions for Possession of a Controlled Substance with Intent to Distribute, Escape From a Felony Conviction, and Use of a Controlled Substance as proof Mr. Askew is prohibited from possessing a firearm and as proof that he is familiar with narcotics and narcotics trafficking. Mr. Askew objects.

    2.    Mr. Askew intends to stipulate that he is a person prohibited from possessing a firearm due to a prior conviction for a felony. By virtue of this stipulation, this element is removed from the jury's consideration.

3. Unless Mr. Askew testifies at trial, the government is not permitted to impeach him by offering any evidence of his prior convictions or status as a prohibited person. Admission of this evidence would violate F.R.E. 609.

4. Admission of Mr. Askew's status as a prohibited person would also violate Federal Rule 404. It is not relevant under F.R.E. 404(b). Accordingly, admission of this fact would only impugn Mr. Askew's character, a violation of F.R.E. 404(a).

Respectfully submitted,

RAYMOND P. MOORE
Federal Public Defender


s/ LaFonda R. Jones
LaFONDA R. JONES
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:   (303) 294-7002
FAX:             (303) 294-1192
LaFonda.Jones@fd.org
Attorney for Defendant

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2011, I electronically filed the foregoing

**DEFENDANT'S OBJECTION TO ADMISSION OF
EVIDENCE OF HIS STATUS AS A PROHIBITED PERSON**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Kurt Bohn
    Assistant U.S. Attorney
    Email: kurt.bohn@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Mr. Leon Askew *(Via U.S. Mail)*


    s/ Virginia L. Grady
    VIRGINIA L. GRADY
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado  80202
    Telephone:   (303) 294-7002
    FAX:            (303) 294-1192
    Virginia.Grady@fd.org
    Attorney for Defendant