IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00184-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     LEON HENDERSON ASKEW,

       Defendant.

---

### PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

---

The United States of America, by and through the United States Attorney for the District of Colorado, petitions the Court for an Writ of Habeas Corpus Ad Testificandum and states as follows:

    1. JAMES CARRIGER, DOB: December 20, 1962, Inmate number A0239015, is now being confined in the El Paso County Criminal Justice Center, 2739 E. Las Vegas Street, Colorado Springs, CO 80906-1594.

    2. JAMES CARRIGER is a material witness in the above-captioned case and it is necessary that he appear in person before a United States District Judge on January 17, 2012 at 9:00a.m. to testify during the proceedings of this case.

    WHEREFORE, the undersigned respectfully requests the Court to order that a Writ of Habeas Corpus Ad Testificandum be issued by this Court to the United States Marshal for the District of Colorado, or to any other United States Marshal, requiring him

to serve said writ on the Warden, Superintendent, or Custodian of any place or institution where the material witness, JAMES CARRIGER, is confined, and requiring said United States Marshal to produce the material witness, JAMES CARRIGER, on January 17, 2012 at 9:00a.m., to testify in such proceeding.

Respectfully submitted this  11th  day  January , 2012.

JOHN F. WALSH
United States Attorney
District of Colorado


By:    s/Kurt J. Bohn
KURT J. BOHN
Assistant U.S. Attorney
1225 17th Street, Suite 700
Denver, Colorado  80202
Telephone:  303-454-0100
Fax:  303-454-0403
Email:  kurt.bohn@usdoj.gov