IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00184-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     LEON HENDERSON ASKEW,

       Defendant.

---

**PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

---

    The United States of America, by and through the United States Attorney for the District of Colorado, petitions the Court for an Writ of Habeas Corpus Ad Testificandum and states as follows:

    1. THEA QUINTANILLA, DOB: March 23, 1984, Inmate number A0268139, is now being confined in the El Paso County Criminal Justice Center, 2739 E. Las Vegas Street, Colorado Springs, CO 80906-1594.

    2. THEA QUINTANILLA is a material witness in the above-captioned case and it is necessary that she appear in person before a United States District Judge on January 17, 2012 at 9:00a.m. to testify during the proceedings of this case.

    WHEREFORE, the undersigned respectfully requests the Court to order that a Writ of Habeas Corpus Ad Testificandum be issued by this Court to the United States Marshal for the District of Colorado, or to any other United States Marshal, requiring him

to serve said writ on the Warden, Superintendent, or Custodian of any place or institution where the material witness, THEA QUINTANILLA, is confined, and requiring said United States Marshal to produce the material witness, THEA QUINTANILLA, on January 17, 2012 at 9:00a.m., to testify in such proceeding.

Respectfully submitted this   11th   day   January  , 2012.

                                          JOHN F. WALSH
                                        United States Attorney
                                        District of Colorado

By:   s/Kurt J. Bohn
      KURT J. BOHN
      Assistant U.S. Attorney
      1225 17th Street, Suite 700
      Denver, Colorado  80202
      Telephone:  303-454-0100
      Fax:  303-454-0403
      Email:  kurt.bohn@usdoj.gov