UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.    11-cr-00184-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  LEON HENDERSON ASKEW,

        Defendant.

**ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

        Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals

Service requiring said United States Marshal to produce the material witness, JAMES

CARRIGER, DOB: December 20, 1962, Inmate number A0239015, before a United

States District Judge, on January 17, 2012 at 9:00a.m, for trial testimony in the above

captioned cause, and to hold him at all times in the United States Marshal's custody as an

agent of the United States of America until he has appeared as a material witness, and

immediately thereafter to return the witness to the institution where he is now confined,

under safe and secure conduct.

        Dated: January 11, 2012

                                BY THE COURT:


                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Chief United States District Judge