UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.   11-cr-00184-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   LEON HENDERSON ASKEW,

    Defendant.

### ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

    Upon petition of the United States and for good cause shown, it is hereby

    ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring said United States Marshal to produce the material witness, THEA QUINTANILLA, DOB: March 23, 1984, Inmate number A0268139, before a United States District Judge, on January 17, 2012 at 9:00a.m, for trial testimony in the above captioned cause, and to hold her at all times in the United States Marshal's custody as an agent of the United States of America until she has appeared as a material witness, and immediately thereafter to return the witness to the institution where she is now confined, under safe and secure conduct.

    Dated: January 11, 2012

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  Chief United States District Judge