IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00184-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     LEON HENDERSON ASKEW,

       Defendant.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, OR TO ANY OTHER UNITED STATES MARSHAL, AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE WITNESS MAY BE HELD,

This Writ is issued upon Order of the United States District Court for the District of Colorado. I hereby command that you bring the material witness, CHRISTOPHER J. EDWARDS, DOB: February 7, 1983, Inmate number A0253753, now being confined in the El Paso County Criminal Justice Center, 2739 E. Las Vegas Street, Colorado Springs, CO 80906-1594 on January 17, 2012 at 9:00a.m, and from day to day thereafter, to testify to the truth, according to his knowledge, in a cause to be heard before a United States District Judge, to appear therein as a material witness, and immediately after return the witness to the institution where he was confined, under safe and secure conduct.

You are further commanded to serve a certified copy of this writ on said Warden, Superintendent, or Custodian of the El Paso County Criminal Justice Center, 2739 E. Las Vegas Street, Colorado Springs, CO 80906-1594, or the Warden, Superintendent, or Custodian of any other institution wherein CHRISTOPHER J. EDWARDS, DOB: February 7, 1983, Inmate number A0253753, is confined.

ORDERED this _____ day of _____, 2012.

BY THE COURT:

_____
CLERK, UNITED STATES DISTRICT COURT