UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.    11-cr-00184-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1.   LEON HENDERSON ASKEW,

 Defendant.

### ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

 Upon petition of the United States and for good cause shown, it is hereby

 ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring said United States Marshal to produce the material witness, CHRISTOPHER J. EDWARDS, DOB: February 7, 1983, Inmate number A0253753, before a United States District Judge, on January 17, 2012 at 9:00a.m, for trial testimony in the above captioned cause, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until he has appeared as a material witness, and immediately thereafter to return the witness to the institution where he is now confined, under safe and secure conduct.

 Dated: January 12, 2012

        BY THE COURT:

        s/ Wiley Y. Daniel
        Wiley Y. Daniel
        Chief United States District Judge