IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  11-cr-00184-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      LEON HENDERSON ASKEW,

        Defendant.

---

**MOTION TO WITHDRAW DOCUMENT #48**

---

NOW COMES the United States of America, by and through the undersigned Assistant United States Attorney, and hereby files its Motion to Withdraw document #48 in the above-captioned case.  Document #48 was filed in error into case number 11-cr-00184-WYD.

Dated this 12th day of January, 2012.

        Respectfully submitted,

        JOHN F. WALSH
        United States Attorney

By:    s/Kurt J. Bohn
        KURT J. BOHN
        Assistant United States Attorney
        United States Attorney's Office
        1225 Seventeenth Street, Suite 700
        Denver, Colorado  80202
        Telephone:  303-454-0100
        FAX:  303-454-0403
        E-mail:  kurt.bohn@usdoj.gov
        Attorney for Government

## CERTIFICATE OF SERVICE

I certify that on this 12th day of January, 2012, I electronically filed the foregoing **MOTION TO WITHDRAW DOCUMENT #48** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

**LaFonda Jones**
Email:        Lafonda_Jones@fd.org

               s/ Denise Guerra
               DENISE GUERRA
               Legal Assistant
               Assistant United States Attorney
               United States Attorney's Office
               1225 Seventeenth Street, Suite 700
               Denver, Colorado  80202
               Telephone:  303-454-0100
               FAX:  303-454-0403
               E-mail:  denise.guerrra@usdoj.gov