**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No.  11-cr-00184-WYD

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.

1.    **LEON HENDERSON ASKEW,**

      **Defendant.**

---

**ORDER**

---

The Court has for consideration the government's Motion to Withdraw Document #48.  Upon consideration, it is

ORDERED that the government's Motion is granted.  Document #48 will be withdrawn from the above referenced case.

IT IS SO ORDERED on this _____ day of January, 2012.

                                              WILEY Y. DANIEL
                                              CHIEF JUDGE
                                              UNITED STATES DISTRICT COURT
                                              DISTRICT OF COLORADO