IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE WILEY Y. DANIEL

Case No. 11-cr-00184-WYD          Date: January 17, 2012

Case Title: United States v. Leon Henderson Askew

Plaintiff                    2d AMENDED WITNESS LIST
(Plaintiff/Defendant)

| WITNESS | DATE(S) TESTIFIED |
|---|---|
| Danielle Plummer - Will Call | January 17, 2012 - :45 Minutes |
| Andrew Thompson - Will Call | January 17, 2012 - 1.50 Hours |
| Buddy Newton - Will Call | January 17, 2012 - 1.50 Hours |
| John Sarkisian - Will Call | January 17, 2012 - 1.50 Hours |
| Gregory White - Will Call | January 17, 2012 - 1.50 Hours |
| Hayley Womack - Will Call | January 18, 2012 - 1.50 Hours |
| Stephanie Ross - Will Call | January 18, 2012 - 1.00 Hours |
| Lacey Sellars - Will Call | January 18, 2012 - :45 Minutes |
| Thea Quintanilla - Will Call | January 18, 2012 - :45 Minutes |
| Tim D. McKibben - Will Call | January 19, 2012 - :45 Minutes |
| Don Hoffman - May Call | January 17, 2012 - 1.50 Hours |
| Ian Asher Conner - May Call | |
| James Carringer - May Call | |
| Allison Marie Harvey - May Call | |
| Roy Ditzler - May Call | |
| Sarah Pelton - May Call | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE WILEY Y. DANIEL

Case No. 11-cr-00184-WYD                           Date: January 17, 2012

Case Title: United States v. Leon Henderson Askew

　　　　　　　　　　Plaintiff                          2d AMENDED WITNESS LIST
　　　　　　(Plaintiff/Defendant)

| WITNESS | DATE(S) TESTIFIED |
|---|---|
| Reuben Crews  - Chain of Custody | January 19, 2012 - :15 Minutes |
| Dorothy Stevens  - Chain of Custody | January 19, 2012 - :15 Minutes |
| Shirley Milligan  - Chain of Custody | January 19, 2012 - :15 Minutes |
| Shawn Ward  - Chain of Custody | January 19, 2012 - :15 Minutes |
| Robert Gillispie  - Chain of Custody | January 19, 2012 - :15 Minutes |
| Shane Alvarez  - Chain of Custody | January 19, 2012 - :15 Minutes |
| Pam Huddleston  - Chain of Custody | January 19, 2012 - :15 Minutes |
| Nichole Burnett  - Chain of Custody | January 19, 2012 - :15 Minutes |
| Matt Gonzales  - Chain of Custody | January 19, 2012 - :15 Minutes |
| Lisa Templeton  - Chain of Custody | January 19, 2012 - :15 Minutes |
| Pete Merenyi  - Chain of Custody | January 19, 2012 - :15 Minutes |
| Kristin Genia  - Chain of Custody | January 19, 2012 - :15 Minutes |
| Charles Ackerman  - Chain of Custody | January 19, 2012 - :15 Minutes |
| Paula Casias  - Chain of Custody | January 19, 2012 - :15 Minutes |
| Greg Cooper - Chain of Custody | January 19, 2012 - :15 minutes |
| Janel Lyons - Chain of Custody | January 19, 2012 - :15 minutes |