**SECOND AMENDED EXHIBIT LIST**

CASE NO.   11-cr-00184-WYD      PLAINTIFF'S LIST   X    DEFENDANT'S LIST_____    THIRD PTY DEFTS. LIST_____

CASE CAPTION   UNITED STATES   vs.   LEON HENDERSON ASKEW       PAGE NO.  1    DATE   January 17, 2012

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO/LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | Photo of door | | | | | | | |
| 2 | | Photo of room 439 door | | | | | | | |
| 3 | | Photo of room from doorway | | | | | | | |
| 4 | | Photo of room from inside | | | | | | | |
| 5 | | Photo of room from bathroom | | | | | | | |
| 6 | | Photo of bed near door | | | | | | | |
| 7 | | Photo of night stand | | | | | | | |
| 8 | | Photo of bed near bathroom | | | | | | | |
| 9 | | Photo of backpack | | | | | | | |

## SECOND AMENDED EXHIBIT LIST

CASE NO.   11-cr-00184-WYD      PLAINTIFF'S LIST   X      DEFENDANT'S LIST_____   THIRD PTY DEFTS. LIST_____

CASE CAPTION   UNITED STATES  vs.   LEON HENDERSON ASKEW       PAGE NO.   2      DATE   January 17, 2012

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10 | | Photo of backpack right side | | | | | | | |
| 11 | | Photo of backpack left side | | | | | | | |
| 12 | | Photo of ID on doorside bed | | | | | | | |
| 13 | | Photo of items on bathroom side bed | | | | | | | |
| 14 | | Close up photo of items on bathroom side bed | | | | | | | |
| 15 | | Close up photo of items in backpack | | | | | | | |
| 16 | | Photo of firearm in green pouch | | | | | | | |
| 17 | | Photo of firearm with chamber opened | | | | | | | |

**SECOND AMENDED EXHIBIT LIST**

CASE NO.   11-cr-00184-WYD        PLAINTIFF'S LIST   X     DEFENDANT'S LIST_____   THIRD PTY DEFTS. LIST_____

CASE CAPTION   UNITED STATES   vs.   LEON HENDERSON ASKEW        PAGE NO.   3     DATE   January 17, 2012

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 18 | | Photo of ammunition from firearm | | | | | | | |
| 19 | | Photo of firearm Smith & Wesson | | | | | | | |
| 20 | | Photo of cocaine bags | | | | | | | |
| 21 | | Photo: Close up of items in backpack with Firearm | | | | | | | |
| 22 | | Photo: Close up of items in backpack with scales | | | | | | | |
| 23 | | Photo: Close up of narcotics | | | | | | | |
| 24 | | Photo: Close up of money | | | | | | | |

**SECOND AMENDED EXHIBIT LIST**

CASE NO.   11-cr-00184-WYD        PLAINTIFF'S LIST   X     DEFENDANT'S LIST_____   THIRD PTY DEFTS. LIST_____

CASE CAPTION   UNITED STATES   vs.   LEON HENDERSON ASKEW        PAGE NO.   4     DATE   January 17, 2012

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 25 | | Photo: Close up of knives | | | | | | |
| 26 | | Days Inn Room Receipt | | | | | | |
| 27 | | Firearm: Smith and Wesson | | | | | | |
| 28 | | Photo: Firearm - Air Lite | | | | | | |
| 29 | | Photo: Firearm - Air Lite close up | | | | | | |
| 30 | | Photo: Firearm - serial number | | | | | | |
| 31 | | Ammunition | | | | | | |
| 32 | | Photo: Ammunition | | | | | | |
| 33 | | Methamphetamine | | | | | | |

**SECOND AMENDED EXHIBIT LIST**

CASE NO.   11-cr-00184-WYD      PLAINTIFF'S LIST   X    DEFENDANT'S LIST_____   THIRD PTY DEFTS. LIST_____

CASE CAPTION   UNITED STATES  vs.   LEON HENDERSON ASKEW      PAGE NO.   5     DATE   January 17, 2012

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 34 | | Photo: Methamphetamine | | | | | | |
| 35 | | Crack cocaine | | | | | | |
| 36 | | Photo: Crack cocaine | | | | | | |
| 37 | | Powder cocaine | | | | | | |
| 38 | | Photo: Powder cocaine | | | | | | |
| 39 | | Marijuana | | | | | | |
| 40 | | Photo: Marijuana | | | | | | |
| 41 | | 10 pills - Ecstasy | | | | | | |
| 42 | | Photo: 10 pills - Ecstasy | | | | | | |
| 43 | ` | 17 pills - Alprazolam | | | | | | |

**SECOND AMENDED EXHIBIT LIST**

CASE NO.   11-cr-00184-WYD     PLAINTIFF'S LIST   X     DEFENDANT'S LIST_____   THIRD PTY DEFTS. LIST_____

CASE CAPTION   UNITED STATES  vs.   LEON HENDERSON ASKEW      PAGE NO.  6     DATE   January 17, 2012

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 44 | | Photo: 17 pills - Alprazolam | | | | | | |
| 45 | | 25 pills - oxycodone hydrochloride | | | | | | |
| 46 | | Photo: 25 pills - oxycodone hydrochloride | | | | | | |
| 47 | | 1 morphine tablet | | | | | | |
| 48 | | Photo: 1 morphine tablet | | | | | | |
| 49 | | U.S. currency - $1,341.00 recovered from backpack | | | | | | |
| 50 | | Photo: U.S. currency - $1,341.00 | | | | | | |

## SECOND AMENDED EXHIBIT LIST

CASE NO.  11-cr-00184-WYD     PLAINTIFF'S LIST   X    DEFENDANT'S LIST_____   THIRD PTY DEFTS. LIST_____

CASE CAPTION   UNITED STATES  vs.   LEON HENDERSON ASKEW      PAGE NO.   7     DATE   January 17, 2012

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 51 | | Scale - with cover | | | | | | | |
| 52 | | Photo: Scale - with cover | | | | | | | |
| 53 | | Scale - without cover | | | | | | | |
| 54 | | Photo: Scale - without cover | | | | | | | |
| 55 | | Pipe - colored | | | | | | | |
| 56 | | Photo: Pipe - colored | | | | | | | |
| 57 | | Pipe - clear | | | | | | | |
| 58 | | Photo: Pipe - clear | | | | | | | |
| 59 | | Grinder | | | | | | | |
| 60 | | Photo: Grinder | | | | | | | |
| 61 | | Silver hand scale | | | | | | | |

**SECOND AMENDED EXHIBIT LIST**

CASE NO.   11-cr-00184-WYD      PLAINTIFF'S LIST   X     DEFENDANT'S LIST_____   THIRD PTY DEFTS. LIST_____

CASE CAPTION   UNITED STATES   vs.   LEON HENDERSON ASKEW      PAGE NO.   8     DATE   January 17, 2012

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 62 | | Photo: Silver scale | | | | | | | |
| 63 | | Baggies | | | | | | | |
| 64 | | Photo: Baggies | | | | | | | |
| 65 | | Sheath | | | | | | | |
| 66 | | Photo: Sheath | | | | | | | |
| 67 | | Photo of cards from Defendant's person | | | | | | | |
| 68 | | Photo of Hockaday | | | | | | | |
| 69 | | Askew ID card | | | | | | | |
| 70 | | Photo: Askew ID card | | | | | | | |
| 71 | | Brass knuckles | | | | | | | |
| 72 | | Photo: Brass knuckles | | | | | | | |

**SECOND AMENDED EXHIBIT LIST**

CASE NO.   11-cr-00184-WYD   PLAINTIFF'S LIST   X   DEFENDANT'S LIST_____   THIRD PTY DEFTS. LIST_____

CASE CAPTION   UNITED STATES   vs.   LEON HENDERSON ASKEW   PAGE NO.   9   DATE   January 17, 2012

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 73 | | Knives recovered from room | | | | | | | |
| 74 | | Photo: knives recovered from room | | | | | | | |
| 75 | | Confinement paperwork for Hockaday | | | | | | | |
| 76 | | ID cards | | | | | | | |
| 77 | | Photo: ID cards | | | | | | | |
| 78 | | Interstate Nexus Report | | | | | | | |
| 79 | | Firearm Trace Summary | | | | | | | |
| 80 | | Lab Reports prepared by Mr. McKibben | | | | | | | |

**SECOND AMENDED EXHIBIT LIST**

CASE NO.   11-cr-00184-WYD        PLAINTIFF'S LIST   X     DEFENDANT'S LIST_____   THIRD PTY DEFTS. LIST_____

CASE CAPTION   UNITED STATES   vs.   LEON HENDERSON ASKEW       PAGE NO.   10     DATE   January 17, 2012

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 81 | | Conviction documents in 1991CR3573 | | | | | | |
| 82 | | Conviction documents in 2000CR0434 | | | | | | |
| 83 | | Conviction documents in 2002CR2718 | | | | | | |
| 84 | | Room Key 439 | | | | | | |
| 85 | | Photo: Room Key 439 | | | | | | |
| 86 | | U.S. currency - $1,259.00 recovered from Askew | | | | | | |

**SECOND AMENDED EXHIBIT LIST**

CASE NO.   11-cr-00184-WYD        PLAINTIFF'S LIST   X     DEFENDANT'S LIST_____    THIRD PTY DEFTS. LIST_____

CASE CAPTION   UNITED STATES  vs.   LEON HENDERSON ASKEW       PAGE NO.   11     DATE   January 17, 2012

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 87 | | Photo: U.S. currency - $1,259.00 recovered from Askew | | | | | | | |
| 88 | | Map of Colorado Springs | | | | | | | |
| 89 | | Picture of area near Days Inn | | | | | | | |
| 90 | | Photo: Days Inn lobby | | | | | | | |
| 91 | | Photo: walk way between building | | | | | | | |
| 92 | | Photo: Backside of Days Inn | | | | | | | |
| 93 | | Photo: View of upper levels of Days Inn | | | | | | | |

**SECOND AMENDED EXHIBIT LIST**

CASE NO.  11-cr-00184-WYD     PLAINTIFF'S LIST   X     DEFENDANT'S LIST_____   THIRD PTY DEFTS. LIST_____

CASE CAPTION   UNITED STATES  vs.   LEON HENDERSON ASKEW       PAGE NO.  12    DATE   January 17, 2012

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| 94 |  | Receipt from Humane Society |  |  |  |  |  |  |
| 95 |  | Colorado Department of Labor record for Askew |  |  |  |  |  |  |
| 96 |  | Photo: Inside hotel room facing window |  |  |  |  |  |  |
| 97 |  | Photo: Inside hotel room facing desk |  |  |  |  |  |  |
| 98 |  | Inmate Askew visitor log |  |  |  |  |  |  |
| 99 |  | McKibben Lab Notes |  |  |  |  |  |  |
| 100 |  | Chain of Custody forms |  |  |  |  |  |  |