UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00184-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  LEON HENDERSON ASKEW,

     Defendant.

---

### MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     The Government's Motion to Withdraw Document #48 [ECF No. 50], filed January 12, 2012, is **GRANTED.**   Accordingly, the Government's Motion for Writ of Habeas Corpus ad Testificandum [ECF No. 48], filed January 12, 2012 and the Court's related Order [ECF No. 49], filed January 12, 2012 are both **WITHDRAWN.**

     Dated: January 13, 2012