IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 11-cr-00184-WYD

THE UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    **LEON HENDERSON ASKEW**,

       Defendant.

_____

**DEFENDANT'S MOTION TO EXCLUDE CERTAIN
EVIDENCE PURSUANT TO FRE 402 AND 403**
_____

Comes now the defendant, Leon Askew, by and through counsel, LaFonda Jones, to move the Court for an Order preventing the government from introducing into evidence or having any of its witnesses testifying regarding certain items found during the search of the Days Inn Hotel room on April 1, 2011.

Specifically, Mr. Askew objects to testimony regarding the following items found during the search: knives and sheaths, a set of brass knuckles, and substances purported to be methamphetamine, marijuana, ecstasy pills, alprazolam pills, oxycodone pills, and a morphine pill.  Mr. Askew states that such evidence is inadmissible under FRE 404(b) as it is not probative of motive, opportunity, intent, preparation, plan, knowledge, identity, or absence of mistake or accident, and is therefore neither relevant nor material to the case before this court.  Federal Rules of Evidence 401 and 402.  In addition, the substances listed above are not charged in the

superseding indictment and there are no lab reports to chemically verify what those substances are.  The government maintains that the substances "field tested" positive, however, field tests of substances are often erroneous which is why substances are sent to be tested in a laboratory.  Additionally, even if the Court finds it is relevant, it should be excluded under Rule 403 as unduly prejudicial, confusion of the issues or misleading of the jury.

    Respectfully submitted,

    RAYMOND P. MOORE
    Federal Public Defender


    s/ LaFonda R. Jones
    LaFONDA R. JONES
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado  80202
    Telephone:   (303) 294-7002
    FAX:            (303) 294-1192
    LaFonda.Jones@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2011, I electronically filed the foregoing

**DEFENDANT'S MOTION TO EXCLUDE CERTAIN
EVIDENCE PURSUANT TO FRE 402 AND 403**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Kurt Bohn
Assistant U.S. Attorney
Email: kurt.bohn@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. Leon Askew *(Via U.S. Mail)*

s/ LaFonda R. Jones
LaFONDA R. JONES
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:   (303) 294-7002
FAX:         (303) 294-1192
LaFonda.Jones@fd.org
Attorney for Defendant

3