IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL

| | | | |
|---|---|---|---|
| Date: | January 17, 2012 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Therese Lindblom | | |

Criminal Case No.  **11-cr-00184-WYD**          <u>Counsel:</u>

UNITED STATES OF AMERICA,                     Kurt J. Bohn

      Plaintiff,

v.

**1.  LEON HENDERSON ASKEW**,               LaFonda R. Jones

      Defendant.

**COURTROOM MINUTES**

**JURY TRIAL (DAY 1)**

**9:09 a.m.**   Court in Session - Defendant present (in-custody) - Jury not present

      APPEARANCES OF COUNSEL.

      Court's opening remarks.

9:10 a.m.   Discussion regarding language contained in count four of the Superseding Indictment.

      Defendant's Motion to Exclude Certain Evidence Pursuant to F.R.E. 402 and 403 (ECF Doc. No. 55), filed January 13, 2012, is raised for argument.

9:15 a.m.   Argument by Government (Mr. Bohn).

| | |
|---|---|
| 9:20 a.m. | Argument by Defendant (Ms. Jones). |
| **ORDERED:** | Defendant's Motion to Exclude Certain Evidence Pursuant to F.R.E. 402 and 403 (ECF Doc. No. 55), filed January 13, 2012, is **DEFERRED.** |
| **ORDERED:** | Government may not mention issues related to the motion in opening statements. |
| | Defendant's Objection to Admission of Evidence of His Status as a Prohibited Person (ECF Doc. No. 39), filed January 11, 2012, is raised for argument. |
| 9:29 a.m. | Statement by Defendant regarding the fact that this issue has been resolved (Ms. Jones). |
| 9:29 a.m. | Discussion regarding procedures for peremptory challenges and jury selection process. |
| **9:32 a.m.** | Court in Recess |
| **9:49 a.m.** | Court in Session - Jury present |
| | Court's opening remarks to prospective jurors. |
| 9:50 a.m. | Voir dire oath given. |
| 9:59 a.m. | Voir dire by Court commences. |
| 10:25 a.m. | Bench conference for further voir dire of juror 100211035. |
| 10:28 a.m. | Voir dire by Court continues. |
| 10:38 a.m. | Bench conference regarding voir dire. |
| 10:38 a.m. | Voir dire by Court continues. |
| **11:31 a.m.** | Court in Recess |
| **11:46 a.m.** | Court in Session - Jury present |
| 11:46 a.m. | Voir dire by Court continues. |
| 12:48 p.m. | Voir dire by Defendant (Ms. Jones). |
| **12:54 p.m.** | Court in Recess |

**2:22 p.m.**     Court in Session - Jury enters

                     Juror 100220853 requests to be excused due to illness.

**ORDERED:**     Juror 100220853 is excused.

2:24 p.m.     Voir dire by Court continues.

2:42 p.m.     Bench conference regarding peremptory challenges.

2:45 p.m.     Voir dire by Court continues.

Challenges for Cause:

1)     100220853

Peremptory Challenges by Government:

1)     100202940
2)     100232625

Peremptory Challenges by Defendant:

1)     100212794
2)     100215923
3)     100209415
4)     100205114
5)     100227611
6)     100239578
7)     100218291
8)     100226844

2:57 p.m.     Jury sworn to try:

1)     100211035     2)     100225581
3)     100208863     4)     100231461
5)     100224275     6)     100220639
7)     100222955     8)     100239048
9)     100237367     10)    100225127
11)    100201379     12)    100212851
13)    100209254

3:00 p.m.     Court reads preliminary jury instructions.

3:07 p.m.        Jury excused

3:10 p.m.        Government's witness **John Sarkisian** sworn.

                 Direct examination by Government (Mr. Bohn).
                 *EX ID:         14,15, 22, 24, 25*

3:29 p.m.        Cross examination by Defendant (Ms. Jones).

**ORDERED:**     Defendant's Motion to Exclude Certain Evidence Pursuant to F.R.E. 402 and 403 (ECF Doc. No. 55), filed January 13, 2012, is **DENIED.**

**3:45 p.m.**    Court in Recess

**3:58 p.m.**    Court in Session - Jury enters

                 Discussion regarding schedule for this afternoon and tomorrow.

4:01 p.m.        Jury enters

                 Opening statement by Government (Mr. Bohn).

4:12 p.m.        Opening statement by Defendant (Ms. Jones).

4:16 p.m.        Government's witness **Danielle Plummer** sworn.

                 Direct examination by Government (Mr. Carey).
                 *EX ID:         90, 91, 92, 2, 1, 84, 85, 26, 68*

**Exhibit(s) 90, 91, 92, 2, 1, 85, 84, 26 RECEIVED.**

4:33 p.m.        Cross examination by Defendant (Ms. Jones).

4:39 p.m.        Government's witness **Andrew Thompson** sworn.

                 Direct examination by Government (Mr. Carey).
                 *EX ID:         88, 89, 90, 92*

**Exhibit(s) 88, 89 RECEIVED.**

**ORDERED:**     Defendant is **REMANDED** into the custody of the U.S. Marshal.

**5:03 p.m.**    Court in Recess - TRIAL CONTINUED.
**TOTAL TIME:    5:26**