**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CHIEF JUDGE WILEY Y. DANIEL**

---

Date:                January 18, 2012          Prob./Pret.:   N/A
Courtroom Deputy:    Robert R. Keech            Interpreter:   N/A
Court Reporter/ECR:  Therese Lindblom

---

Criminal Case No. **11-cr-00184-WYD**          <u>Counsel:</u>

UNITED STATES OF AMERICA,                       Kurt J. Bohn

             Plaintiff,

v.

**1. LEON HENDERSON ASKEW**,                    LaFonda R. Jones

             Defendant.

---

**COURTROOM MINUTES**

---

**JURY TRIAL (DAY 2)**

**9:26 a.m.**     Court in Session - Defendant present (in-custody) - Jury not present

                  Discussion regarding the fact that defendant wishes to represent himself at trial.

9:27 a.m.         Statement by Defendant on his own behalf (Mr. Askew).

                  Court advises Mr. Askew regarding representing himself at trial.

9:36 a.m.         Counsel for the Government is excused from the courtroom.

                  Courts advisement regarding Mr. Askew's request to represent himself at trial.

9:38 a.m.         Statement by Defendant on his own behalf (Mr. Askew).

Court makes inquiry of Ms. Jones.

9:44 a.m.        Statement on behalf of Defendant in response to Court's inquiry (Ms. Jones).

**ORDERED:**    Mr. Askew and Ms. Jones shall meet and confer in an attempt to resolve their differences.

9:48 a.m.        Counsel for the Government returns to the courtroom.

Court's remarks to counsel for Government.

9:53 a.m.        Statement by Government regarding schedule of witnesses (Mr. Bohn).

**9:56 a.m.**    Court in Recess

**10:18 a.m.**   Court in Session - Jury not present

Statement on behalf of Defendant that she will continue representing Mr. Askew (Ms. Jones).

10:18 a.m.       Statement by Defendant on his own behalf that Ms. Jones will continue to represent him as counsel in trial (Mr. Askew).

**ORDERED:**    Defendant's request to represent himself at trial is **DENIED AS WITHDRAWN.**

10:22 a.m.       Jury enters

10:22 a.m.       Government's witness **Andrew Thompson** resumes.

Direct examination by Government continues (Mr. Carey).
*EX ID:*        *3, 4, 5, 6, 7, 8, 9, 59, 10, 11, 12, 14, 15, 16*

**Exhibit(s) 3, 4, 5, 6, 7, 8, 9, 59, 10, 11, 12, 14, 15, 16 RECEIVED.**

**11:00 a.m.**   Court in Recess

**11:36 a.m.**   Court in Session - Jury enters

11:38 a.m.       Government's witness **Andrew Thompson** resumes.

Direct examination by Government continues (Mr. Carey).
*EX ID:*        *19, 27, 20, 9, 21, 22, 23, 24, 49, 25, 33, 55, 51, 53, 61*

**Exhibit(s) 19, 27, 20, 21, 22, 23, 24, 49, 25, 55, 51, 53, 61 RECEIVED.**

**12:05 p.m.**      Court in Recess

**1:37 p.m.**      Court in Session - Jury enters

1:39 p.m.      Government's witness **Andrew Thompson** resumes.

                Direct examination by Government continues (Mr. Carey).
                *EX ID:*      *57, 22, 15, 58, 69, 14, 71, 21, 72, 76, 4, 12, 14, 50, 52, 53, 54, 61, 62, 93, 96, 70, 56, 77, 60*

**Exhibit(s) 57, 58, 69, 71, 72, 76, 50, 53, 54, 62, 93, 96, 70, 56, 77, 60 RECEIVED.**

2:02 p.m.      Cross examination by Defendant (Ms. Jones).

2:33 p.m.      Government's witness **Buddy D. Newton, Jr.** sworn.

                Direct examination by Government (Mr. Carey).

2:39 p.m.      Cross examination by Defendant (Ms. Jones).
                *EX ID:*      *24*

2:51 p.m.      Re-Direct examination by Government (Mr. Carey).
                *EX ID:*      *8, 9, 10, 15*

2:55 p.m.      Government's witness **Gregory White** sworn.

                Direct examination by Government (Mr. Bohn).
                *EX ID:*      *86, 87, 84, 85, 65, 66, 9, 16, 27, 17, 18, 31, 32*

**Exhibit(s) 86, 87, 65, 66, 17, 18, 31, 32 RECEIVED.**

**3:20 p.m.**      Court in Recess

**3:49 p.m.**      Court in Session - Jury enters

3:51 p.m.      Government's witness **Gregory White** resumes.

                Cross examination by Defendant (Ms. Jones).
                *EX ID:*      *9*

4:04 p.m.      Re-Direct examination by Government (Mr. Bohn).
                *EX ID:*      *13, 15, 25, 97, 73, 74*

**Exhibit(s) 13, 73, 74 RECEIVED.**

4:12 p.m.        Government's witness **Pamela Fay Huddleston** sworn.

                 Direct examination by Government (Mr. Bohn).
                 *EX ID:*          *100, 35, 37*

**Exhibit(s) 100 RECEIVED.**

4:25 p.m.        Government's witness **Stephanie Ross** sworn.

                 Direct examination by Government (Mr. Carey).
                 *EX ID:*          *92, 3, 9, 14*

4:41 p.m.        Cross examination by Defendant (Ms. Jones).
                 *EX ID:*          *#*

4:57 p.m.        Re-Direct examination by Government (Mr. Carey).

4:59 p.m.        Discussion regarding schedule for tomorrow.

5:01 p.m.        Jury excused for the evening.

                 Discussion regarding chain of custody witnesses.

**ORDERED:**     Defendant is **REMANDED** into the custody of the U.S. Marshal.

**5:01 p.m.**    Court in Recess - TRIAL CONTINUED.

**TOTAL TIME:    4:36**