IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL

| | | | |
|---|---|---|---|
| Date: | January 19, 2012 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Therese Lindblom | | |

Criminal Case No.  **11-cr-00184-WYD**              Counsel:

UNITED STATES OF AMERICA,                            Kurt J. Bohn

        Plaintiff,

v.

**1.  LEON HENDERSON ASKEW**,                       LaFonda R. Jones

        Defendant.

**COURTROOM MINUTES**

**JURY TRIAL (DAY 3)**

**9:09 a.m.**   Court in Session - Defendant present (in-custody) - Jury not present

        Discussion regarding jury instruction conference.

9:13 a.m.   Jury enters

9:13 a.m.   Government's witness **Roy Alan Ditzler** sworn.

        Direct examination by Government (Mr. Bohn).
        *EX ID:          75, 68, 27, 28, 29, 30, 79, 95*

**Exhibit(s) 75, 68, 28, 29, 30, 79, 95 RECEIVED.**

| | |
|---|---|
| 9:29 a.m. | Government's witness **Hayley Rebecca Womack** sworn. |
| | Direct examination by Government (Mr. Bohn). Carey). |
| | *EX ID:        2, 5, 6, 9, 14, 20, 21, 68, 77, 97* |
| 9:51 a.m. | Cross examination by Defendant (Ms. Jones). |
| 10:02 a.m. | Government's witness **Thea Michelle Quintanilla** sworn. |
| | Direct examination by Government (Mr. Bohn). |
| | *EX ID:        3, 4, 5, 96, 8, 9, 10* |
| **10:17 a.m.** | Court in Recess |
| **10:43 a.m.** | Court in Session - Jury enters |
| | Government's witness **Thea Michelle Quintanilla** resumes. |
| 10:45 a.m. | Cross examination by Defendant (Ms. Jones). |
| 10:51 a.m. | Re-Direct examination by Government (Mr. Bohn). |
| 10:53 a.m. | Court reads two stipulations into the record. |
| 10:55 a.m. | Government's witness **Lacey Lorrain Sellars** sworn. |
| | Direct examination by Government (Mr. Carey). |
| | *EX ID:        93, 3, 4, 9* |
| 11:06 a.m. | Cross examination by Defendant (Ms. Jones). |
| 11:11 a.m. | Government's witness **Ian Asher Conner** sworn. |
| | Direct examination by Government (Mr. Carey). |
| | *EX ID:        79, 19, 21* |
| 11:22 a.m. | Government's witness **James Robert Carriger** sworn. |
| | Direct examination by Government (Mr. Bohn). |
| | *EX ID:        21, 27* |
| 11:27 a.m. | Cross examination by Defendant (Ms. Jones). |

| | |
|---|---|
| 11:31 a.m. | Government's witness **Shane Alvarez** sworn. |
| | Direct examination by Government (Mr. Bohn). *EX ID:    100* |
| 11:35 a.m. | Government's witness **Roy Alan Ditzler** resumes. |
| | Direct examination by Government (Mr. Bohn). *EX ID:    100* |
| 11:39 a.m. | Government's witness **Robert John Gillispie** sworn. |
| | Direct examination by Government (Mr. Bohn). |
| 11:43 a.m. | Government's witness **Peter Merenyi** sworn. |
| | Direct examination by Government (Mr. Bohn). |
| 11:45 a.m. | Jury excused until 1:30 p.m. |

### JURY INSTRUCTION CONFERENCE

| | |
|---|---|
| #14 | OBJECTION BY DEFENDANT - COURT WILL REMOVE. |
| #34 | OBJECTION BY DEFENDANT - DEFERRED. |
| 11:55 a.m. | Discussion regarding schedule for this afternoon. |
| **11:58 a.m.** | Court in Recess |
| **1:46 p.m.** | Court in Session - Jury enters |
| 1:48 p.m. | Government's witness **Tim Don McKibben** sworn. |
| | Direct examination by Government (Mr. Bohn). *EX ID:    80, 35, 36, 37, 38* |

**Exhibit(s) 80, 35, 36, 37, 38 RECEIVED.**

*Witness tendered and accepted as an expert.*

| | |
|---|---|
| 2:23 p.m. | Government's witness **John Sarkisian** sworn. |
| | Direct examination by Government (Mr. Bohn). |
| 2:39 p.m. | Jury excused |
| | Discussion regarding objection by Defendant related to the request for expert witness designation for the current witness, John Sarkisian - SUSTAINED. |
| 2:51 p.m. | Jury enters |
| **ORDERED:** | Request for expert designation is **DENIED.** |
| 2:51 p.m. | Direct examination by Government continues (Mr. Bohn).<br>*EX ID:    13, 14, 22, 63, 64, 24, 25, 33, 34, 35, 36, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 34* |

**Exhibit(s) 63, 64, 33, 34, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48 RECEIVED.**

| | |
|---|---|
| 3:23 p.m. | Jury excused |
| | Discussion and argument regarding objection by Defendant - SUSTAINED. |
| **3: p.m.** | Court in Recess |
| **3:48 p.m.** | Court in Session - Jury enters |
| 3:50 p.m. | Government's witness **John Sarkisian** resumes. |
| | Direct examination by Government (Mr. Bohn). |
| 3:51 p.m. | Government rests. |
| 3:52 p.m. | Defendant has not evidence to present. |
| 3:55 p.m. | Jury excused for the evening and shall report back on Friday, January 20, 2012, at 9:00 a.m. |
| | Discussion regarding procedure for physical exhibits and time limits for closing arguments. |
| **ORDERED:** | Closing arguments shall not exceed **forty (40) minutes per side.** |

## JURY INSTRUCTION CONFERENCE

#11        OBJECTION BY GOVERNMENT - COURT WILL MODIFY
#15        OBJECTION BY GOVERNMENT and DEFENDANT - COURT WILL REMOVE JURY INSTRUCTION #15.
#33        OBJECTION BY GOVERNMENT - COURT WILL REMOVE JURY INSTRUCTION #33.

Verdict Form   COURT WILL MODIFY - NO OBJECTION.

**ORDERED:**   Defendant is **REMANDED** into the custody of the U.S. Marshal.

**4:21 p.m.**   Court in Recess - TRIAL CONTINUED.

**TOTAL TIME:   4:40**