IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL

| | | | |
|---|---|---|---|
| Date: | January 20, 2012 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Therese Lindblom | | |

Criminal Case No. **11-cr-00184-WYD**          Counsel:

UNITED STATES OF AMERICA,                     Kurt J. Bohn

       Plaintiff,

v.

**1.  LEON HENDERSON ASKEW**,                 LaFonda R. Jones

       Defendant.

**COURTROOM MINUTES**

**JURY TRIAL (DAY 4)**

**9:20 a.m.**   Court in Session - Defendant present (in-custody) - Jury not present

            Discussion regarding final versions of jury instructions and verdict form.  No objection by counsel.

9:22 a.m.   Discussion regarding exhibits and setting up physical exhibits for viewing by the jury.

9:27 a.m.   Jury enters

9:27 a.m.   Court reads jury instructions and verdict form.

10:05 a.m.  No objection to jury instructions and verdict form as read by the Court.

| | |
|---|---|
| **10:06 a.m.** | Court in Recess |
| **10:32 a.m.** | Court in Session - Jury enters |
| 10:35 a.m. | Closing argument by Government (Mr. Carey). |
| 10:52 a.m. | Closing argument by Defendant (Ms. Jones). |
| 11:00 a.m. | Rebuttal argument by Government (Mr. Carey). |
| 11:06 a.m. | Jurors are allowed to review physical exhibits, which are placed on counsel table. |
| 11:11 a.m. | CSO sworn |
| 11:13 a.m. | Jury excused to commence deliberations, except alternate juror 100222955.<br><br>Court's remarks to alternate juror 100222955 regarding availability. |
| 11:16 a.m. | Alternate juror 100222955 is excused.<br><br>Court's remarks to counsel regarding availability and counsel coming back to the courtroom around 4:30 p.m. if they have not been contacted earlier in the day. |
| **11:17 a.m.** | Court in Recess - Subject to Call |
| **1:07 p.m.** | Court in Session - Jury not present<br><br>Court's remarks regarding two notes submitted by jury (NOTES ATTACHED). |
| 1:08 p.m. | Discussion regarding two notes submitted by jury. |
| 1:27 p.m. | Jury enters<br><br>Court responds to two notes submitted by jury. |
| 1:29 p.m. | Jury excused to resume deliberations.<br><br>Court's remarks to counsel regarding remaining in the courthouse for not more than twenty (20) minutes. |
| **1:30 p.m.** | Court in Recess |

| | |
|---|---|
| **2:37 p.m.** | Court in Session - Jury not present |
| | Court informs counsel that jury has reached a verdict (NOTE ATTACHED). |
| 2:39 p.m. | Jury enters |
| | Court reads jury verdict. |
| | Court 1 GUILTY<br>Court 2 GUILTY<br>Court 3 GUILTY<br>Court 4 GUILTY |
| | **Pursuant to General Order 2007-3 the original Jury Verdict has been filed conventionally by delivery to the Clerk's Office. A representation of the Jury Verdict is attached to the court minutes.** |
| 2:41 p.m. | Jury is polled. |
| | Court thanks jurors for their service and they are discharged. |
| 2:43 p.m. | Jury excused |
| **ORDERED:** | Sentencing hearing is set for **Monday, April 2, 2012, at 11:00 a.m., in courtroom A-1002.** |
| **ORDERED:** | Defendant is **REMANDED** into the custody of the U.S. Marshal. |
| **CLERK'S NOTE:** | **EXHIBITS WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE TRIAL.** |
| 2:44 p.m. | Court in Recess - TRIAL CONCLUDED. |

**TOTAL TIME:   2:01**