IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL

Date: 1/20/12                           Case No. 11-cr-00184-WYD

Time: 12:22 pm

NOTE FROM JURY

We would like to see Title 21 United States Code Section 841 (a)(1)

By:_____
Foreperson

COURT'S RESPONSE TO NOTE FROM JURY

By:_____
Wiley Y. Daniel
Chief United States District Judge