IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL

Date: 1/20/12                           Case No.  11-cr-00184-WYD

Time: 12:25pm

NOTE FROM JURY

We would also like to see Schedule II Title 21 United States Code Section 812

By: _____
Foreperson

COURT'S RESPONSE TO NOTE FROM JURY

By: _____
Wiley Y. Daniel
Chief United States District Judge