IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL

Date: 1/20/2012　　　　　　　　　　　Case No. 11-cr-00184-WYD

Time: 2:10pm

## NOTE FROM JURY

We have a verdict

By: _____
　　Foreperson

## COURT'S RESPONSE TO NOTE FROM JURY

By:_____
Wiley Y. Daniel
Chief United States District Judge