## SECOND AMENDED EXHIBIT LIST

CASE NO. 11-cr-00184-WYD     PLAINTIFF'S LIST  X    DEFENDANT'S LIST ___   THIRD PTY DEFTS. LIST ___

CASE CAPTION  UNITED STATES  vs.  LEON HENDERSON ASKEW     PAGE NO.  1    DATE  January 17, 2012

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO/LTR | WITNESS | DESCRIPTION | ADM/AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Plummer | Photo of door | | | X | X 1/17/12 | | | |
| 2 | Plummer Womack | Photo of room 439 door | | | X | X 1/17/12 | | | |
| 3 | Thompson Ross Sellars Quintanilla | Photo of room from doorway | | | X | X 1/18/12 | | | |
| 4 | Thompson Quintanilla Sellars | Photo of room from inside | | | X | X 1/18/12 | | | |
| 5 | Thompson Quintanilla | Photo of room from bathroom | | | X | X 1/18/12 | | | |
| 6 | Thompson Womack | Photo of bed near door | | | X | X 1/18/12 | | | |
| 7 | Thompson | Photo of night stand | | | X | X 1/18/12 | | | |
| 8 | Thompson Newton Quintanilla | Photo of bed near bathroom | | | X | X 1/18/12 | | | |
| 9 | Ross Thompson Newton Quintanilla Sellars Womack White | Photo of backpack | | | X | X 1/18/12 | | | |

# SECOND AMENDED EXHIBIT LIST

CASE NO. __11-cr-00184-WYD__   PLAINTIFF'S LIST __X__   DEFENDANT'S LIST ____   THIRD PTY DEFTS. LIST ____

CASE CAPTION __UNITED STATES__ vs. __LEON HENDERSON ASKEW__   PAGE NO. __2__   DATE __January 17, 2012__

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| # | Witness | Description | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10 | Thompson Newton Quinteryilla | Photo of backpack right side | | | | X | X 1/18/12 | |
| 11 | Thompson | Photo of backpack left side | | | | X | X 1/18/12 | |
| 12 | Thompson | Photo of ID on doorside bed | | | | X | X 1/18/12 | |
| 13 | G. White Erickson | Photo of items on bathroom side bed | | | | X | X 1/18/12 | |
| 14 | Thompson Ross (Weined) Sakisian | Close up photo of items on bathroom side bed | | | | X | X 1/18/12 | |
| 15 | Thompson Newton G. White | Close up photo of items in backpack | | | | X | X 1/18/12 | |
| 16 | Thompson G. White | Photo of firearm in green pouch | | | | X | X 1/18/12 | |
| 17 | G. White | Photo of firearm with chamber opened | | | | X | X 1/18/12 | |

SECOND AMENDED EXHIBIT LIST

CASE NO. 11-cr-00184-WYD     PLAINTIFF'S LIST  X     DEFENDANT'S LIST ____     THIRD PTY DEFTS. LIST ____

CASE CAPTION   UNITED STATES   vs.   LEON HENDERSON ASKEW       PAGE NO.  3   DATE  January 17, 2012

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| # | Witness | Description | | | | | |
|---|---|---|---|---|---|---|---|
| 18 | G. White | Photo of ammunition from firearm | | X | X 1/18/12 | | |
| 19 | Thompson Conner Sartiskin | Photo of firearm Smith & Wesson | | X | X 1/18/12 | | |
| 20 | Thompson Womack | Photo of cocaine bags | | X | X 1/18/12 | | |
| 21 | Thompson Womack Conner Cirages | Photo: Close up of items in backpack with Firearm | | X | X 1/18/12 | | |
| 22 | Thompson Sartiskin | Photo: Close up of items in backpack with scales | | X | X 1/18/12 | | |
| 23 | Thompson | Photo: Close up of narcotics | | X | X 1/18/12 | | |
| 24 Sartiskin | Thompson Newton Womack | Photo: Close up of money | | X | X 1/18/12 | | |

## SECOND AMENDED EXHIBIT LIST

CASE NO. __11-cr-00184-WYD__   PLAINTIFF'S LIST __ __   X __ __   DEFENDANT'S LIST __ __   THIRD PTY DEFTS. LIST __ __

CASE CAPTION __UNITED STATES__ vs. __LEON HENDERSON ASKEW__   PAGE NO. __4__   DATE __January 17, 2012__

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| No. | Witness | Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 25 Sarkisian | Thompson G.White Womack | Photo: Close up of knives | | | | X | X 1/18/12 | | | |
| 26 | Plummer | Days Inn Room Receipt | | | | X | X 1/17/12 | | | |
| 27 Camper | Thompson G.White Ditzler | Firearm: Smith and Wesson | | | | X | X 1/18/12 | physical no electronic JECS | | |
| 28 | Ditzler | Photo: Firearm - Air Lite | | | | X | X 1/19/12 | | | |
| 29 | Ditzler | Photo: Firearm - Air Lite close up | | | | X | X 1/19/12 | | | |
| 30 | Ditzler | Photo: Firearm - serial number | | | | X | X 1/19/12 | | | |
| 31 | G.White | Ammunition | | | | X | X 1/18/12 | no exh. JECS | | |
| 32 | G.White | Photo: Ammunition | | | | X | X 1/18/12 | | | |
| 33 | Thompson Carlsen | Methamphetamine | | | | X | X 1/18/12 | | | |

SECOND AMENDED EXHIBIT LIST

CASE NO. 11-cr-00184-WYD     PLAINTIFF'S LIST ____     DEFENDANT'S LIST  X    THIRD PTY DEFTS. LIST ____

CASE CAPTION   UNITED STATES   vs.   LEON HENDERSON ASKEW       PAGE NO.  5    DATE   January 17, 2012

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| # | Witness | Description | | | | | X | Date | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 34 | Sarkisian | Photo: Methamphetamine | | | | | X | 1/19/12 | |
| 35 | Sarkisian/Huddleston/McKibben | Crack cocaine | | | | | X | 1/19/12 | no exh. SEE 25 |
| 36 | McKibben/Sarkisian | Photo: Crack cocaine | | | | | X | 1/19/12 | |
| 37 | Henderson/McKibben | Powder cocaine | | | | | X | 1/19/12 | no exh. SEE 25 |
| 38 | McKibben | Photo: Powder cocaine | | | | | X | 1/19/12 | |
| 39 | Sarkisian | Marijuana | | | | | X | 1/19/12 | |
| 40 | Sarkisian | Photo: Marijuana | | | | | X | 1/19/12 | |
| 41 | Sarkisian | 10 pills - Ecstasy | | | | | X | 1/19/12 | |
| 42 | Sarkisian | Photo: 10 pills - Ecstasy | | | | | X | 1/19/12 | |
| 43 | Sarkisian | 17 pills - Alprazolam | | | | | X | 1/19/12 | |

# SECOND AMENDED EXHIBIT LIST

CASE NO. __11-cr-00184-WYD__   PLAINTIFF'S LIST __X__   DEFENDANT'S LIST ____   THIRD PTY DEFTS. LIST ____

CASE CAPTION __UNITED STATES__ vs. __LEON HENDERSON ASKEW__   PAGE NO. __6__   DATE __January 17, 2012__

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| # | Witness | Description | | | | | X | Date | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 44 | Berberian | Photo: 17 pills - Alprazolam | | | | | X | 1/19/12 | |
| 45 | Berberian | 25 pills - oxycodone hydrochloride | | | | | X | 1/19/12 | |
| 46 | Berberian | Photo: 25 pills - oxycodone hydrochloride | | | | | X | 1/19/12 | |
| 47 | Berberian | 1 morphine tablet | | | | | X | 1/19/12 | |
| 48 | Berberian | Photo: 1 morphine tablet | | | | | X | 1/19/12 | |
| 49 | Thompson | U.S. currency - $1,341.00 recovered from backpack | | | | | X | 1/18/12 | no electronic exh. for JERS |
| 50 | Thompson | Photo: U.S. currency - $1,341.00 | | | | | X | 1/18/12 | |

## SECOND AMENDED EXHIBIT LIST

CASE NO. __11-cr-00184-WYD__  PLAINTIFF'S LIST __X__  DEFENDANT'S LIST ____  THIRD PTY DEFTS. LIST ____

CASE CAPTION __UNITED STATES__ vs. __LEON HENDERSON ASKEW__  PAGE NO. __7__  DATE __January 17, 2012__

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| # | Witness | Description | | | | Notes |
|---|---|---|---|---|---|---|
| 51 | Thompson | Scale - with cover | | X | 1/18/12 | no exh. for JERS |
| 52 | Thompson | Photo: Scale - with cover | | X | 1/18/12 | |
| 53 | Thompson | Scale - without cover | | X | 1/18/12 | no exh. JERS |
| 54 | Thompson | Photo: Scale - without cover | | X | 1/18/12 | |
| 55 | Thompson | Pipe - colored | | X | 1/18/12 | no exh. JERS |
| 56 | Thompson | Photo: Pipe - colored | | X | 1/18/12 | |
| 57 | Thompson | Pipe - clear | | X | 1/18/12 | no exh. JERS |
| 58 | Thompson | Photo: Pipe - clear | | X | 1/18/12 | |
| 59 | Thompson | Grinder | | X | 1/18/12 | no exh. JERS |
| 60 | Thompson | Photo: Grinder | | X | 1/18/12 | |
| 61 | Thompson | Silver hand scale | | X | 1/18/12 | no exh. JERS |

## SECOND AMENDED EXHIBIT LIST

CASE NO. 11-cr-00184-WYD     PLAINTIFF'S LIST ____   DEFENDANT'S LIST  X   THIRD PTY DEFTS. LIST ____

CASE CAPTION  UNITED STATES  vs.  LEON HENDERSON ASKEW     PAGE NO.  8     DATE  January 17, 2012

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| # | Witness | Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 62 | Thompson | Photo: Silver scale | | | | X | X 1/18/12 | | | |
| 63 | Baskinlan | Baggies | | | | X | X 1/19/12 | | | |
| 64 | | Photo: Baggies | | | | X | X 1/19/12 | | | no exh. JERS |
| 65 | G. White | Sheath | | | | X | X 1/18/12 | | | |
| 66 | J. White | Photo: Sheath | | | | X | X 1/18/12 | | | |
| 67 | | Photo of cards from Defendant's person | | | | | | | | |
| 68 | Womack Plummer Atzler | Photo of Hockaday | | | | X | X 1/19/12 | | | |
| 69 | Thompson | Askew ID card | | | | X | X 1/18/12 | | | no exh.- JERS |
| 70 | Thompson | Photo: Askew ID card | | | | X | X 1/18/12 | | | |
| 71 | Thompson | Brass knuckles | | | | X | X 1/18/12 | | | no exh. JERS |
| 72 | Thompson | Photo: Brass knuckles | | | | X | X 1/18/12 | | | |

## SECOND AMENDED EXHIBIT LIST

CASE NO. **11-cr-00184-WYD**   PLAINTIFF'S LIST **X**   DEFENDANT'S LIST ____   THIRD PTY DEFTS. LIST ____

CASE CAPTION **UNITED STATES** vs. **LEON HENDERSON ASKEW**   PAGE NO. **9**   DATE **January 17, 2012**

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| No. | Witness | Description | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 73 | G. White | Knives recovered from room | | | | X | X 1/18/12 | no exh. SEES |
| 74 | G. White | Photo: knives recovered from room | | | | X | X 1/18/12 | |
| 75 | Ditzler | Confinement paperwork for Hockaday | | | | X | X 1/19/12 | |
| 76 | Thompson | ID cards | | | | X | X 1/19/12 | |
| 77 | Thompson / Womack | Photo: ID cards | | | | X | X 1/18/12 | |
| 78 | | Interstate Nexus Report | | | | | | |
| 79 | Ditzler / Conner | Firearm Trace Summary | | | | X | X 1/19/12 | |
| 80 | McKibben | Lab Reports prepared by Mr. McKibben | | | | X | X 1/19/12 | |

**SECOND AMENDED EXHIBIT LIST**

CASE NO. __11-cr-00184-WYD__   PLAINTIFF'S LIST __X__   DEFENDANT'S LIST ____   THIRD PTY DEFTS. LIST ____

CASE CAPTION __UNITED STATES__ vs. __LEON HENDERSON ASKEW__   PAGE NO. __10__   DATE __January 17, 2012__

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| # | Witness | Description | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 81 | | Conviction documents in 1991CR3573 | | | | | | |
| 82 | | Conviction documents in 2000CR0434 | | | | | | |
| 83 | | Conviction documents in 2002CR2718 | | | | | | |
| 84 | Plummer G. White | Room Key 439 | | | X | X 1/7/12 | | no exh. offrs. |
| 85 | Plummer G. White | Photo: Room Key 439 | | | X | X 1/7/12 | | |
| 86 | G. White | U.S. currency - $1,259.00 recovered from Askew | | | X | X 1/8/12 | | no exh. offrs. |

**SECOND AMENDED EXHIBIT LIST**

CASE NO. __11-cr-00184-WYD__   PLAINTIFF'S LIST __X__   DEFENDANT'S LIST ____   THIRD PTY DEFTS. LIST ____

CASE CAPTION __UNITED STATES__ vs. __LEON HENDERSON ASKEW__   PAGE NO. __11__   DATE __January 17, 2012__

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| # | Witness | Description | | | | | |
|---|---|---|---|---|---|---|---|
| 87 | G. White | Photo: U.S. currency - $1,259.00 recovered from Askew | | | X | | X 1/18/12 |
| 88 | Thompson | Map of Colorado Springs | | | X | | X 1/17/12 |
| 89 | Thompson | Picture of area near Days Inn | | | X | | X 1/17/12 |
| 90 | Plummer Thompson | Photo: Days Inn lobby | | | X | | X 1/17/12 |
| 91 | Plummer | Photo: walk way between building | | | X | | X 1/17/12 |
| 92 | Plummer Thompson Ross | Photo: Backside of Days Inn | | | X | | X 1/17/12 |
| 93 | Thompson Sellars | Photo: View of upper levels of Days Inn | | | X | | X 1/18/12 |

## SECOND AMENDED EXHIBIT LIST

CASE NO. __11-cr-00184-WYD__   PLAINTIFF'S LIST __ __   PLAINTIFF'S LIST __X__   DEFENDANT'S LIST __ __   THIRD PTY DEFTS. LIST __ __

CASE CAPTION __UNITED STATES__  vs.  __LEON HENDERSON ASKEW__   PAGE NO. __12__   DATE __January 17, 2012__

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| No. | Witness | Description | | | Admitted |
|---|---|---|---|---|---|
| 94 |  | Receipt from Humane Society |  |  |  |
| 95 | Ditzler | Colorado Department of Labor record for Askew |  | X | X 1/19/12 |
| 96 | Thompson, Quintanilla | Photo: Inside hotel room facing window |  | X | X 1/18/12 |
| 97 | Thompson, G. White, Womack | Photo: Inside hotel room facing desk |  | X | X 1/18/12 |
| 98 |  | Inmate Askew visitor log |  |  |  |
| 99 |  | McKibben Lab Notes |  |  |  |
| 100 | Huddleston, Alvarez | Chain of Custody forms |  | X | X 1/18/12 |