IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE WILEY Y. DANIEL

Case No. 11-cr-00184-WYD          Date: January 17, 2012

Case Title: United States v. Leon Henderson Askew

_____Plaintiff_____          2d AMENDED WITNESS LIST
(Plaintiff/Defendant)

| WITNESS | DATE(S) TESTIFIED |
|---|---|
| Danielle Plummer - Will Call | (1) January 17, 2012 - :45 Minutes (4:16pm) |
| Andrew Thompson - Will Call | (2) January 17, 2012 - 1.50 Hours (4:39pm); 1/18/12 (10:22am) |
| Buddy Newton - Will Call | (3) January 18, 2012 - 1.50 Hours (2:33pm) |
| John Sarkisian - Will Call | (17) January 19, 2012 - 1.50 Hours (2:23pm) |
| Gregory White - Will Call | (4) January 18, 2012 - 1.50 Hours (2:55pm) |
| Rebecca Hayley Womack - Will Call | (8) January 19, 2012 - 1.50 Hours (9:29am) |
| Stephanie Ross - Will Call | (6) January 18, 2012 - 1.00 Hours (4:25pm) |
| Lorrain Lacey Sellars - Will Call | (10) January 19, 2012 - :45 Minutes (10:55am) |
| Michelle Thea Quintanilla - Will Call | (9) January 19, 2012 - :45 Minutes (10:02am) |
| Timothy Don Tim D. McKibben - Will Call | (16) January 19, 2012 - :45 Minutes (1:48pm) |
| Don Hoffman - May Call | January 17, 2012 - 1.50 Hours |
| Ian Asher Conner - May Call | (11) 1/19/12 (11:11am) |
| Robert Carriger James Carriger - May Call | (12) 1/19/12 (11:22am) |
| Allison Marie Harvey - May Call | |
| Alan Roy Ditzler - May Call | (7) 1/19/12 (9:13am); 1/19/12 (11:35am) |
| Sarah Pelton - May Call | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE WILEY Y. DANIEL

Case No. 11-cr-00184-WYD                                    Date: January 17, 2012

Case Title:  United States v. Leon Henderson Askew

                    Plaintiff                                2d AMENDED WITNESS LIST
              (Plaintiff/Defendant)

| WITNESS | DATE(S) TESTIFIED |
|---|---|
| Reuben Crews  - Chain of Custody | January 19, 2012 - :15 Minutes |
| Dorothy Stevens  - Chain of Custody | January 19, 2012 - :15 Minutes |
| Shirley Milligan  - Chain of Custody | January 19, 2012 - :15 Minutes |
| Shawn Ward  - Chain of Custody | January 19, 2012 - :15 Minutes |
| ~~Robert~~ John Gillispie  - Chain of Custody | (14) January 19, 2012 - :15 Minutes (11:39 am) |
| Shane Alvarez  - Chain of Custody | (13) January 19, 2012 - :15 Minutes (11:31 am) |
| ~~Pam Huddleston~~ Pamela Fay  - Chain of Custody | (5) January 18, 2012 - :15 Minutes (4:12 pm) |
| Nichole Burnett  - Chain of Custody | January 19, 2012 - :15 Minutes |
| Matt Gonzales  - Chain of Custody | January 19, 2012 - :15 Minutes |
| Lisa Templeton  - Chain of Custody | January 19, 2012 - :15 Minutes |
| ~~Pete~~ Peter Merenyi  - Chain of Custody | (15) January 19, 2012 - :15 Minutes (11:43 am) |
| Kristin Genia  - Chain of Custody | January 19, 2012 - :15 Minutes |
| Charles Ackerman  - Chain of Custody | January 19, 2012 - :15 Minutes |
| Paula Casias  - Chain of Custody | January 19, 2012 - :15 Minutes |
| Greg Cooper - Chain of Custody | January 19, 2012 - :15 minutes |
| Janel Lyons - Chain of Custody | January 19, 2012 - :15 minutes |