ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 0 2012

GREGORY C. LANGHAM
CLERK

Criminal Case No.   11-cr-00184-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEON HENDERSON ASKEW,

    Defendant.

---

## FINAL VERDICT FORM

---

### COUNT ONE

We, the jury, upon our oaths, unanimously find the defendant, LEON HENDERSON ASKEW, in Count One of the indictment:

    _____ Not Guilty

    __✓__ Guilty

### COUNT TWO

We, the jury, upon our oaths, unanimously find the defendant, LEON HENDERSON ASKEW, in Count Two of the indictment:

    _____ Not Guilty

    __✓__ Guilty

## COUNT THREE

We, the jury, upon our oaths, unanimously find the defendant LEON HENDERSON ASKEW, in Count Three of the indictment:

\_\_\_\_\_ Not Guilty

✓ Guilty

## COUNT FOUR

We, the jury, upon our oaths, unanimously find the defendant LEON HENDERSON ASKEW, in Count Four of the indictment:

\_\_\_\_\_ Not Guilty

✓ Guilty

To find the defendant LEON HENDERSON ASKEW guilty of Count Four you must unanimously agree as to at least one of the following theories:

    A. as to the offense of Carrying or Using a Firearm During and in Relation to a Drug Trafficking Crime in Counts Two or Three of the indictment:

\_\_\_\_\_ Not Guilty

✓ Guilty

    B. as to the offense of Possession of a Firearm in Furtherance of a Drug Trafficking Offense in Counts Two and Three of the indictment:

\_\_\_\_\_ Not Guilty

\_\_\_\_\_ Guilty

Dated this 20th day of January, 2012.

_____    _____
Foreperson

_____    _____

_____    _____

_____    _____

_____    _____