IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00184-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    LEON HENDERSON ASKEW,

        Defendant.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, OR TO ANY OTHER UNITED STATES MARSHAL, AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE WITNESS MAY BE HELD,

This Writ is issued upon Order of the United States District Court for the District of Colorado. I hereby command that you bring the material witness, THEA QUINTANILLA, DOB: March 23, 1984, Inmate number A0268139, now being confined in the El Paso County Criminal Justice Center, 2739 E. Las Vegas Street, Colorado Springs, CO 80906-1594 on January 17, 2012 at 9:00a.m, and from day to day thereafter, to testify to the truth, according to her knowledge, in a cause to be heard before a United States District Judge, to appear therein as a material witness, and immediately after return the witness to the institution where she was confined, under safe and secure conduct.

You are further commanded to serve a certified copy of this writ on said Warden, Superintendent, or Custodian of the El Paso County Criminal Justice Center, 2739 E. Las Vegas Street, Colorado Springs, CO 80906-1594, or the Warden, Superintendent, or Custodian of any other institution wherein THEA QUINTANILLA, DOB: March 23, 1984, Inmate number A0268139 is confined.

ORDERED this __11th__ day of __January__, 2012.

BY THE COURT:

GREGORY C. LANGHAM
Clerk, U.S. District Court

_____
CLERK, UNITED STATES DISTRICT COURT

**PARTIAL/FINAL RETURN**
WITHIN NAMED PERSON TRANSPORTED
FROM __El Paso Co Jail__ TO
__USM O/Co__
ON __1/12/12__

UNITED STATES MARSHAL
DISTRICT OF COLORADO
BY _____
DEPUTY U.S. MARSHAL

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2012 JAN 26 PM 2:31
GREGORY C. LANGHAM
CLERK
BY_____ DEP. CLK

**PARTIAL/FINAL RETURN**
WITHIN NAMED PERSON TRANSPORTED
FROM __USM O/Co__ TO
__El Paso Co Jail__
ON __1/24/12__

UNITED STATES MARSHAL
DISTRICT OF COLORADO
BY _____
DEPUTY U.S. MARSHAL

-2-