1-20-2012

11-cr-00184-WJM

Dear Judge Daniels:

I contest the guilty verdict and I request to be released for violating my constitution, 4th Amendment right.

Sincerely

Leon Askew

LEON ASKEW

**INDIGENT LEGAL MAIL**

JAN 26 2012
UNITED STATES DISTRICT COURT
GREGORY C. LANGHAM

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
$ 00.37４
PITNEY BOWES
MAILED FROM ZIP CODE 80420
JAN 24 2012

UNCENSORED INMATE MAIL