UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    11-cr-00184-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  LEON HENDERSON ASKEW,

      Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      THIS MATTER is before the Court on Defendant's *pro se* Motion for Release from Custody [ECF No. 66], filed January 26, 2012.   Under the law, there is no constitutional right to a hybrid form of representation.   *See United States v. Bennett*, 539 F.2d 45, 49 (10th Cir. 1976).   Defendant is currently represented by counsel, La Fonda Jones. Consequently, the Court will not consider a motion that the Defendant has filed *pro se*. Accordingly it is

      ORDERED that Defendant's *pro se* Motion for Release from Custody [ECF No. 66], filed January 26, 2012, is **STRICKEN**.

      Dated: January 27, 2012