Honorable Judge Daniels      1-26-2012

I also want my money van, property, and belongs from room 439 that was stolen from me.

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2012 JAN 31 PM 4:23
GREGORY C. LANGHAM
CLERK
BY_____ DEP. CLK

Thank you

Leon

Leon Askew

11-Cr-00184-WYD

