11-cr-184 WJM 1-24-2012

Judge Daniels
 with respect to your court. I would like to know if James Carriger was charged with possessing a gun by a prohibited person.

If a person will say anything to keep themself from getting charges. So he openly admitted to possessing a firearm and should be charged with that crime.

As with Haley Wolmack she stated that she sold drugs. Is she being charged with any crime?

This is a clear case because if they are not being charged then they were offered special favors in exchange for their testimony which makes their motive to saying anything.

So I would like to request an investigation as to prosecutorial misconduct because the United States mislead the court by saying their were no special favors offered to James carriger and if he's not being charged that is special favors.

I also would like to have the officers testamony looked into because these officers committed perjury.

The reason I bring this up. Is because Deputy Thompson testified that there were only him and another (cadet) Deputy at the door. When other officers lied and said that they were Five or more officers at the door. Why?

Why did they lie?

Because when that knock came at the door. Their were only 2 officers there. Deputy Thompson and the Female cadet. And IF you Subpoena the Female cadet she would testify to that. And prove these officers committed perjury. She will also testify to who planted those drugs if any were even Found on the bed.

These officers conspried with ATF agent Ditzler and Mrs Bohn to obtain

cause, and create a malicious
prosecution.

Thank you

*Leon Askew*
Leon Askew

Dear Honorable Daniels                               1-26-2012

malicious prosecution by officer Thompson ATF agent Ditzler, United States prosecutor Bohn where executed against the plaintiff Leon Askew.

On April 1st officer Thompson fabricated a affidavite to obtain a search warrant.

He knowing and recklessly falsefied information in an affidavite. Which makes him not able to qualify for immunity on the malicious prosecution claim. violated his 4th and 14th Amendment.

Agent Ditzler and unname officers of the ATF recklessly or intentionally coerced false statements to fabricate evidence this makes them plainly not entitled to qualify for immunity defense based on a reasonable mistake. See U.S. v Basham, 268 F.3d 1199 (10th cir 2001)

United States prosecutor Bohn, conspired with these officers in sending this fabricated affiuadt, with reckless disregard for the truth. which violated Mr. Askew 4th Amendment.

There was a female cadet, that was with Thompson on the night that the knock was made. She can testify that they are lying.

Thank you

Leon Askew

Leon Akers
P.O. Box 16700
Golden CO 80402

**INDIGENT
LEGAL MAIL**

UNCENSORED
INMATE MAIL

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 01 2012
GREGORY C. LANGHAM
CLERK

Honorable
901 19th st
Denver CO 80249

PRESORTED
FIRST CLASS

02 1R
$ 00.374
JAN 31 2012
MAILED FROM ZIP CODE 80420