Plaintiff(s): UNITED STATES

Defendant(s): LEON ASKEW

▲ COURT USE ONLY ▲

Div.:           Ctrm.:

11-cr-00184-WYD

2012 FEB 21 AM 9: 41
GREGORY C. LANGHAM
CLERK

Summary Disposition on Motion

Through the Defendant Pro Se and due diligence, New evidence is before this Court and Defendant state:

1) New Evidence has come to light as the testimony of officers. Including perjury Falsifying, misleading, obstruction of justice in an affidavit to obtain an search warrant, In violation of 18 U.S.C § 1623(a)

Form #25

The Defendant comes now pro se to request a Summary judgement on the motion titled "Habeas Corpus - unsure of proper Format."

This was mailed Jan 26, 2012

In support:

1) The officers tresspassed, Intruded and seized Mr. Askew property without a search warrant, or probable cause. People v. Lewis 975 P.2d 160 (colo. 1999) People v. Hakel, 870 P.2d 1224. colo (1994)

2) The officers destructed justice from the first filing of the affidavit to obtain the search warrant by stating They were there for drug traffic. When in fact they were not, Det. Thompson ustified to being there for altered plates on a parked vehicle during trial.

3) Officers committed perjury and Fraud in the affidavit and on the witness stand by stating under oath "there were Five(5) officers at the door" when Mr. Askew opened the door. When in fact they were only two(2) officers there. #1) officer Thompson, #2 Female Cadet.

4.) The United States with held the Female cadet as a witness. For the reason this witness can prove these officers committed perjury, tresspassing and Intruded on Mr. Askew property, Illegally search and seize Mr. Askew property, planted evidence(drugs on bed), Tampered with evidence committed conspiracy to convict Mr. Askew at trial. which makes her Favorable to Mr. Askew

This makes all evidence seized Fruit of the poison tree.

In violation of his 4th amendment, and every other constitutional right.

These acts were done with gross negligence 19 U.S.C. §1592

These facts are undisputed and the movant is entitled to the evidence being used, obtained, collected toward the defendant to be Fruit of the poison tree. And is inadmissible and this case "entire case" shall be dismiss and the defendant is to be released from custody.

Respectfully submitted   Date Feb 10, 2012

_[signature]_

Leon Askew

