UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    11-cr-00184-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  LEON HENDERSON ASKEW,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

THIS MATTER is before the Court on Defendant's *pro se* Summary Disposition on Motion [ECF No. 73], filed February 21, 2012.   Under the law, there is no constitutional right to a hybrid form of representation.   *See United States v. Bennett*, 539 F.2d 45, 49 (10th Cir. 1976).   Defendant is currently represented by counsel, La Fonda Jones. Consequently, the Court will not consider a motion that the Defendant has filed *pro se*. Accordingly it is

ORDERED that Defendant's *pro se* Summary Disposition on Motion [ECF No. 73], filed February 21, 2012 is **STRICKEN**.

Dated: February 29, 2012