## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00184-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  LEON HENDERSON ASKEW,

        Defendant.

---

### UNITED STATES' RESPONSE TO THE PRESENTENCE INVESTIGATION REPORT

---

      Comes now the United States of America, by and through the below signed Assistant United States Attorney for the District of Colorado, responds to the presentence investigation report as follows:

      The United States has reviewed the presentence investigation report and has no objection to the factual content of it.

Dated: 13 March 2012,

                                      JOHN F. WALSH
                                      United States Attorney

                                      s/ Kurt J. Bohn
                                      KURT J. BOHN
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      1225 17th Street, Suite 700
                                      Denver, Colorado 80202
                                      Telephone: (303) 454-0100
                                      Telecopier: (303) 454-0403
                                      E-mail: kurt.bohn@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on March 13, 2012, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following e-mail address:

    LaFonda R. Jones
    lafonda_jones@fd.org

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the nonparticipant's name:

    Justine L. Kozak
    justine_kozak@cod.uscourts.gov


                              s/ Kurt J. Bohn
                              United States Attorney Office