·Leon Askew

V

United States

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2012 MAR 30   AM 8: 30

GREGORY C. LANGHAM
CLERK

BY _____
DEP. CLK

Case NO: 11-CR-00184-WYD

_____

Sixth Amendment right violation

. . Sixth Amendment right to
effective assistance of counsel.

Counsel Failed to research law and
submit motion to supress evidence.

1) This fell below an objective
standard of reasonableness.

Counsel performance and research
in to an illegal search and seizure
was a minium to say the least, but
at most a delibrate attempt not to
provide effective assistance of counsel.

To look on the Discovery and see
that the officers lack probable cause
and absent of **exigent** circumstances to
enter "my" residence and all evidence
was obtained illegally and is to be
suppressed.

yet the public defender failed
to file **a motion** for illegal search
and seizure

Re: Case no
11-cr-00184-wyd

Leon askew
POBOX 16700
Golden CO 80402