UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    11-cr-00184-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  LEON HENDERSON ASKEW,

     Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

THIS MATTER is before the Court on Defendant's *pro se* Motion for Ineffective Assistance of Counsel [ECF No. 81], filed March 30, 2012.   Under the law, there is no constitutional right to a hybrid form of representation.   *See United States v. Bennett*, 539 F.2d 45, 49 (10th Cir. 1976).   Defendant is currently represented by counsel, La Fonda Jones.   Consequently, the Court will not consider a motion that the Defendant has filed *pro se*.   Accordingly it is

ORDERED that Defendant's *pro se pro se* Motion for Ineffective Assistance of Counsel [ECF No. 81], filed March 30, 2012 is **STRICKEN**.

Dated: April 4, 2012