**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

---

Date:                   April 2, 2012            Probation:    Justine Kozak
Courtroom Deputy:       Robert R. Keech          Interpreter:  N/A
E.C.R./Reporter:        Therese Lindblom

---

Criminal Case No:  **11-cr-00184-WYD**          Counsel:

UNITED STATES OF AMERICA,                       Kurt J. Bohn

        Plaintiff,

v.

**1.  LEON HENDERSON ASKEW**,                   LaFonda R. Traore

        Defendant.

---

**SENTENCING**

---

**11:08 a.m.**    Court in Session - Defendant present (in-custody)

          **Date of conviction - Friday, January 20, 2012 (trial to jury, day 4)
Guilty as to counts 1, 2, 3, and 4.**

          APPEARANCES OF COUNSEL.

          Court's opening remarks.

11:08 a.m.    Statement on behalf of Defendant (Ms. Traore).

**ORDERED:**    Defendant's Sixth Amendment Violation will be **ACCEPTED FOR FILING.**

11:10 a.m.    Statement by Defendant on his own behalf (Mr. Askew).

11:14 a.m.    Statement on behalf of Defendant and request to withdraw as counsel (Ms. Traore).

11:15 a.m.       Statement on behalf of Government (Mr. Bohn).

                 Court took a recess due to defendant being disruptive in the courtroom.

**11:23 a.m.**   Court in Recess

**11:43 a.m.**   Court in Session

**ORDERED:**     Defendant shall file a motion to withdraw as counsel not later than **Wednesday, April 4, 2012.**

**ORDERED:**     Counsel shall remain to schedule a motion hearing for next week.

**ORDERED:**     Defendant is **REMANDED** to the custody of the U.S. Marshal.

**11:47 a.m.**   Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:  :19**