IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL

| | | | |
|---|---|---|---|
| Date: | April 9, 2012 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Therese Lindblom | | |

Criminal Case No.  **11-cr-00184-WYD**          Counsel:

UNITED STATES OF AMERICA,                      Kurt J. Bohn
                                               Michael P. Carey
            Plaintiff,

v.

**1.  LEON HENDERSON ASKEW**,                  LaFonda R. Traore

            Defendant.

**COURTROOM MINUTES**

**MOTION HEARING**

**4:10 p.m.**     Court in Session - Defendant present (in-custody)

                  APPEARANCES OF COUNSEL.

                  Court's opening remarks.

                  Defendant's Motion to Withdraw and for the Defendant to Proceed Pro Se (ECF
                  Doc. No. 79), filed April 3, 2012, is raised for argument.

4:11 p.m.         Argument by Defendant (Ms. Traore).

4:14 p.m.         Statement by Defendant on his own behalf in response to Court's inquiries (Mr.
                  Askew).

-1-

**ORDERED:**  Defendant's Motion to Withdraw and for the Defendant to Proceed Pro Se (ECF Doc. No. 79), filed April 3, 2012, is **GRANTED IN PART and DENIED IN PART.** The motion is **GRANTED** to the extent it seeks withdrawal of counsel and **DENIED** to the extent Defendant seeks to proceed Pro Se.

**ORDERED:**  Clerk of Court shall appoint new counsel from the Criminal Justice Act Panel (C.J.A.) to represent Mr. Askew with regard to the sentencing phase of this case.

**ORDERED:**  Newly appointed counsel shall meet and confer with Government counsel and propose new deadlines to the Court related to all case sentencing matters.

**ORDERED:**  Defendant is **REMANDED** into the custody of the U.S. Marshal.

**4:39 p.m.**  Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   :29**