11-4040

# SEARCH WARRANT

IN THE (DISTRICT) (COUNTY) COURT, EL PASO COUNTY, STATE OF COLORADO
CRIMINAL ACTION NUMBER  11- 4040

Whereas _Deputy Andrew Thompson_ has made an Application and Affidavit to the Court for the issuance of a Search Warrant, and;

Whereas the application is in proper form and probable cause is found for the issuance of a Search Warrant to search the person(s) and or premises specified in the application.

THEREFORE, the applicant, and any other peace officer into whose hands this Search Warrant shall come, is hereby ordered, with the necessary and proper assistance, to enter and search within the next ten (10) days the person, premises, location and any appurtenances thereto, description of which is:   **2850 S. Circle Drive, Room #439, El Paso County, Colorado**

**Room 439 faces East on the fourth floor of the Days Inn Hotel, with number placard with "439" affixed to the right of the door. The door is hinged to the right and opens inward.**

The following person(s), property or thing(s) will be searched for, and if found seized:

**See Attachment "B"**

as probable cause has been found to believe that it:

- (own) ~~(X)~~   Is stolen or embezzled, or
- (X)   Is designed or intended for use in committing a criminal offense, or
- (X)   *Is or has been used as a means of committing a criminal offense, or*
- (X)   Is illegal to possess, or
- (X)   Would be material evidence in a subsequent criminal prosecution, or required, authorized or permitted by a statute of the State of Colorado, or
- (X)   Is a person, property or thing the seizure of which is expressly required, authorized or permitted by a statute of the State of Colorado, or
- (X)   Is kept, stored, transported, sold, dispensed, or possessed in violation of a statute of the State of Colorado under circumstances involving a serious threat to the public safety, or order, or to the public health.

(Mark "X" according to fact)

Furthermore, a copy of this warrant is to be left with the person whose premises or person is searched along with a list of any and all items seized at the time of its execution. If said person cannot be located or identified, a copy of the search Warrant and the list of property seized shall be left at the place from which the property was taken.

Further, a return shall be promptly made to this Court upon the execution of this Search Warrant along with an inventory of any property taken. The property seized shall be held in some safe place until the Court shall further order.

Done by the Court this ___1st___ day of ___April___, 2011.

Judge: _____



EXHIBIT A

000088

11-4040

(DISTRICT) (COUNTY) COURT, EL PASO COUNTY, STATE OF COLORADO
CRIMINAL ACTION NUMBER    11-4040

APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT

The undersigned, a peace officer as defined in 16-2.5.101, C.R.S. 2007 as amended, being first duly sworn on oath moves the Court to issue a Warrant to search those person(s) and/or premises known as:    2850 S. Circle Drive, Room #439, El Paso County, Colorado
Room 439 faces East on the fourth floor of the Days Inn Hotel, with number placard with "439" affixed to the right of the door. The door is hinged to the right and opens inward.

The undersigned states that there exists probable cause to believe that the following person, property or thing(s) to be searched for, and if found, seized will be found on the aforementioned person(s) and or premises and are described as follows:

**See Attachment "B"**

The grounds for the seizure of said person(s), property or thing(s) are that probable cause exists to believe that it:

(X) Is stolen or embezzled, or
(XERROR! REFERENCE SOURCE NOT FOUND.) Is designed or intended for use as a means of committing a criminal offense, or,
(X) Is or has been used as a means of committing a criminal offense, or
(X) Is illegal to possess, or
(XERROR! REFERENCE SOURCE NOT FOUND.) would be material evidence in a subsequent criminal prosecution, or
(X) Is a person, property or thing the seizure of which is expressly required, authorized, or permitted by a statute of the State of Colorado, or
(X) Is kept, stored, transported, sold, dispensed, or possessed in violation of the statute of the State of Colorado under circumstances involving a serious threat to the public safety, or order, or to the public health,
(mark X according to the fact);

The facts submitted in support of this application are set for in the accompanying attachment designated as Attachment "A" which is attached hereto and made a part hereof.

Applicant:
_____
El Paso County Sheriff's Office
Deputy Sheriff

Sworn and subscribed before me this ___1st___ day of ___April___, 2011.

Judge: _____

000089

11-4040

## ATTACHMENT "A"

Your Affiant is Deputy A. Thompson, a regularly employed Deputy Sheriff for the County of El Paso, State of Colorado and is currently assigned to the Patrol Division of the El Paso County Sheriff's Office.

On 4/1/11, at approximately 2050 hours, I, Deputy A. Thompson, was conducting routine patrol in the area of 2850 S. Circle Drive, the Days Inn Hotel, when I observed a white Pontiac van, bearing Colorado temporary permit #318573J, which superficially showed expiration in May of 2011. A routine check of the temp permit showed that it expired on 1/24/11, for a white 2000 Pontiac, VIN: 1GMDX03E7YD183384. The vehicle permit registered to Dempsy Brooks.

I contacted the front desk clerk of the Days Inn Hotel, Joy Terrazas, who upon a check of her desk records, informed me that the Pontiac van belonged to Dumisai Hockaday (DOB 10/09/73), in room #439.

At approximately 2100 hours, I knocked on the door of room #439 in order to ask about the van bearing the fictitious temporary permit. A black male wearing a large amount of jewelry opened the door. I immediately detected the smell of burnt Marijuana coming from inside of the hotel room. I asked the male if he had a Medical Marijuana License and he stated that he did not. I asked the male his name numerous times, and each time I asked his name the male sighed and rolled his eyes. I asked the male to produce an ID Card. He explained that his ID was inside the hotel room. When I asked the male to retrieve his ID from inside the room, he turned and ran away from me, turning at the end of the walkway, running toward the parking lot.

The male, eventually identified as Leon Askew, DOB 5/6/72, ran through the parking of the Days Inn Hotel towards the Crown Plaza Hotel, where he was eventually apprehended, after discovered hiding under a parked vehicle. After checking Mr. Askew through CCIC/NCIC, he was found to have a warrant for his arrest for Dangerous Drugs. Mr. Askew was booked into the Criminal Justice Center for the Warrant, reference case number 11-4038.

Upon returning to the hotel room to secure the scene, I discovered a dog that had been living in the room with Mr. Askew. I called for the Humane Society to retrieve the dog, based on the inability of Mr. Askew to provide care for the animal upon his arrest.

While waiting in room #439 for the arrival of the Humane Society, Deputy Hoffmann observed a plastic baggie containing several "rocks" of suspected narcotics. The baggie was in plain sight on the bed nearest the bathroom, near the pillow at the head of the bed.

Therefore, based on the above described facts and circumstances, Your Affiant respectfully moves this Honorable Court for issuance of a search warrant for search of those person(s) and/or premises known as:   **2850 S. Circle Drive, Room #439, El Paso County, Colorado**
Room 439 faces East on the fourth floor of the Days Inn Hotel, with number placard with "439" affixed to the right of the door. The door is hinged to the right and opens inward..

The person(s), property, or things(s) to be search for are contained in Attachment "B".

_____  Orozco        4/1/11
Affiant                                   Date

_____                 4/1/11
Judge                                     Date

4

11-4040

## ATTACHMENT "B"

Your affiant requests that the following persons, property, or things to be searched for are as follows:

1) Any illegal narcotics/controlled substances
2) Any items consistent with distribution of narcotics
3) Any Marijuana or related Marijuana products
4) Items of indicia

 

11-4040

IN THE COUNTY COURT IN AND FOR THE COUNTY OF
EL PASO AND STATE OF COLORADO

CRIMINAL PROCEEDINGS NO. 11-    (EPSO Case #11-4040)

# Report of Execution of Search Warrant

On the 1st day of April, 2011, a search warrant was issued by the County Court for El Paso County and State of Colorado directing that a search may be made of the following described premise, location or person:

> 2850 S. Circle Drive, Room #439, El Paso County, Colorado
> Room 439 faces East on the fourth floor of the Days Inn Hotel, with number placard with "439" affixed to the right of the door.

On the 1st day of April, 2011, the undersigned, as one of the persons authorized to conduct such a search and seizure did conduct such search and reports the following was found and seized:

1) One Smith & Wesson .357 revolver, Serial Number CMV9659
2) $1,350 of U.S. Currency
3) Miscellaneous drug paraphernalia (Scales, Glass Pipes, Marijuana Grinder)
4) "Crack" Cocaine 23.25 grams
5) Cocaine 6.4 grams
6) Methamphetamine 4.9 grams
7) Marijuana 4.4 grams
8) MDMA "Ecstasy" 3.5 grams
9) Prescription narcotic pain medication "Oxycodone" 7.65 grams
10) Four additional ID Cards for other persons
11) Seven knives, including 1 machete
12) One Colorado ID Card in the name of "Leon Askew", found in bag same backpack as the illegal narcotics and revolver
13) One hand written bill of sale, for a 2000 Pontiac van, Temp Tag 318573J, sold by "Dempsey Brooks, dated 1/5/11
14) One key chain, including key to the 2000 Pontiac van
15) Metallic Knuckes, classified as "illegal" weapon

The undersigned does further inform the Court that the person, from whose premises the items were taken, was furnished with a copy of the search warrant as well as a copy of this inventory of the goods seized.

Done this 1st day of April, 2011

_____
(Person who helped to conduct the search and seizure)