UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    11-cr-00184-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  LEON HENDERSON ASKEW,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Government is ordered to file a response to Mr. Askew's Supplement to Motion for New Trial [ECF No. 86] filed May 1, 2012, no later than **Thursday, May 17, 2012.**

    Dated:   May 7, 2012