IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00184-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEON HENDERSON ASKEW,

        Defendant.

---

UNITED STATES' RESPONSE TO DEFENDANT'S
SUPPLEMENT TO MOTION FOR NEW TRIAL

---

Comes now the United States of America, by and through the below signed Assistant United States Attorney for the District of Colorado, responds to Defendant's Supplement to Motion for New Trial (Docket # 86) as follows:

This Court has already informed the Defendant that it will not entertain any untimely motions at this stage of the proceedings - specifically addressing the proper area of motions to be limited to what an appropriate sentence is. Defendant's motion, brought pursuant to F.R.C.P. 33(b)(2) required a motion for a new trial to be submitted within fourteen (14) days after the verdict or finding of guilty.

Defendant's previous motions, filed *pro se*, have been denied by this Court as Defendant was represented by counsel at the time. Therefore, there is no motion to which

the Defendant's current counsel could be supplementing.  As the time period for filing a motion for new trial has already past, this supplement should be stricken and matter set for sentencing.  Further, Defendant's reliance on *Anthony v. United States*, 667 F.2d 870 (10th Cir. 1981), is misplaced.  There the Court held that the Defendant could not amend the basis of a timely filed motion for a new trial to include a new theory, it does not provide any authority for a pro se filing by a represented party, nor did he allege ineffective assistance of counsel and that *Anthony* Court specifically rejected added a new theory past the time to file such a motion.  *Id*. at 876.  To the extent that Defendant now claims that the basis for his motion for a new trial is ineffective assistance of counsel, that theory was clearly not presented in his pro se motion.

Therefore, the United States requests this Court enter an order striking the filing of the Supplement to Motion for New Trial as the previous motion has already been denied and the supplement attempts to untimely add a new theory.

Dated: 11 May 2012,

        JOHN F. WALSH
        United States Attorney

        s/ Kurt J. Bohn
        KURT J. BOHN
        Assistant United States Attorney
        United States Attorney's Office
        1225 17th Street, Suite 700
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        Telecopier: (303) 454-0403
        E-mail: kurt.bohn@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on May 11, 2012, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following e-mail address:

    Daniel T. Smith
    Danieltsmith@qwestoffice.net

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the nonparticipant's name:

    none.


                  s/ Kurt J. Bohn
                  United States Attorney Office