United States

V

Leon Askew

Case No
11-cr-00184-wxD

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 9 2012

GREGORY C. LANGHAM
CLERK

# Motion For "FRANKS" HEARING

comes now the defendat pro se and through counsel for a motion for franks hearing: And support the defendant states:

1) The affidaut that was issued for probable cause contains fabricated, misleading and omitted information. with reckless and disregard, committing fraud on the court.

2) The face of the affidaut says that the officers (officer Thompson) was at the Defendants room #434 at the Days Inn hotel 2850 s. circle Dr. colorado springs co. To investigate Drug traffic. (see pending motion for new trial a review of page 3 of exhibit A.)

3) On the witness stand officer Thompson testified under oath that he was there to investigate fictious plates. (see pending motion for new trial Exhibit B

Search warrant) on a 2000 pontiac van vin# 1GMDX03EY0183384 which gave him no probable cause to be on private property, to search out my van, or to enter my room.

"This Substantial showing that the affidavit contains intentional or reckless False statements and the affidavits purged on it's Falsities is not sufficient to support probable cause."
United States v. Kennedy, 131 F.3d
[T]he Standards of deliberate Falsehood and reckless disregard set for in Franks apply to material omissions well as affirmative Falsehoods." Id. (quoting stewart v. Donyess, 915 F.2d 572, 582 (10th cir 1990)

Therefore the defendant makes a Substantial preliminary showing that a false statement knowingly, or with reckless disregard For the truth, was included by the affiant, and alleged false statement is necessary to the Finding of probable cause, the Fourth Amendment requires that a hearing be held at the Defendant request.

With that being Said. The Defendant request a hearing.

To deny this motion would be Tantamount to the Colorado constitution, Federal constitution, and united states constitution

"A Federal court has an obligation to look behind the label of a motion Filed by a pro se inmate and determine whether the motion is cognizable under a different remedial statutory scheme"

Respectfully Submitted.

Leon _____

under the penalty of perjury I certify that a true and correct copy was mailed via mail on 5-23-12 to address.

~~Daniel T Smith~~
~~attorney at Law~~
~~1900 Grant St. Suite 580~~
~~Denver co 80203~~

Clerk of Court
901 18th street
Denver co 80294