United States
v
Leon Askew

Case No: 11-cr-00184-WYD

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 29 2012

GREGORY C. LANGHAM
CLERK

# Motion to return Property

Comes now the defendant pro se pursuant to Fed. R. Crim. P. 41(g) for this honorable court to return seized property:

In support the defendant states:

1) That on April 1 2011 an unlawful search and seizure was performed on the defendant, and his residence, and vehicle. Located at Days Inn Hotel Room #439. 2850 South Circle Dr. Colorado Springs Co.

2) The undetermine amount of cash, a Van Pontiac 2000 Vin# 1GMDX03E7YD183384, and all other belongs (property) that was not contraband to be returned to the defendant. See United States of America V. Rosga (E.D. Va. 5-21-2012

To deny this motion would be tantamount to the colorado, Federal, and united states constitutions.

Respectfully submitted

Leon dite

under penalty of perjury I certify that a true and correct copy was mailed on 5-24-12 to address

clerk of court
901 19th street
Denver co 80294