United States

V.

Leon Asken

Case no

11-cr-00184-WYO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 29 2012
GREGORY C. LANGHAM
CLERK

## Motion For ineffective assistance of counsel

Comes now the Defendant motion this court for ineffective assistance of counsel.

And the Defendant states:

1) Defendant current counsel has failed to provide effective counsel into the research and filing of a motion to dismiss indictment, motion for Franks hearing.

2) This is violating defendant Sixth Amendment rights.

Therefore the defendant moves to dismiss current counsel and file these motion pro se.

Defendant is prepared to litigate these motions pro se. See Maynard v. Boone, 468 F.3d (10th cir 2006)

Respectfully Submitted

Leon Asher

under the penalty of perjury I certify that a true and correct copy was mailed on 5-23-12 to address.

Clerk of court
901 19th st
Denver Co 80294