United States

V

Leon Askew

case no: 11-cr-00184-WYD

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 30 2012

GREGORY C. LANGHAM
CLERK

## Motion to Produce Statement

Comes now the defendant pro se for this honorable court, for a motion to produce a witness testimony. And support the defendant states:

1) On or around Jan 17 2012 United States attorney introduced a witness that they knew was or should of known was going to give perjured testimony.

2) This witness is Dept. Thompson of the el paso county sheriff office.

Pursuant to rule 26.2(a)(b) of F.R.C.P. Defendant is entitled to the entire statement.

Therefore the defendant request this honorable court for the motion of production of Dept. Thompson testimony for impeachment purposes and in support of motion to dismiss indictment, Franks motion, and motion for new trial (thats pending.) and motion for ineffective assistance of counsel.

In addition United States attorneys committed to subornation of perjury, and placed fraud on the court with gross negligence.

To deny this motion would be tantanum to the colorado, Federal, and united states constitution.

"A federal court has an obligation to look behind the label of a motion filed by a pro se inmate and determine whether the motion is cognizable under a different, remedial Statutory scheme."

Respectfully
Submitted

Leon Asta

under penalty of perjury I certify that a true and correct copy was mailed via mail on 5-27-12 to address: clerk of court 901 19th street Denver co 80214