IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11CR00184-WYD

UNITED STATES OF AMERICA,
    Plaintiff,

v.

LEON HENDERSON ASKEW,
    Defendant.

## MOTION FOR PERMISSION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW Counsel for the Defendant, Leon Henderson Askew, Daniel T. Smith and respectively requests this Court enter an order allowing counsel to withdraw as counsel of record for the Defendant in this matter. As grounds therefore, Counsel would advise the Court as follows:

1.  On Wednesday, May 30, 2012 the Defendant filed a pro se motion ECF number 93 asking that his present counsel be dismissed based on the allegation of counsel providing ineffective assistance of counsel to the Defendant.

2.  This Court considered that motion and in its minute order found at ECF Number 94 struck the motion finding that a hybrid form of representation is not allowed and since the Defendant is represented by counsel, the motion should be stricken having been filed pro se.

3.  Based upon the Defendant's directive, counsel requests permission to withdraw as counsel of record.

4.  By the filing of this motion, counsel for Mr. Askew, does not want this Court to understand that counsel in any way is acknowledging any of his efforts on

behalf of the Defendant have been ineffective in his legal representation. Further, Counsel is unaware aside from the Defendant's directive of any legal or ethical ground that would require this Court to dismiss counsel in this matter.

                                            Respectfully submitted,

/s *Daniel T.* Smith
Daniel T. Smith
1900 Grant Street, Suite 580
Denver, Colorado  80203
(303) 860-8100
FAX: (303) 860-8018
E-mail danieltsmith@qwestoffice.net
Attorney for Leon Henderson Askew

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on May 31, 2012 I electronically filed the foregoing MOTION FOR PERMISSION TO WITHDRAW AS COUNSEL OF RECORD with the Clerk of Court using the CM/ECF system who will send notification of such filing to the following e-mail addresses:

Kurt Bohn          kurt.bohn@usdoj.gov

Michael Carey      michael.carey@usdoj.gov

                           /s Daniel T. Smith
                           *Daniel T. Smith*
                           1900 Grant Street, Suite 580
                           Denver, Colorado  80203
                           (303) 860-8100
                           FAX: (303) 860-8018
                           E-mail danieltsmith@qwestoffice.net
                           Attorney for Defendant Leon Henderson Askew

3