UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.     11-cr-00184-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.   LEON HENDERSON ASKEW,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     This matter is before the Court on Defendant's Motion for Permission to Withdraw as Counsel of Record [ECF No. 96], filed May 31, 2012.   Pursuant to a Minute Order [ECF No. 88] dated May 7, 2012, a Sentencing has already been set in this case for Friday, June 8, 2012 at 9:00 a.m.

     Accordingly, on **Friday, June 8, 2012 at 9:00 a.m.** the Court will hear argument on Defendant's Motion for Permission to Withdraw as Counsel of Record [ECF No. 96]. Following argument, the parties should be prepared to immediately proceed to sentencing.

     Dated:   May 31, 2012