UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    11-cr-00184-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    LEON HENDERSON ASKEW,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    THIS MATTER is before the Court on the Defendant's *pro se* Motion to Produce Statement [ECF No. 95], filed May 30, 2012.   Under the law, there is no constitutional right to a hybrid form of representation.   *See United States v. Bennett*, 539 F.2d 45, 49 (10th Cir. 1976).   Defendant is currently represented by counsel, Daniel T. Smith. Consequently, the Court will not consider a motion that the Defendant has filed *pro se*. Accordingly it is

    ORDERED that Defendant's *pro se* Motion to Produce Statement [ECF No. 95], filed May 30, 2012 is **STRICKEN**.

    Dated: May 31, 2012