**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

---

Date:                    June 8, 2012              Probation:      Justine Kozak
Courtroom Deputy:        Robert R. Keech           Interpreter:    N/A
E.C.R./Reporter:         Therese Lindblom

---

Criminal Case No:  **11-cr-00184-WYD**          <u>Counsel:</u>

UNITED STATES OF AMERICA,                        Kurt J. Bohn
                                                 Michael P. Carey

            Plaintiff,

v.

**1.  LEON HENDERSON ASKEW**,                    Daniel T. Smith

            Defendant.

---

**SENTENCING**

---

**9:12 a.m.**     Court in Session - Defendant present (in-custody)

| Date of conviction - Friday, January 20, 2012 (trial to jury, day 4) Guilty as to counts 1, 2, 3, and 4. |
| --- |

                  APPEARANCES OF COUNSEL.

                  Court's opening remarks.

9:13 a.m.         Statement on behalf of Defendant (Mr. Smith).

9:15 a.m.         Statement on behalf of Government (Mr. Bohn).

9:23 a.m.         Statement on behalf of Probation (Ms. Kozak).

9:24 a.m.         Statement on behalf of Defendant (Mr. Smith).

-1-

9:29 a.m.          Statement by Defendant on his own behalf and oral motion for recusal (Mr. Askew).

                   Court makes findings.

**ORDERED:**      Defendant's oral motion for recusal is **DENIED.**

**ORDERED:**      Defendant be **imprisoned** for 70 months on each of Counts One, Two and Three, to be served concurrently, and a term of 60 months on Count Four, to be served consecutively to the terms imposed on Counts One, Two and Three, for a total term of **130** months.

**ORDERED:**      Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **5** years.  This term consists of terms of **3** years on each of Counts One, Two and Three and a term of **5** years on Count Four, all such terms to run concurrently.

**ORDERED:**      **Conditions** of **Supervised Release** are:

          (X)      Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

          (X)      Defendant shall not commit another federal, state or local crime.

          (X)      Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

          (X)      Defendant shall comply with standard conditions adopted by the Court.

          (X)      Defendant shall not unlawfully possess a controlled substance.

          (X)      The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

          (X)      The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:**  **Special Condition(s)** of **Supervised Release** are:

    (X)  The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

**ORDERED:**  Defendant shall pay **$400.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**  **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**  Defendant advised of right to appeal conviction and the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis.

9:51 a.m.  Statement by Mr. Smith regarding request by Mr. Askew that no notice of appeal be filed.

**ORDERED:**  Defendant is **REMANDED** to the custody of the U.S. Marshal.

**9:51 a.m.**  Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:  :39**