| | |
|---|---|
| Plaintiff(s): United States of America <br><br> Defendant(s): Leon Askew | FILED <br> UNITED STATES DISTRICT COURT <br> DENVER, COLORADO <br><br> JUN 13 2012 <br><br> GREGORY C. LANGHAM <br> CLERK <br><br> ▲ COURT USE ONLY ▲ <br><br> Div.: Ctrm.: Daniel <br><br> 11-cr-00184-WYD |
| Motion To Suppress Search and for return of seized property | |

Comes Now, the Defendant, Leon Askew, by and ~~through~~ of pro se and pursuant to the Fourth Amendment to the U.S. Constitution and Rule 41(e) of the F.R.Crim.P., moves this court for an order suppressing for use as evidence against him in this proceeding certain items seized, which is neither contraband nor fruits of a crime, to him, and as grounds therefor states

① A Van Montana 2000 that was seize
② Money that was on person that was taken from Mr. Askew pocket.
③ Items from Room #434, of Days in 2855 S. Circle Drive C/S Co

WHEREFORE, the Defendant respectfully prays this Honorable court grant the relief sought. Return his property!

Form #25 Respectfully Submitted,
Leon Askew

/s/ Leon Askew

Date 1-24-2012
PO Box 16700 Golden Co
80402