United States

V

Leon Askew

Case no: 11-cr-00184-WYO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 14 2012

GREGORY C. LANGHAM
CLERK

## Motion objecting to Striking of Motions

Comes now the defendant pro se objecting to striking of Motions.

In support the defendant states:

1) On 5-29-2012 defendant motions: Motion for ineffective assistance of counsel, motion to dismiss indictment, motion for Franks hearing, Motion for return property were stricken from record for no legal reason.

violating defendant due process and equal protection.

Therefore for the record defendant objects to stricking of pro se motions as they were timely filed.

under penalty of perjury I certify that a true and correct copy was mailed via mail on 6-4-12 to address: clerk of court
united states district court
901 19th street
Denver co 80294