**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 4 2012

GREGORY C. LANGHAM
CLERK

---

Plaintiff(s): UNITED STATES

Defendant(s): LEON ASKEW

▲ COURT USE ONLY ▲

Div.: ___  Ctrm.: ___

Case no: 11-CR-00184-WYD

---

## MOTION FOR PROTECTIVE ORDER

Comes now the defendant to seek a Injunction and or a protection ORDER Against the UNITED STATES PROSECUTOR OFFICE and IT'S PROSECUTOR'S.

under penalty of perjury I certify that a true and correct copy was mailed via mail to address: Clerk of Court 901 19th Denver CO 80294 on 6-9-12

Respectfully Submitted
Leon Askew
PO Box 16700
Golden CO 80402

Form #25

Date 6-9-12

Comes now the defendant and states

A protective order is warranted from the UNITED STATES prosecutor office. And support the Defendant states:

1) The prosecutor office has allowed a flow of Falsefied documents in this case (a search warrant affidavit, arrest warrant affidavit)

2) Has deliberately lied in open court in reference to a Brady motion that was Filed.

3) Had the obligation to assert that there was an illegal search and seizure. and did not disclose this as the 10th circuit has held.

Therefore the Defendant seeks a protective order. so that the prosecutor office can not cover up or assist any of their co workers in the cover up this case.