Re: 11-cr-00184-WYO
Fraud on court
mistrial
intrest of
Justice!

6-3-12

Dear your honorable Daniels

You are allowing fraud to be going through your courtroom.

I have brought this to your attention. You said yourself during trial that the "only reason the officers were at my room was at the least investigating Fictious plates and that dosent get you in federal court."

And you seen the face of the search warrant affidavits and your allowing and not doing nothing about this?

Your duty and job is to declare this a mistrial at the least.

In the interest of Justice!

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUN 19 2012
GREGORY C. LANGHAM
CLERK