IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   11-cr-00184-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     LEON HENDERSON ASKEW,

       Defendant.
_____

**UNOPPOSED MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582**
_____

      LEON HENDERSON ASKEW, through Virginia L. Grady, Federal Public Defender, submits this unopposed motion to reduce the previously imposed sentence of 130 months to a sentence of **116 months**. The re-calculation of the Guidelines and recommended sentence contained herein reflects agreement between the defendant, the United States Probation Office, and the Office of the United States Attorney that the defendant is eligible for relief resulting from Amendment 782 of the United States Sentencing Guidelines, authorized under 18 U.S.C. § 3582(c)(2).  While the parties do not attempt to limit the Court's exercise of its independent judgment, the sentence recommended in this motion and the proposed order reflect their joint review of all materials that may be relevant to public safety and all other applicable provisions of 18 U.S.C. § 3553(a). Absent further inquiry by the court, the parties agree no hearing is necessary.

I.  **Old Guideline Computation** (*See* Judgment, June 12, 2012, doc. 103):

The previously imposed sentence of 130 months was for the defendant's conviction under 18 U.S.C. § 922(g)(1) in Count One; 21 U.S.C. § 841(a)(1) and (b)(1)(C) in Counts Two and Three; and 18 U.S. C. § 924(c)(1)(A) in Count Four of the Indictment. Count Four carried a five-year mandatory minimum sentence to be served consecutively to all other counts. Counts One through Three were grouped for guideline purposes and single sentence was imposed based on the following guideline computation:

| | |
|---|---|
| Base Offense Level: | 22 (60-80kg marijuana) |
| Other offense Characteristics: | 0 |
| Chapter 3 Adjustments: | 0 |
| **Total Offense Level:** | **22** |
| **Criminal History Category** | **IV** |
| **Advisory Guideline Range:** | **63-78 months** |

The previously imposed sentence reflected a mid-range sentence within the advisory guideline range.

II.  **New Guideline Computation**

| | |
|---|---|
| New Base Offense Level: | 20 (60-80kg marijuana) |
| Other Offense Characteristics: | 0 |
| Chapter 3 Adjustments | 0 |
| **Total Offense Level** | **20** |
| **Criminal History Category** | **IV** |
| **Advisory Guideline Range:** | **51-63 months** |

### III.     Resulting Sentence

The parties agree the sentence imposed should be **116 months**. This sentence reflects a comparable mid-range sentence of 56 months on Counts One through Three and the mandatory 60-month consecutive sentence on Count Four.

### IV.     Order and Judgment

A proposed order granting this motion is attached. The parties agree Amendment 782's provisions require that the effective date of the Court's Order be set for November 1, 2015.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Virginia L. Grady
Virginia L. Grady
Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Virginia.Grady@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2015, I electronically filed the foregoing **UNOPPOSED MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Susan Knox, Assistant United States Attorney
  susan.knox@usdoj.gov

 

                                             s/ Virginia L. Grady
                                             Virginia L. Grady
                                             Federal Public Defender
                                             633 17th Street, Suite 1000
                                             Denver, CO  80202
                                             Telephone:  (303) 294-7002
                                             FAX:  (303) 294-1192
                                             Virginia.Grady@fd.org
                                             Attorney for Defendant