IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   11-cr-00184-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    LEON HENDERSON ASKEW,

      Defendant.

_____

**ORDER GRANTING "UNOPPOSED MOTION TO REDUCE SENTENCE
PURSUANT TO 18 U.S.C. § 3582"**

_____

This matter is before the Court on the Defendant's "Unopposed Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582." Having considered the motion and the agreement of the parties represented therein, the Court finds: 1) the sentence previously imposed has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u);  2) the defendant is eligible for relief under 18 U.S.C. § 3582(c)(2) and U.S.S.G. §1B1.10;  3) the amended guideline range as reflected in the unopposed motion is correctly calculated.

The Court's determination of the Guideline Range prior to any departures is as follows:

Previous Offense Level:     22
Criminal History Category:     IV
Previous Guideline Range:     63-78 months on Counts One,
                                   Two, Three
                                   60 months, consecutive on Count Four

| | |
|---|---|
| Amended Offense Level: | 20 |
| Criminal History Category: | IV |
| Amended Guideline Range: | 51-63 months on Counts One, Two, Three |
| | 60 months, consecutive on Count Four |

It is further ordered that the motion is GRANTED.  Taking into account the factors set forth in 18 U.S.C. § 3553(a) and any guideline or statutory reductions, to the extent applicable, the previously imposed sentence of the previously imposed sentence of 130 months imprisonment is reduced to **116 months: 56 months imprisonment on Counts One Two and Three to be served concurrently and 60 months imprisonment on Count Four to be served consecutively to all other counts**, EFFECTIVE November 1, 2015.

All other provisions of the Judgment entered on June 12, 2012, shall remain in effect.

**IT SO ORDERED**.