IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00184-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    LEON HENDERSON ASKEW,

    Defendant.

_____

## NOTICE OF ATTORNEY APPEARANCE
_____

The United States of America by John F. Walsh, United States Attorney for the District of Colorado, through Susan D. Knox, Assistant United States Attorney, hereby enters her appearance as counsel in the above-captioned case.

Dated this 1st day of June, 2015.

                      Respectfully submitted,

                      JOHN F. WALSH
                      United States Attorney

                      By: *s/Susan D. Knox*
                      SUSAN D. KNOX
                      Assistant U.S. Attorney
                      U.S. Attorney's Office
                      1225 17th Street, Suite 700
                      Denver, CO 80202
                      Telephone:  (303) 454-0100
                      Fax: (303) 454–0401
                      E-mail: susan.knox@usdoj.gov
                      Attorney for Government

## CERTIFICATE OF SERVICE

   I hereby certify that on this 1st day of June, 2015, I electronically filed the foregoing **NOTICE OF ATTORNEY APPEARANCE** with the Clerk of the Court using CM/ECF system which will send notification of the same to any and all counsel of record.

                 *s/Grazy Banegas*
                 Legal Assistant
                 U.S. Attorney's Office