AO 247 (Rev. D/CO 03/15)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| LEON HENDERSON ASKEW | ) | Case No: 11-cr-00184-WYD-01 |
|  | ) | USM No: 37987-013 |
| Date of Previous Judgment: June 12, 2012 | ) | Virginia L. Grady, Federal Public Defender |
| *(Use Date of Last Amended Judgment if Applicable)* | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  **X** the defendant  ❒ the Director of the Bureau of Prisons  ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at U.S.S.G. § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❒ DENIED.   **X** GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of: one hundred thirty (130) months **is reduced to** one hundred sixteen (116) months; fifty-six (56) months on Counts One, Two and Three, concurrently, and sixty (60) months on Count Four, consecutive to Counts One, Two, and Three.

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*

| | | | |
|---|---|---|---|
| Previous Offense Level: | 22 | Amended Offense Level: | 20 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 63 to 78 months (Ct 1, 2, 3) | Amended Guideline Range: | 51 to 63 months (Ct 1, 2, 3) |
| Previous Guideline Range: | 60 months (Count 4) | Amended Guideline Range: | 60 months (Count 4) |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

**X** The reduced sentence is within the amended guideline range.

❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

❒ Other *(explain)*:

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated   June 12, 2012   shall remain in effect.

**IT IS SO ORDERED**.

Order Date:   June 11, 2015

s/ Wiley Y. Daniel
*Judge's signature*

Effective Date:   November 1, 2015
*(if different from order date)*

Wiley Y. Daniel, U.S. District Judge
*Printed name and title*