Re: Status of Federal writ of habeas corpus. case #11-cr-00184-WYD

~~Sep 9, 2015~~
Sep 15, 2015

To whom it may concern

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP 21 2015
JEFFREY P. COLWELL
CLERK

Dear Sir or Madam,

I filed a Federal writ of habeas corpus in June of 2012.

This writ went unchallenged, and unanswered.

I demand my release immediately!

I also want my property back!

Respectfully Submitted

Leon H. Askew    *Leon H. A[signature]*
37987-013
c/o Yazoo City USP
P.O. Box 5000
Yazoo City, MS 39194


Case # 11-cr-00184-WYD