IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Criminal Case No.    11-CR-0184-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEON HENDERSON ASKEW,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    THIS MATTER is before the Court on the following *pro se* filings by the Defendant: 1) Federal Writ of Habeas Corpus (ECF No. 108), filed on June 14, 2012; and 2) Letter regarding the status of the Federal Writ of Habeas Corpus (ECF No. 119), filed on September 21, 2015.

    By law, there is no constitutional right to a hybrid form of representation.   *See United States v. Bennett*, 539 F.2d 45, 49 (10th Cir. 1976).   Defendant is currently represented by counsel, Virginia L. Grady.   Consequently, the Court will not consider any *pro se* filings made by the Defendant.

    As such, it is ORDERED that Defendant's *pro se* Federal Writ of Habeas Corpus (ECF No. 108), and Letter regarding the status of the Federal Writ of Habeas Corpus (ECF No. 119) are **STRICKEN** from the record.

    Dated:   September 24, 2015