# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| Elisabeth A. Shumaker | | Chris Wolpert |
|---|---|---|
| Clerk of Court | November 12, 2015 | Chief Deputy Clerk |

Leon Henderson Askew
FCI - Yazoo City Low
P.O. Box 5000
Yazoo City, MS 39194
#37987-013

**RE:**   **15-1435, In re: Leon Askew**
Dist/Ag docket: 1:11-CR-00184-WYD-1

Dear Petitioner:

Your petition for extraordinary writ of petition for writ of mandamus has been docketed but will not be submitted to the court until the docket fee has been paid or you have filed an application to proceed without prepayment of fees and costs. *See* Fed. R. App. P. 21(a)(3). Within 30 days of the date of this notice, you must either pay the $500.00 docket fee to the clerk or file for leave to proceed without prepayment of fees on the enclosed form. If the fee is not paid or the form is not filed, this proceeding may be dismissed without further notice.

Your petition for extraordinary relief has been docketed but will not be submitted to the court until proof of service is provided. Within 30 days of the date of this letter, you must provide proof of service of the application on respondent(s) and the district court judge, or this proceeding may be dismissed without further notice. The enclosed form may be used.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:     Kurt Bohn
        Susan Diane Knox

EAS/sds