Re: assistance in addressing
Federal writ of habeas corpus,
Status letter
Case # 11-cr-00184-WYD-1
United States District Court

RECEIVED
U.S. COURT OF APPEALS
10TH CIRCUIT
2015 NOV 12 AM 10: 22

11-4-15
1 OF 4

To whom it may concern

Dear Sir or Madame

I request your assistance in ordering your honorable Wyley T. Daniels to address a pro se Federal writ of habeas corpus filed on 6-14-12, and a status letter filed 9-21-15.

For this I state:

1) On 6-14-12, I filed a pro se federal writ of habeas corpus to no avail. Following a guilty verdict at trial.

2) Daniel T. Smith was appointed as counsel for the sentence phase after trial. LaFonda ~~Traore~~ Traore (Jones) was trial counsel.

3) Mr. Smith stated to the court at sentencing on 6-8-12 that Mr. Askew will not be filing an appeal (on record). The court stated "it's his choice." This relieved Mr. Smith as my counsel, since I will no longer need his services.

4) The court futher stated I am permitted to mail in a pro se motion. At my request.

5) I mailed in a pro se motion for Federal writ of habeas corpus along with several other motions. As the court said I was permitted.

6) All the pro se motions that I filed were stricken from the record. Contradicting the court's order.

7) In December of 2014 Virgina L. Grady Federal public defender was appointed to handle the Two (2) point reduction that Mr. Obama enacted. Pursuant to 18 U.S.C. § 3582.

8) On 6-11-12 Honorable Daniels granted the motion to reduce sentence Pursuant to 18 U.S.C. § 3582. That Ms. Grady submitted on my behalf.

9) On 9-21-15 I submitted a status letter in reference to the pro se Federal writ of habeas corpus Filed 6-14-12.

10) The status letter demanded my release immediately and my property returned. As the Federal writ of habeas corpus went "unchallenged"

by the US Attorney, and unanswered by the court."

11) On 9-24-15 I received a minute order from the court (honorable Daniels) stating in part that as of 9-24-15 the federal writ of habeas corpus filed 6-14-12, along with the states letter filed 9-21-15 were stricken from the record, stating Ms. Grady was my counsel

12) A copy of the minute order was electronic filed to Ms. Grady. Along with two letters I wrote to her on 9-29-15, and 10-23-15 to no avail.

## Conclusion

I was without counsel when I filed my Pro Se Federal writ of habeas corpus on 6-14-2012. Ms. Grady was appointed on December 2014. She was appointed to handle the sentence reduction Mr. Obama enacted pursuant to 18 U.S.C. 3582.

In addition I was without counsel as of the day of Sentence when the court said I was permitted to mail in pro se motion.

Therefore the issue of Federal writ of habeas corpus and status letter need to be addressed by the court, and the court need not to be playing games and misleading me.

Thank you very much for your assistance in this important misjustice

Sincerely,
Leon H. Askew
Case # 11-cr-00184-wjm   Leon H. Askew

Note

This address is subject to change.

| current address | New address |
|---|---|
| Leon H. Askew<br>Reg. No. 37987-013<br>C/o Yazoo city USP<br>P.O. Box 5000<br>Yazoo city, MS 39194<br><br>Case # 11-cr-00184-WYD-1 | Inmate.com |