Leon H. Askew
Reg. No. 37987-013
c/o yazoo city USP
united states penitentiary
P.O. Box 5000
yazoo city, MS 39194

06 NOV 2015 PM 2 L

U.S. Court of Appeals
1823 Stout
Denver, CO
80?

Scanned by
US Marshal

80257