Re: assistance in addressing
Federal writ of habeas corpus, status letter
Case # 11-cr-00184-WYD-1
   Re: "Amended on 1-1-16."
      To whom it may concern

11-4-15

pg. 1 of 4

Dear Sir or Madame:

I request your assistance in ordering Honorable Wiley Y. Daniel to address a Federal writ of habeas corpus filed pro se on 6-14-12 and a status letter filed 9-21-15

And this I state:

1) On 6-14-2012, I filed a pro se Federal writ of habeas corpus, following a guilty verdict at trial.

2) Daniel T. Smith was appointed as counsel for the sentence phase of the trial. LaFonda (Jones) Traore was trial counsel. (Federal public defender).

3) Mr. Smith stated to the court at sentencing on (6-8-12) that "Mr. Askew will not be filing an appeal" (on record). The court stated "it's his choice."

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 29 2016

JEFFREY P. COLWELL
CLERK

4) The court futher stated that I could mail in a pro se motion for new trial; on record at sentencing 6-8-12.

5) I then mailed in a pro se motion for Federal writ of habeas corpus on 6-14-12 along with several other motions. As the court said I was permitted.

6) All the pro se motions that I filed were stricken from the record except the Federal writ of habeas corpus.

7) Around December of 2014 Virgina L. Grady Federal public defender was appointed to handle the two (2) point reduction that president obama enacted. Pursuant to 18 U.S.C. § 3582

8) On ~~6-11-12~~ 6-11-15 Honorable Daniels granted the motion to reduce sentence submitted by mrs. Grady.

9) On 9-21-15 I (mailed) submitted a status letter in reference to the pro se Federal writ of habeas corpus Filed 6-14-2012.

10) The status letter in reference demanded my (immediately release) For the Federal writ of habeas corpus being not answered and unchallenged by the U.S. Attorney or the Court. Also the return of my property.

11) On 9-24-2015 I received a minute order from your honorable Daniels stating that as of 9-24-2015 the Federal writ of habeas corpus submitted on 6-14-2012, and the status letter submitted on 9-21-2015 were stricken from the record. Stating that Virgina L Grady was my counsel.

12) A copy of the minute order was mailed to Ms. Grady. Along with two letters I wrote to her on 9-29-15, 10-23-15 to no avail.

## conclusion

I don't believe Ms. Grady was appointed to handle my post convictions.

She was appointed to handle the sentence reduction pursuant to 18 U.S.C. § 3582.

For I was without counsel when I filed pro se motion for new Trial. which the court said I was permitted to mail in (File). In which the court then stricken from the record. After the court said "you can mail it in just like everyone else." on 6-8-12. on record.

In addition I was without counsel when I filed pro se Federal writ of habeas corpus, and I was without counsel when I filed my status letter.

Therefore the issue(s) of Federal writ of habeas corpus and status letter need's to be addressed by the court.

Also the court needs to stop playing "games."

Thank you for your assistance!

Sincerely,
Jim B. de

15 A35

# CERTIFICATE OF SERVICE

I hereby certify that on **January 14, 2016** [date] I served a copy of

the **petition for extraordinary writ of petition for writ of mandamus**, [name of document]

to:

**District Judge Wiley Y. Daniel**, at _____
[opposing party or attorney]

**901 19th Street, Denver, Colorado, 80294**

_____, the last known

address/email address, by **US Postage**.
[state method of service]


**January 14, 2016**          *[signature]*
Date                                  Signature


COS  Certificate of Service pro se  6/2011

NAME: Lean H. Askew
REG #: 37987-013
FEDERAL CORRECTIONAL INSTITUTION #2
P.O. BOX 3850
ADELANTO, CA 92301

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JAN 29 2016**

JEFFREY P. COLWELL
CLERK

District Judge Wiley Y. Daniel
UNITED STATES DISTRICT Court
901 19th Street
Denver, Colorado 80294