OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 11 2016

JEFFREY P. COLWELL
CLERK

11-cr-184-WJM
#125 returned

DENVER CO 800
25 FEB '16
PM 4 L

OPEN ONLY IN THE
PRESENCE OF THE
ADDRESSEE

neopost
02/25/2016
US POSTAGE
$00.48⁵

ZIP 80294
041L11245087

PERSON NO LONGER AT ADDRESS

Leon Henderson Askew(Terminated)
37987-013
YAZOO CITY LOW
FEDE
P.O. F NIXIE       392   7E 1      0003/05/16
YAZ(         NOT DELIVERABLE AS ADDRESSED
             UNABLE TO FORWARD

BC: 80294250099       *1520-01037-25-38