Re: For B.O.P to comply with TERMINATION
Re: USA v. Leon Henderso Askew
11-CR-00184-WYD

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 31 2016

JEFFRE... ...WELL
CLERK

March 26, 2016                                   Pg. 1 of 1

Dear Madam Evana,
Send the U.S. Marshalls out here to escort or retrieve me! or and; will you please Forward the information in reference to USA V. Askew case # 11-CR-00184-WYD TERMINATED, and Leon Henderson Askew (Terminated) 37487-013 Federal Correctional Institution #2 P.O. Box 3850 Adelanto CA 92301. That was Filed on March 11, 2016?

Please Forward this information to Grand Prairie B.O.P. The same place where the Judgement and Committ order was First sent giving B.O.P. Authority to place me in prison. Also, send me confirmation of this!
Can you also explaine to them that they no longer have authority or the legal right to hold me in custody any longer, and Release Me Immediately!
Thank you! Sincerely,
Leon Henderson as

NAME: Leon Henderson Askew
REG #: 37987-013
FEDERAL CORRECTIONAL INSTITUTION #2
P.O. BOX 3850
ADELANTO, CA 92301

SAN BERNARDINO CA 924
25 MAR 2016 PM 7

United States District Court
Clerk of Court
901 19th Street
Denver CO 80294