Re: Case # 11-cr-00184-WYD
U.S.A v. Askew
TERMINATED Document number: 128
Re: B.O.P To comply with
order of Termination/clearer order!
pg. 1 of 2

Apr. 04, 2016

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 11 2016
JEFFREY P. COLWELL
CLERK

To whom it may concern:

Dear Sir or Madame:

Greetings:

In reference to case # 11-cr-00184-WYD. Being terminated on march 11, 2016. Please Do the following steps:

#  1) Send a direct order and or phone call to DSCC, Grand prairie, B.O.P Directing them to release Immediately from custody!
Leon Henderson Askew (Terminated)
37987-013
Federal correctional Institution #2
P.O. BOX 3870
Adelanto CA 92301

#  2) Call this institution in reference to step #1. Inform them to issue me a Bus ticket, or plane ticket (Fare) back to colorado and to provide for an indigent release and homeless person per policy!

pg. 2 of 2

\# ③ If Steps 1 and 2 are not complied with in 24 hours. Send U.S. Marshalls ASAP to escort me off of this property and out of the custody of B.O.P. Immediately!

\# ④ Inform this institution that you have contacted them and OSCC Grand Prairie; and to inform me of conformation of Steps # 1 and 2.

\# ⑤ In the event #1 and #2 are not complied with, within 24 hours. Please activate # 3 Immediately! and send U.S. Marshalls.

\# ⑥ Inform US Attorneys I will be picking up my property.

Thank you!

Sincerely/

Leon Henderson Sr.
D.O.B 05-06-72

God Bless You!

Certificate of Service pg.1of1

I certify that on this day April 05, 2016. A true and correct copy of the foregoings were mailed via postage

B.O.P and Federal Correctional Institution #2
P.O. Box 3850 Adelanto CA 92301
to comply with order of Termination/ a clearer order issued and release from custody immediately.

Mailed to:

US District Court
Clerk of court
901 19th street
Denver Colorado 80294

US Attorneys office
1225 17th street sute 700
Denver colorado 80202
Attn: Susan Diane Knox
& Kurt Bohn

on Apr. 05, 2016
Leon Henderson
D.O.B 05-06-72
Leon Henderson Askew

NAME: Leon Henderson Askew
REG #: 37987-013
FEDERAL CORRECTIONAL INSTITUTION #2
P.O. BOX 3850
ADELANTO, CA 92301

8029425O151

US District Court
901 19th Street
Denver Colorado
80294

SAN BERNARDINO CA 924

