15-1435

Re: Case # 11-cr-00184-WYD
USA v. Askew
TERMINATED
Re: B.O.P To comply with, issue a
order of Termination / clearer order!

pg. 1 of 2

April 04, 2016

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 12 2016

JEFFREY P. COLWELL
CLERK

To whom it may concern:

Dear Sir or Madame:

Greetings!

In reference to case # 11-cr-00184-WYD. Being terminated on march 11, 2016. Please do the following steps:

#1) Send a direct order and or phone call to DSCC, Grand prairie, B.o.P Directing them to release immediately from custody!
Leon Henderson Askew (Terminated)
37987-013
federal correctional institution #2
P.O. Box 3870 3850
Adelanto CA 92301

#2) Call this institution in reference to step #1; Inform them to issue me a bus ticket, or plane ticket (Fare) back to colorado and to provide for an indigent release and homeless person per policy!

pg. 2 of 2

#3) IF steps #1 and #2 are not complied with in 24 hours. send U.S. marshalls ASAP to escort me off of this property and out of the custody of B.O.P Immediately!

#4) Inform this institution that you have contacted them and DSCC Grand Prairie; and to inform me of conformation of steps #1 and 2. via phone call!

#5) In the event #1 and #2 are not complied with, within 24 hours. Please activate #3 immediately! and send U.S. marshalls.

#6) Inform U.S Attorneys I will be picking up my property! Thank you!

Sincerely,

Leon Henderson
D.O.B 05-06-72
God Bless You!

Certificate of Service            pg 1 of 1

I certify that on this date April 07, 2016 a true and correct copy of the foregoings B.O.P to comply with Direct order/a clear order issued # 11cr-00184-WYD USA v. Leon Henderson Askew. Release From custody ~~Immediately!~~ immediately. were mailed via postage to

US Attorneys office
1225 17th street suite 700
Denver colorado 80202
ATTN: Susan Diane Knox
¢ Kurt Bohn

US District court
Clerk of court
901 19th street
Denver Colorado 80294

on April 07, 2016,

Leon Henderson ds

D.O.B 05-06-72

NAME: Leon Henderson Askew
REG #: 37987-013
FEDERAL CORRECTIONAL COMPLEX
P.O. BOX 5300
ADELANTO, CA 92301

SAN BERNARDINO CA 924
08 APR 2016 PM 6 L

US District Court
901 - 19th Street
Denver Colorado 80294

80294250151

