FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 18 2016
JEFFREY P. COLWELL
CLERK

April 11, 2016

USA V. Askew
Case # 11-cr-00184-WYD

pg. 1 of 2

**Motion for Immediate Release Order to Bureau of Prisons.**

Comes now petitioner Leon Henderson Askew (Terminated) request this honorable court to issue an order to Bureau of Prisons to release Immediately Leon Henderson Askew (Terminated)
37987-013
Federal correctional Institution #2
P.O. Box 3850
Adelanto CA 92301

And the petitioner states:

1) On march 11, 2016 this honorable court Terminated the criminal case of USA v. Askew case # 11-cr-00184-WYD; and Leon Henderson Askew (Terminated) 37987-013 Federal correctional Institution #2 P.O. Box 3850 Adelanto CA 92301. Then resent another documentation of clearification on march 31, 2016 (docket # 128, 129)

2) The petitioner is still in custody of B.O.P and Federal correctional Institution #2 and is

pg- 2 of 2

being illegally held. As of April 11, 2016!

Therefore the petitioner request this honorable court to issue an ORDER to the Bureau of prisons and Federal correctional Institution #2 P.O. Box 3850 Adelanto CA 92301. STATING:

RELEASE IMMEDIATELY FROM CUSTODY!

Leon Henderson Askew (Terminated)
37987-013
Federal correctional Institution #2
P.O. BOX 3850
Adelanto CA 92301

Please Forward copies to petitioner and please Forward copies to:
Mr. Calvin Johnson (Warden)
Federal correctional Institution #2
P.O. BOX 3850
Adelanto CA 92301

Respectfully submitted,
Leon Henderson (Terminated)

Certificate of Service                               pg 1 of 1

    I certify that a true and correct copy of the foregoing Motion For Immediate Release order to Bureau of prisons were mailed 4-11-2016 via postage to:

U.S Attorney's Office
1225 17th street Suite 700
Denver colorado 80202
Attn: Susan Diane Knox &
    Kurt Bohn

United States District court
Office of the clerk
901 19th street 80294


mailed on April 11, 2016


    Leon Henderson (as) (Terminated)

NAME: Leon Henderson Askew (Terminated)
REG #: 37987-013
FEDERAL CORRECTIONAL INSTITUTION #2
P.O. BOX 3850
ADELANTO, CA 92301

Legal mail

US District Court
Office of the Clerk
901 19th street
Denver colorado 80294