IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Criminal Case No.    11-CR-0184-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEON HENDERSON ASKEW,

    Defendant.

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    THIS MATTER is before the Court on the Defendant's *pro se* Motion for Immediate Release (ECF No. 132), filed on April 18, 2016, and Defendant's *pro se* filing regarding his stricken writ of habeas corpus (ECF No. 124).   Defendant moves the Court to order the Bureau of Prisons to release him from federal custody.

    This Court has previously ruled, and the Tenth Circuit Court of Appeals affirmed, that Defendant has no right to hybrid representation.   *See* ECF Nos. 120, 125.   Both *pro se* filings (ECF Nos. 124 and 132) shall be **STRICKEN** from the record.   Any future *pro se* filings by this Defendant on this matter while he is represented by counsel will likewise be stricken from the record.

    Dated:   May 17, 2016