# ATTACHMENT 1

District Court General Order 2014-2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE PETITIONS FOR THE RETROACTIVE APPLICATION OF AMENDMENT 782 TO SENTENCING GUIDELINES (CORRECTED) | DISTRICT COURT GENERAL ORDER 2014-2 |

In anticipation of retroactive application of Amendment 782 to the United States Sentencing Guidelines, the Court directs that the following procedure be used.

The Federal Public Defender for the District of Colorado is appointed to provide an initial advisement of the application of Amendment 782 to all defendants convicted in this District who may be eligible for a reduction of sentence. In the event that a conflict of interest prevents the Federal Public Defender from continuing representation of the defendant, a defendant desires to be represented by retained counsel, or a defendant wishes to proceed *pro se*, the Federal Public Defender shall file a pleading so advising the Court. The Court will appoint CJA counsel if there is a conflict of interest. Unless representation of a defendant is assumed by private counsel, CJA counsel, or the defendant chooses to proceed *pro se*, the Federal Public Defender shall present any request for reduction of sentence.

The Clerk's office promptly shall notify the Federal Public Defender of all *pro se* motions for sentence reduction which relate to Amendment 782. Such requests will be reviewed by the Federal Public Defender and addressed in the manner as described above.

The United States Probation Office is authorized to disclose previously prepared pre-sentence reports to the defendant's counsel, Federal Public Defender, newly-appointed CJA counsel or privately-retained counsel.

All requests for sentence reduction, opposition to a reduction, or advisements of such matters as are described above shall be filed in the original criminal case. In the event that the

presiding judge in the original case is no longer a judge in this District, the case shall be reassigned on a random basis pursuant to D.C.COLO.LCrR 50.1.

Unless extended, this Order shall expire November 1, 2015.

Dated this 18th day of August, 2014 at Denver, Colorado.

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
Chief United States District Judge