IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-0184-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEON HENDERSON ASKEW,

    Defendant.
_____

**ORDER**
_____

THIS MATTER is before the Court on the Federal Public Defender's Amica Motion to Correct Order to Strike Defendant's Pro Se Habeas Petition (ECF No. 134). Amica requests that the Court correct its findings in the September 24, 2015 Order (ECF No. 120), which struck Defendant's Federal Writ of Habeas Corpus (ECF No. 108) on the basis that Defendant was represented by the Office of the Federal Public Defender at the time that the Writ was filed in June of 2012.

The timing of Defendant's representation was not clear from the record, but Amica has offered clarification which indicates that Defendant's representation in 2012 was under a limited General Order of Appointment for the sole purpose of obtaining relief pursuant to Sentencing Guideline Amendment 782 and 18 U.S.C. § 3582. Amica states that apart from that representation, Defendant was not represented by counsel, and filed his Writ pro se. Having reviewed the record and the clarification offered by Amica, the Court finds that reinstating Defendant's Federal Writ of Habeas Corpus is appropriate.

Through the Writ, Defendant seeks to overturn the judgment imposed against him

by this Court on the basis of an allegation that evidence against him was gained through an unconstitutional search.   Therefore, the Writ shall be construed as a § 2255 motion upon its reinstatement.   Accordingly, it is

ORDERED that Amica's Motion (ECF No. 134) is **GRANTED**.   It is

FURTHER ORDERED that Defendant's Federal Writ of Habeas Corpus (ECF No. 108) shall be **REINSTATED**, and construed as a § 2255 motion, and submitted for initial review by the Pro Se Division.


Dated:   October 17, 2016.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE