IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Wiley Y. Daniel

Civil Action No. 16-cv-02590-WYD
Criminal Action No. 11-cr-00184-WYD-1

UNITED STATES OF AMERICA,

v.

LEON HENDERSON ASKEW,

      Movant.

---

ORDER DIRECTING MOVANT TO FILE AMENDED 28 U.S.C. § 2255 MOTION

---

      Movant Leon Henderson Askew currently is incarcerated at the Federal Correctional Institution in Sheridan, Oregon. On June 14, 2012, Movant filed a *pro se* Federal Writ of Habeas Corpus, ECF No. 108. On October 17, 2016, the Court construed the Writ of Habeas Corpus as a motion filed pursuant to 28 U.S.C. § 2255. For the reasons stated below, the Court will direct Movant to amend the § 2255 Motion.

      On June 12, 2012, Movant pled guilty to the violation of (1) 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm; (2) 21 U.S.C. § 841(a)(1) and (b)(1)(C), Possession with Intent to Distribute Cocaine Base (Crack Cocaine); (3) 21 U.S.C. § 841(a)(1) and (b)(1)(C), Possession with Intent to Distribute Cocaine; and (4) 18 U.S.C. § 924(c)(1)(A), Carrying or Using a Firearm During and in Relation to a Drug Trafficking Crime. Within in two days of the conviction and sentencing, Movant filed the § 2255 Motion. Therefore, the § 2255 Motion is timely filed pursuant to 28 U.S.C. § 2255(f).

The Motion, however, is deficient because Movant has failed to submit his claims on the Court-approved form that is used in this Court for filing a 28 U.S.C. § 2255 motion. Movant asserts he was subject to an illegal search in violation of his due process and equal protection rights. Nonetheless, pursuant to Rules 2(b)(1) and 2(b)(2) of the Rules Governing Section 2255 Cases in the United States District Courts, Movant must "specify all the grounds for relief to the moving party," and he must "state the facts supporting each ground." These habeas corpus rules are more demanding than the rules applicable to ordinary civil actions, which require only notice pleading. *See Mayle v. Felix*, 545 U.S. 644, 655 (2005) (discussing identical rules applicable to 28 U.S.C. § 2254 applications).

Movant, therefore, will be ordered to file an Amended § 2255 Motion. In the Amended Motion, Movant must allege, clearly and concisely, the specific claims for relief he is asserting, as well as the specific facts that support each asserted claim. Accordingly, it is

ORDERED that Movant file with the Court **within thirty days from the date of this Order** an Amended 28 U.S.C § 2255 Motion that complies with the directives of this Order. It is

**FURTHER ORDERED that the Clerk of the Court mail to Movant, together with a copy of this Order, two copies of the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 Court-Approved form and the instructions for filing this Motion.** It is

FURTHER ORDERED that if Movant fails within the time allowed to file an Amended Motion to Vacate that complies with the directives of this Order, the Court will proceed to address the illegal search claim as presented in ECF No. 108.   It is

FURTHER ORDERED that the Clerk of the Court is to note the Docket with Movant's most current address as stated by the Federal Public Defender on Page Five of ECF No. 134.

Dated:   October 18, 2016

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge