IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00184-WYD

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

1.    LEON ASKEW,

    Defendant-Petitioner,

---

**ENTRY OF APPEARANCE AND
REQUEST FOR NOTICES**

---

    Michael C. Johnson, Assistant United States Attorney, hereby enters his appearance as counsel for the Respondent in the above-captioned action and requests that he be served with copies of all notices and pleadings in this case.

DATED this 28th day of October, 2016.

        ROBERT C. TROYER
        Acting United States Attorney

        *s/Michael C. Johnson*
        MICHAEL C. JOHNSON
        Assistant United States Attorney
        1225 Seventeenth Street, Suite 700
        Denver, CO   80202
        Telephone: (303) 454-0100
        E-mail: Michael.Johnson2@usdoj.gov
        Attorney for Respondent

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CERTIFICATE OF SERVICE (CM/Colorado)

I hereby certify that on October 28, 2016, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and certify that a copy will be placed in the U.S. Mail, postage pre-paid and addressed to the following:

Leon H. Askew
Registration No. 37987-013
FCI #2
P.O. Box 3850
Adelanto, CA 92301

                                                s/ *Dorothy Burwell*
                                                Dorothy Burwell
                                                United States Attorney's Office
                                                Denver, Colorado