IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 16-cv-02590-WYD
Criminal Action No. 11-cr-00184-WYD

UNITED STATES OF AMERICA,

v.

LEON HENDERSON ASKEW,

    Movant.

---

**ORDER**

---

After preliminary consideration of the operative pleading, Mr. Askew's Amended Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255, ECF No. 138, it is now

ORDERED that the United States Attorney on or before **Wednesday, February 8, 2017**, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated:   January 23, 2017.

                                BY THE COURT:

                                /s/ Wiley Y. Daniel
                                WILEY Y. DANIEL
                                SENIOR UNITED STATES DISTRICT JUDGE