IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00184-WYD
(Civil Case No. 16-cv-02590-WYD)

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

LEON HENDERSON ASKEW,

    Defendant-Movant.

_____

**UNITED STATES' MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE RESPOND TO DEFENDANT ASKEW'S
AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255 (Doc. 138)**
_____

    The government moves for a two-week extension of time, to February 22, 2017, to answer or otherwise respond to defendant Leon H. Askew's Amended Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 138). Good cause exists to grant this extension request.

    1.    On January 23, 2017, the Court ordered that the government file its answer to Askew's motion by February 8, 2017. (Doc. 139.)

    2.    Undersigned counsel will not be able to complete the government's answer to Askew's § 2255 motion in time for filing by February 8, 2017.

    3.    On January 27, 2017, undersigned counsel filed answers to § 2255 motions in *United States v. Aguirre-Ramirez*, Criminal Action No. 12-cr-00038-CMA; and *United States v. Vargas-Ortiz*, Criminal Action No. 14-cr-00258-REB.

4.      The United States Attorney's Office is moving to a new building. All packing for the move is to be completed by February 2, 2017. U.S. Attorney's Office personnel will begin work in the new building on February 6, 2017.

5.      During the week of January 30, 2017, undersigned counsel has been packing his office for the move and has been unable to work on the answer to Askew's motion.

6.      No other AUSA in the U.S. Attorney's Office is able to complete the necessary work on the answer at this time.

7.      Due to Mr. Askew's incarceration, undersigned counsel has been unable to contact him to ascertain his position on this extension request.

The government therefore requests a two-week extension of time, until February 22, 2017, to answer or otherwise respond to Askew's § 2255 motion.

Respectfully submitted this 2nd day of February, 2017.

> ROBERT C. TROYER
> Acting United States Attorney
>
> */s/ Michael C. Johnson*
> MICHAEL C. JOHNSON
> Assistant United States Attorney
> United States Attorney's Office
> 1225 Seventeenth Street, Suite 700
> Denver, CO 80202
> Telephone: 303-454-0100
> E-mail:  michael.johnson2@usdoj.gov
>
> Attorneys for Plaintiff-Respondent United States of America

## CERTIFICATE OF SERVICE (CM/ECF)

  I hereby certify that on February 2, 2017, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of filing to:


Leon Henderson Askew
BOP Reg. No. 37987-013
Sheridan FCI
Federal Correctional Institution
P.O. Box 5000
Sheridan, Oregon  97378


            *s/ Dorothy Burwell*
            Dorothy Burwell
            United States Attorney's Office