IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02590-WYD
Criminal Action No. 11-cr-00184-WYD

UNITED STATES OF AMERICA,

v.

LEON HENDERSON ASKEW,

     Movant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

     The United States' Motion for Extension of Time to Answer or Otherwise Respond to Defendant Askew's Amended Motion Pursuant to 28 U.S.C. § 2255 filed February 2, 2017 (ECF No. 140) is **GRANTED**. The United States has up to and including **Wednesday, February 22, 2017**, in which to respond to Mr. Askew's motion.

     Dated:  February 3, 2017