Re: Notice of change of Address.
Re: Leon Henderson Askew, Pending 2255

Date: 7-17-2017

Pg. 1 of 2

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 21 2017

JEFFREY P. COLWELL
CLERK

To whom it may concern:

Dear Sir or Madam,

My name is Leon Henderson Askew. I have a Pending 2255 that is in front of this honorable court.

I am at a new location, and would like to give the court the address.

I do not have the case number on hand. Please accept my apologies.

Thank you for your assistance!

Sincerely,
Leon Henderson as
Leon Henderson Askew

Leon Henderson Askew 37487013          pg. 2 of 2

The new address:

Nevada Southern Detention Center
2190 E. Mesquite Ave.
Pahrump, NV 89060
Telephone: 775-751-4500

The contracting Officer's Technical Representative (COTR) with the U.S. Marshal Service (USMS) may be contacted at the following address:

Mr. Steven Carpenter
United States Marshal Service
Foley Federal Building & U.S. Courthouse
Room 440
Las Vegas, NV 89101