Leon Henderson Askew 37487013
2190 E. Mesquite Ave.
Pahrump, NV 89060

INDIGENT

LAS VEGAS

Correspondence originated from a detention facility. The facility is not responsible for the contents herein

United States District
District of Colorado
901 19th Street
Denver, Colorado
80294

Mailed From 89060
07/18/2017
032A 0061838671
US POSTAGE
$00.46⁰
First-Class