Re: address change
Re: Leon Henderson Askew
Pending 2255

7-18-2017

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 24 2017

JEFFREY P. COLWELL
CLERK

To whom it may concern.

Dear Sir or Madam,

As of July 18-2017 I have changed addresses. I am no longer at the address as reported in Nevada on 7-17-2017.

I am now at:

Leon Henderson Askew 37987-013

Grady County Law Enforcement Center
215 N. 3rd St. / P.O. Box 1748
Chickasha, OK 73018

Thankyou again!

P.S. I still have not had the ~~opparunity~~ opportunity to get my case number.