

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

REFUSED - Return to Sender
☐ Not NSDC Detainee
☐ Incomplete Return Address
☐ Stickers/Perfume/Lipstick
☐ Unauthorized Correspondence
☐ Other

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 02 2017

JEFFREY P. COLWELL
CLERK

11-CR-184 WJD #144

DENVER
CO-SPECIAL MAIL
2nd JUL 17
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
07/24/2017
US POSTAGE $00.46⁰
ZIP 80294
041L11245087

Leon Henderson Askew
37987-013
Nevada Southern Correctional Center
2190 East Mesquite

NIXIE    891    7E 1    0007/29/17

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 80294250099    *22278-05357-24-39*