Re: address change
Re: Leon Henderson Askew
Pending 2255 (Amended)

Date: July 27, 2017

11-CR-184 WJD

To whom it may concern:

Dear Sir or Madam

As of July 26, 2017 I am no longer at the previous address in Oklahoma.
I am now at the address listed below.

Leon Henderson Askew 37987-013
U.S. Penitentiary
P.O. Box 1000
Leavenworth, KS 66048

I anticipate on being at this address, until otherwise ordered by the honorable court. Your assistance is greatly appreciated!
Thankyou very much!

Sincerely,
Leon Henderson Askew