Leon Henderson Askew 37987-013
U.S. Penitentiary
Leavenworth, KS 66048

8002948 2500 0044

KANSAS CITY 640
31 JUL 2017 PM 3 L

United States District Court
District of Colorado
901 19th Street
Denver, Colorado

80244