

OFFICIAL COURT BUSINESS
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

11-CR-184-WYD

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG - 7 2017
JEFFREY P. COLWELL
CLERK

DOC. 145

— 9326020018459000

Not in Grady County Jail
Return to Sender

DENVER, CO 80293
LEGAL MAIL
24 JUL '17
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
07/24/2017
US POSTAGE $00.46°
ZIP 80294
041L11245087

Leon Henderson Askew
Grady County Law Enforcement Center
215 North 3rd Street
P.O. Box 1740
Chickasha, Dixie

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

*1320-01217-24-39

BC: 80294250099