Re: Procedural default/Revisit denying  
of motions Civil No. 16-cv-02590-WYD Crim No.  
11-cr-00184-WYD

Pg. 1 of 1

Please update all associations,  
correspondings' JS7 JS-5/b  
Information as it was manually  
optned.

Date: Aug 15, 2017

**FILED**  
UNITED STATES DISTRICT COURT  
DENVER, COLORADO

AUG 22 2017

JEFFREY P. COLWELL  
CLERK

Dear, Honorable Daniel

Sir, In reference to your order denying 28 U.S.C. § 2255 motions. In your introduction the government and the court procedually defaulted.

Sir, the government filed outside of your order ordering them to file within 14 days.

The government filed way outside of your 14 days. Please revisit and take a look at your ordered date and the government response date. You used that information to deny. That is procedural default. I just ~~tenant~~ reviewed your order to deny and there is no order granting the government an 14 day extension, nor did the court notify me of such, or order me to ~~respond~~ respond to such.

It is therefor obvious that the proceedings need to be revisited and then terminated in the light of my favor, and a motion for order for immediate release be filed to notify B.O.P, and U.S.P Leavenworth of such actions; notify the government to return my belongings. Thank you,

Levi Henderson