

Lion Henderson
KS 66048

KANSAS CITY 640
17 AUG 2017 PM 3 L