Civil Action No. 16-CV-02570-WYD
Criminal Case No. 11-cr-00184-WYD

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Pg. 1 of 4

United States of America

AUG 22 2017

JEFFREY P. COLWELL
CLERK

V.

Date: August 16, 2017

Leon Henderson Askew
movant

> Motion to revisit denying of 28 U.S.C. 2255 motions / Terminate case and proceedings, of 11-cr-00184-WYD and order Immediate release and return of Property.

Comes now movant to request this honorable court to revisit denying of 2255 motions and terminate case and proceedings, for the reasons listed below.

And the movant states:

1. The court denied the movants

Pg. 2 of 4

Motions to Vacate, Set aside, or Correct Sentence Pursuant to 28 U.S.C § 2255 (ECF No. [108]) and Amended motion to Vacate, set Aside or Correct Sentence Pursuant to 28 U.S.C § 2255 (ECF No. [138]) on August 8, 2017.

2. Movant received Order on August 15, 2017.

3. This civil case was manually opened and ask the court to update the associations and please manually update the corresponding JS-5/b information

4. In the courts order to deny, the courts states in #1. Introduction "The government File a response to the motions. No reply was filed."

5. That is an error on the courts behalf. The response that was filed by the government was a motion for 14 days extension of time. No extension was granted.

6. The court previousally ordered the government to File within 14 days, and the government defaulted by not doing so.

Pg. 3 of 4

7. The court used the government response as basis and all throughout the denying of movants 2255 motion.

8. The first time movant heard from the court on either to grant or deny the governments request for extension of time, was in the courts order Denying of movant 28 U.S.C. § 2255 motion's on August 08, 2017

9. This is a procedural default on behalf of the court.

10. The government cannot file a response outside of a courts order, unless the court grants an extension of time, and send notice to movant with order to respond.

11. The court also cannot use information in a time barred filing as basis of outlining and denying movants motions.

## Summary

Pg. 4 of 4

Therefore the movant moves this honorable court to revisit the decision and basis of denying the 28 U.S.C. motions and Pro Se Federal writ of habeas corpus, and terminate the proceedings and case of 11-cr-00184-WYD in favor and light of movant. For the court has no alternative, information or challenges in which to contest his motions which were timely filed.

In addition, movant moves this court to invoke and grant him immediate release and return of his belongings as this is a matter of law and his constitutional rights.

## -Conclusion-

These proceedings and case of 11-cr-00184-WYD must be terminated and movant immediate release ordered as the court and government Procedurally Defaulted.

### Certificate of Service

I certify that a true and correct copy was mailed to US District Court, District of Colorado 901 19th St 80294 on August 16, 2017

Respectfully submitted,