UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02590-WYD
Criminal Case No. 11-cr-00184-WYD

UNITED STATES OF AMERICA,

v.

LEON HENDERSON ASKEW,

      Movant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

      On or before **Wednesday, September 6, 2017**, the Government shall file a response to Mr. Askew's "Motion to Revisit Denying of 28 U.S.C. 2255 Motions/ Terminate Case and Proceeding of 11-cr-00184-WYD and Order Immediate Release and Return of Property" filed August 22, 2017.

      Dated:  August 23, 2017