Case No. 11-cr-00184-WYD
Civil No. 16-cv-02540-WYD

United States of America

v.

Leon Henderson Askew
Movant

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP 01 2017
JEFFREY P. COLWELL
CLERK

## MOTION FOR ORDER FOR JUDGEMENT BY THE WAY OF DEFAULT

Comes now Movant to request this honorable court to enter Judgement by the way of Default. For the reasons listed below.

And the movant states:

1. The court denied movants 28 U.S.C. 2255 motions on August 08, 2017.

Pg. 2 of 3

2. In the courts order at 1. Introduction the court states "The government File a response. No reply was Filed. (Document #144)

3. The court errored in that statement

4. On Jan. 23, 2017 the court ordered the government to File a response to movants timely Filed Amended 28 U.S.C § 2255 motion, (Document #134) on or before Feb. 08, 2017.

5. On Feb 02, 2017 the government filed a motion For 14 days extension of time.

6. The court did not issue an order granting the government an extension of time.

7. On Feb. 22, 2017 the government Filed outside of the courts ordered date of Feb. 08, 2017. That is a procedural default.

8. On Aug. 08, 2017 the court used the governments information (response) to deny movants 28 U.S.C 2255 motions. That is a procedural default.

## Conclusion                                                Pg. 3 of 3

The court used a time barred response by the government to deny movants motions. Which is a procedural default.

Movants remedy inside of his 2255 claim is to be released from custody of the B.O.P and the return of his belongings (property seized by the government).

Therefore, movant moves this honorable court to enter judgement by the way of default in light of the movant, and order Immediate release and return of property.

Respectfully Submitted,
Leon Henderson

### Certificate of Service

A true and correct copy was mailed to the following Address(s)
US District Court of Colorado
901 19th Street  Denver CO 80294

Dated: Aug. 28, 2017