Leon Henderson Askew (Terminated)
37487-013
Leavenworth
U.S. Penitentiary
P.O. Box 1000
Leavenworth, KS 66048

80294-250151

KANSAS CITY 640
29 AUG 2017 PM 2 L

United States District Court
District of Colorado
901 19th Street
Denver, Colorado
80294

