**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 11-cr-00184-WYD
(Civil Case No. 16-cv-02590-WYD)

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

LEON HENDERSON ASKEW,

    Defendant-Movant.

_____

**OPPOSITION TO "MOTION TO REVISIT
DENYING OF 28 U.S.C. 2255 MOTIONS" (Doc. 152)**
_____

    Defendant Leon Henderson Askew's "Motion to Revisit Denying of 28 U.S.C. 2255 Motions" should be denied. He argues that the government did not file a timely response to his 28 U.S.C. § 2255 motion. He is incorrect. This Court granted the government an extension of time until February 22, 2017, to respond to Mr. Askew's motion. Doc. 141. The government timely filed its response on February 22, 2017. Doc. 143.

    Respectfully submitted this 1st day of September, 2017.

ROBERT C. TROYER
Acting United States Attorney

*/s/ Michael C. Johnson*
MICHAEL C. JOHNSON
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail:  michael.johnson2@usdoj.gov

Attorney for Plaintiff-Respondent United States of America

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on September 1, 2017, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification to counsel of record.

I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the non-Participant's name:


Leon Henderson Askew
BOP Reg. No. 37987-013
U.S. Penitentiary
Inmate Mail/Parcels
P.O. Box 1000
Leavenworth, KS  66048


*s/ Amanda Bell*
Amanda Bell
United States Attorney's Office