Case No. 11-cr-00184-WYJII
Civil No. 16-cv-01570-WYJII

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 18 2017                    Pg. 1 of 3

JEFFREY P. COLWELL
CLERK

United States of America

v

Date: September 14, 2017

Leon Henderson Askew
Movant

---

## Motion For Order For Judgement by the way of Default

Comes now movant to request this Honorable court to enter Judgement by the way of Default for the reasons listed below

And the movant states:

1. The court denied movants motion 28 U.S.L 2255 motions on August 08, 2017

Pg. 2 of 3

2. In the courts order at 1. Introduction the court states "The government file a response. No reply was filed."

3. The court erred in that statement

4. On Jan 23, 2017 the court ordered the government to file a response to movant timely filed Amended 28 U.S.C. § 2255 motion. Document # 134 on or before Feb 08, 2017. (attachment 1)

5. On Feb. 02, 2017 the government filed a motion for 14 Days extension of time (attachment II)

6. The court did not grant that extension

7. On Feb 22, 2017 the government filed outside of the courts ordered date of Feb. 08, 2017. That is a procedural default. (attachment III)

8. On Aug 08, 2017 the court used that information to deny movants 28 U.S.C 2255 motion. That is a procedural default.

## — Conclusion —

The court used a time barred response by the government to deny movants motions, which is a procedural default.

Movants remedy inside of his 2255 claim is to be released from custody of the B.O.P and the return of his belongings (Property seized by the government).

Therefore movant moves this honorable court to enter judgement by the way of default in light of the movant, and order immediate release and return of property.

Certificate of Service:
A true and correct copy was mailed to the address below.

United States District court
901 - 19th Street
Denver, Colorado 80294

Date: September 14, 2017

Respectfully Submitted,
Leon Henderson Cs