# ATTACHMENT #II

Goverment motion for request for additional time.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00184-WYD
(Civil Case No. 16-cv-02590-WYD)

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

LEON HENDERSON ASKEW,

    Defendant-Movant.

---

### UNITED STATES' MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO DEFENDANT ASKEW'S AMENDED MOTION PURSUANT TO 28 U.S.C. § 2255 (Doc. 138)

---

The government moves for a two-week extension of time, to February 22, 2017, to answer or otherwise respond to defendant Leon H. Askew's Amended Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 138). Good cause exists to grant this extension request.

    1.    On January 23, 2017, the Court ordered that the government file its answer to Askew's motion by February 8, 2017.  (Doc. 139.)

    2.    Undersigned counsel will not be able to complete the government's answer to Askew's § 2255 motion in time for filing by February 8, 2017.

    3.    On January 27, 2017, undersigned counsel filed answers to § 2255 motions in *United States v. Aguirre-Ramirez*, Criminal Action No. 12-cr-00038-CMA; and *United States v. Vargas-Ortiz*, Criminal Action No. 14-cr-00258-REB.

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on February 2, 2017, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of filing to:

Leon Henderson Askew
BOP Reg. No. 37987-013
Sheridan FCI
Federal Correctional Institution
P.O. Box 5000
Sheridan, Oregon  97378

*s/ Dorothy Burwell*
Dorothy Burwell
United States Attorney's Office