Leon Henderson Askew
37487-013
US Penitentiary Leavenworth
P.O. Box 1000
Leavenworth, KS 66048

United States District Court
District of Colorado
901 - 19th Street
Denver Colorado 80294

