UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 16-cv-02590-WYD
Criminal Case No. 11-cr-00184-WYD

UNITED STATES OF AMERICA,

v.

LEON HENDERSON ASKEW,

      Movant.

## ORDER

      THIS MATTER is before the Court on Mr. Askew's "Motion to Revisit Denying of 28 U.S.C. 2255 Motions/Terminate Case and Proceeding of 11-cr-00184-WYD and Order Immediate Release and Return of Property" filed August 22, 2017. A response in opposition to the motion was filed on September 1, 2017. On September 1 and 18, 2017, Mr. Askew also filed two Motions for Order for Judgment by the Way of Default. Having reviewed Mr. Askew's motions and being fully advised in the premises, I find that the motions should be denied.

      By way of background, on August 8, 2017, I issued an Order denying Mr. Askew's 28 U.S.C. § 2255 Motion (ECF No. 149). Judgment was entered that same day, on August 8, 2017. (ECF No. 150).

      Mr. Askew asks that the court reconsider the Order denying his § 2255 motion on the basis that the government's response was filed out of time. Thus, Mr. Askew asserts that the government filed a motion for extension of 14 days to respond to his motion, and that no extension was granted. Because the government did not file its

response within 14 days, Mr. Askew asserts that the government procedurally defaulted, and that the court improperly used the government's response as a basis to deny the § 2255 motion.  Mr. Askew asks the court to revisit its decision and now grant the § 2255 motion, as "the court has no alternative, information or challenges in which to contest" his motion.  (Mot. to Revisit Denying of 28 U.S.C. 2255 Motions/Terminate Case and Proceedings of 11-cr-00184-WYD and Order Immediate Release and Return of Property, ECF No. 152, at 4.)  Mr. Askew's motions filed in September ask the court to enter judgment by the way of default on the same basis.

Mr. Askew's motions are without merit.  Contrary to Mr. Askew's assertion, I granted the government's motion for extension of time to respond to Mr. Askew's § 2255 motion by Minute Order of February 3, 2017 (ECF No. 141).  The government was given an extension until February 22, 2017, to respond.  (*Id.*)  The government timely filed its response on February 22, 2017.  (ECF No. 143).  There was no default, and Mr. Askew has not asserted a valid basis to revisit or reconsider the denial of his § 2255 motion.  *See Servants of the Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000) (the three major grounds that justify reconsideration are: (1) an intervening change in the controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or prevent manifest injustice).  None of these grounds exist here.

Accordingly, it is

ORDERED that Mr. Askew's "Motion to Revisit Denying of 28 U.S.C. 2255 Motions/ Terminate Case and Proceeding of 11-cr-00184-WYD and Order Immediate Release and Return of Property" (ECF No. 152) and Motions for Order for Judgment by the Way of Default (ECF No. 154 and 156) are **DENIED**.

Dated: September 21, 2017

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge