Civil action No. 16-CV-02542-WYD
Criminal Case No. 11-cr-00184-WYD

pg. 1 of 2

United States of America

V.

Leon Henderson Askew
Movant

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP 29 2017
JEFFREY P. COLWELL
CLERK

## MOTION TO INTRODUCE FRAUD ON THIS COURT / motion to Produce Testimony.

Comes now the operative to introduce fraud that is being placed on this court.

And the operative states:

1) Trial began on January 17, ~~2017~~ 2012.

2) During this time Dept. Thompson testified that he entered my room to retrieve my dog and to wait for the dog pound to come, even at some point exchanging officers, before a search warrant was issued.

pg 2 of 2

3) The government lied to the court in an official response (motion responding to petitioner 2255 motion. (ECF #143)

4) In their pertient facts to show no Fourth amendment violation occurred.

5) The court put that information in denying 2255 motion (ECF No. 144) Therefore operative motion for this court to produce the testimony of Dept. Thompson.

Respectfully submitted,
Leon Henderson a

Certificate of Service
A true and correct copy was mailed to

U.S District Court
District of Colorado      mailed on: September 26, 2017
901 19th Street
Denver, CO 80294