

Leon Henderson-Askew (Terminated)
37487-013
Leavenworth
US Penitentiary
P.O Box 1000
Leavenworth, KS 66048

United States District Court
901 19th Street
Denver Colorado 80294

KANSAS CITY 640
27 SEP 2017 PM 2 L