FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 06 2018
JEFFREY P. COLWELL
CLERK

pg. 1 of 2

United States of America

V.                                              Date 1-30-2017

Leon Henderson Askew,
  Case No. 11-cr-00184-WYD

> Motion for order for this court to produce the body of Leon Henderson Askew before this court and show cause to false imprisonment.

Comes now the operative to demand that this court bring him in front of this court Immediately! And "Here his cause." And I state:

1. I have filed motions to introduce fraud on this court / motion to produce testimony. On 4-29-2017 to No avail! Document No. 158 which the court construed to NOTICES. I request for those motions to be used in conjunction to this one.

pg. 2 of 2

2.) The Facts in the motions cannot be disputed and show that Dept. Thompson entered my residence to retrieve my dog even exchanging officers at some point, without a search warrant, as he testified at trial. which clearly show a Fourth Amendment violation, contrary to the pre-sentence investigation at "Pertinent facts show no Fourth Amendment violation, as noted by the government:." (ECF no. 77 at 4-5) which show actual prejudice.

3.) There is a crime upon this court that needs to be addressed immediately, which has plagued and contaminated these proceedings and the entire case of Askew v. United States of America case No. 11-cr-00184-WJM

4.) This court has adopted this fraudulent information from the government and from the Pre-sentence investigation and used it in a courts order denying 2255 issued on 8-8-2017. Document No. ~~158~~ 149

Wherefore I state: bring me before this court immediately and show cause why no action has been taking in Re: Document 158 Notice (motion to introduce fraud / motion to produce testimony), and the merits of this motion, explain why you have not corrected yourself in this matter contrary to the law and against the United States constitution. and produce testimony. And or relinquish me and my property, confiscated by the government and set us free Immediately.

In God we trust!              Leon Henderson ces

Certificate of Service                               pg. 1 of 1

I certify that a true and correct copy of motion for order for this court to produce the body of Leon Henderson Askew before this court and show cause to false imprisonment. Was mailed to the following address.

United States District Court
901 - 19th Street
Denver CO 80244


Submitted on 1-30-2017


Leon Henderson