Lyndon Henderson Askew
37987-213
USP Leavenworth
P.O. Box 1000
Leavenworth, KS 66048

KANSAS CITY 640
31 JAN 2018 PM 2 L



United States District Court
901 19th Street
Denver CO 80294

80294