UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00184-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  LEON HENDERSON ASKEW,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

     The government shall file a response to Defendant's Motion to Introduce Fraud on this Court/Motion to Produce Testimony (ECF No. 158) and Defendant's Motion for Order for this Court to Produce the Body of Leon Henderson Askew Before this Court and Show Case for False Imprisonment (ECF Nol. 159) by **Wednesday, March 14, 2018.**

     Dated:  February 28, 2018