Case No: 11-cr-00184-WYD

United States
v.
Askew

March 05, 2018

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 16 2018
JEFFREY P. COLWELL
CLERK

To whom it may concern:

Dear Sir or Madam:

I am at the Oklahoma Transit center awaiting transit.

Sincerely,

Leon Henderson a