

NAME: _Leon Henderson Askew_
REG# 37497-013
FEDERAL TRANSFER CENTER
P.O. BOX 898801
OKLAHOMA CITY, OK 73189-8801

80294-250151

OKLAHOMA CITY OK 731
13 MAR 2018 PM 6 L

District of Colorado
United States District Court
901-19th Street
Denver, CO 80244

FOREVER USA