Criminal Case No. 11-cr-00184-WYD
(Civil Case No. 16-cv-02590-WYD)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 29 2018

JEFFREY P. COLWELL
CLERK

Pg. 1 of 7

USA
v.
ASKEW

Date: March 22, 2018

Motion for this court to enforce 19 U.S.C § 1592 penalties for fraud, negligence or gross negligence

Comes now operative to move this court to enforce 19 U.S.C § 1592 for the reasons listed below.

And I state:

① In good faith, I file this motion not knowing what the courts February 28, 2018 order states, for I am in transit and have been since Feb. 21 2018, I wrote this court a letter on Feb. 27 2018, informing this court of such.

② I received the governments response on March 22, 2018 at Oklahoma City, that is how I am aware of a courts order.

③ To satisfy any deadline that this court

pg. 2 of 3

has imposed and to be used with the production of my body on this court and will show cause.

(4) This court is awhere of at least three documents contaning Fraud: 1) governments response to Amended 2255, 2) pre-sentence report, 3) courts order denying 2255, all which were entered inside of my Federal habeas proceedings, contrary to law. Conspiracy to conceal.

(5) This crime on this court has never been addressed which deems it not second or successive, but in fact esteems from the production of Dept. Thompson testimony (NOTICE) motion to introduce Fraud on this court/motion to produce testimony

-Conclusion-

This court does retain jurisdiction, and in fact is compelled to follow the law as with any other person who brakes the law like the government did. In accordance with: 19 U.S.C § 1592 penalties
For Fraud, negligence or gross negligence
(a) Prohibition- No person may enter any document, oral statement or act which is material and false.
Kingsdown
v.          (Fed Cir.      )
Hollister
(which overrule the proceedent which mandates intent.)

which is the case in governments response to Amended 2255, pre-sentence report, and courts order

Pg. 3 of 3

denying 2255.

Thus for leaving my Amended 2255 standing alone. There is no alternative, challenges, or information in which to use to deny, in fact the only reason we are here at this court is for the penality phase. "The integrity of this entire case has been compromised, case and point!"

Therefore, I move this court to enforce 14 U.S.C § 1542 penality for fraud, negligence or gross negligence and remove any and all documents containing fraud in my federal habeas corpus proceeding and issue a courts directive granting relief sought.

For as a penality they are prohibited from entering in, which I stand protected by my 5th amendment of the united states constitution.

Respectfully submitted

Leon Henderson ask

In God I Trust!

Certificate of Service                                pg. 1 of 1

I hereby certify that a true and correct copy of motion for this court to enforce 14 USC § 1542 penalties for fraud, negligence or gross negligence. To the following address:
via mail

United States District court of Colorado
901-19th street
Denver, Colorado 80294

March 22, 2018

Sam Henderson asb