NAME: Leon Henderson Askew
REG#: 37087-013
FEDERAL TRANSFER CENTER
P.O. BOX 898801
OKLAHOMA CITY, OK 73189-8801

OKLAHOMA CITY OK 730
25 MAR 2015 PM 6 L

United States District Court Of Colorado
401- 19th Street
Denver, Colorado 80294