Re: Notice of contact information
Case No: 11-cr-00184-WJM
16-cv-02540-WJM

March 24, 2018

To whom it concern:
Dear, sir or Madam

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 30 2018
JEFFREY P. COLWELL
CLERK

I am currently at:
Federal correctional Institution
P.O. Box 33
Terre Haute, IN 47808

Thank you!

Sincerely,

Tim Henderson ask

NAME: Leon Henderson Askew
NUMBER: 37887-013
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

INDIANAPOLIS IN 460
26 MAR 2018 PM 5 L

District Court
United States District of Colorado
901-19th Street
Denver, Colorado 80294