# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker  
Clerk of Court

July 05, 2018

Chris Wolpert  
Chief Deputy Clerk

Leon Henderson Askew
FCI - Terre Haute
P.O. Box 33
Terre Haute, IN 47808
#37987-013

**RE:** **18-1277, In re: Askew**
Dist/Ag docket: 1:16-CV-02590-WYD, 1:11-CR-00184-WYD-1

Dear Mr. Askew:

The court has docketed your Motion for Permission to file a second or successive habeas petition under 28 U.S.C. 2255. Please note the case number above. You will be notified as soon as the court takes action on this matter.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc: Kurt Bohn

EAS/na