U.S. COURT OF APPEALS
RECEIVED
10TH CIRCUIT                    JUNE 27, 2018

2018 JUL -2  AM 11: 34

Dear: Madam Shumaker,

I received the authorization to file mailed June
12, 2018 application on June 15, 2018. I'm not
sure what took it so long, but I mailed
it back to your office on June 27, 2018.

Thank you very much!

Sincerely,

Leon Henderson an

*U.S. COURT OF APPL* (stamp)
*RECEIVED*
*10TH CIRCUIT*
*2018 JUL -2 AM II: 34*

## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

*Motion for Authorization to File a Second or*
*Successive Motion to Vacate, Set Aside*
*or Correct Sentence under*
*28 U.S.C. § 2255*
*by a Prisoner in Federal Custody*

Case Number  1b-LV-02540-WYD

Name  LEON Henderson Askew              Prisoner No. 37987-013

Place of Confinement  Terre Haute Federal correctional institution

PO. Box 33, Terre Haute, IN 47808

### Instructions
*Read Carefully*

(1)    In accordance with the Antiterrorism and Effective Death Penalty Act of 1996,
as codified at 28 U.S.C. § 2255, effective April 24, 1996, before authorization
to file a second or successive motion can be granted by the United States Court
of Appeals, *it is the movant's burden* to make a *prima facie* showing that he
or she satisfies either of the two following conditions found in 28 U.S.C.
§ 2255:

    1)    Newly discovered evidence that, if proven and viewed in light of the
evidence as a whole, would be sufficient to establish by clear and
convincing evidence that no reasonable factfinder would have found the
movant guilty of the offense; **or**

    2)    A new rule of constitutional law, made retroactive to cases on collateral
review by the Supreme Court [of the United States], that was previously
unavailable.

(2)    Use the attached form to file a motion for authorization under 28 U.S.C.
§ 2244 for an order authorizing the district court to consider a second or
successive motion under 28 U.S.C. § 2255.

(3)     The motion for authorization must be legibly handwritten or typewritten and signed by the movant under penalty of perjury. Any false statement of a material fact may serve as the basis for persecution and conviction for perjury.

(4)     All questions must be answered completely and concisely in the proper space on the form. Attach additional pages if necessary to list all the grounds for relief and facts upon which you rely to support those grounds. **Your failure to provide complete answers may result in the court of appeals denying your motion for authorization.**

(5)     You must sign the motion in three places at the end of pages 11 and 12. **Your failure to sign the motion for authorization or to complete the "proof of service" may result in the court of appeals denying your motion.**

(6)     Attach to your motion for authorization copies of the following documents:

    (a)     The § 2255 motion you want to file in the district court if the court of appeals grants your motion for authorization, unless this matter was transferred to the Tenth Circuit from the district court. If the case was transferred from the district court, we will consider the transferred filings from the district court to be your proposed § 2255 motion.

    (b)     All § 2255 motions you previously filed in any federal court challenging the judgment of conviction or sentence you now want to challenge.

    (c)     All court opinions and orders, final and interlocutory, disposing of the claims in your previous § 2255 motions that challenged the judgment of conviction or sentence you now want to challenge.

    (d)     All magistrate judges' reports and recommendations issued in all previous § 2255 motions that challenged the judgment of conviction or sentence you now want to challenge.

(7)     The Judicial Conference of the United States has adopted the $8\frac{1}{2}$ x 11 inch paper size for use throughout the federal judiciary and directed the elimination of the use of legal size paper. All pleadings must be on $8\frac{1}{2}$ x 11 inch paper. Otherwise we cannot accept them.

(8)    There is no fee for filing a motion for authorization under 28 U.S.C. § 2244 for an order authorizing the district court to consider a second or successive motion under 28 U.S.C. § 2255.

(9)    If your motion for authorization seeks relief under 28 U.S.C. § 2255, you must serve a copy of the motion for authorization and all documents attached to it on the **United States Attorney** for the federal judicial district in which you were convicted. **Your failure to serve the United States Attorney may result in the court of appeals denying your motion**.

(10)   When this motion for authorization is fully completed, **mail the original to the below address. Your failure to provide an original may result in the court of appeals denying your motion for authorization**.

> **United States Court of Appeals for the Tenth Circuit**
> **Office of the Clerk**
> **Byron White United States Courthouse**
> **1823 Stout Street**
> **Denver, Colorado 80257**

**Motion for Authorization to File a Second or Successive**
**Motion to Vacate, Set Aside or Correct Sentence under**
**28 U.S.C. § 2255**
**by a Prisoner in Federal Custody**

1.    (a)    Location of the United States District Court which entered the judgment of conviction under attack:
Uni†ed  States  District  Court of Colorado  901-19th st.  Denver, CO

80294

    (b)    Case number:  11-cr-00184-wyd, 16-cv-02599-wyd

2.    Date of judgment of conviction:  June 12, 2012

    Guilty plea: _____    Jury verdict:  Guilty

3.    Length of sentence: 132 months    Sentencing Judge: Wiley Y. Daniel

4.    Nature of offense for which you were convicted:
Possession of a Fire arm by a Felon, possession of Drugs, Drug

trafficking

5.    Did you appeal the conviction and sentence?    **YES ( )    NO (✓)**

6.    If you appealed, name of court, result, date of result:

_____

_____

7.    Have you ever filed a motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255 in any federal court which is related to this conviction and sentence?
    **YES (✓)    NO ( )**    If "yes," how many times?  1 (once)

    (If more than once, complete 8 and 9 below as necessary.)

As to the first federal motion, give the following information. (You must attach a copy of the motion and any dispositional orders to this motion for authorization.)

(a) Name of court: _United States District court of Colorado_

(b) Case number: _11-cr-00184-WJM , 16-CV-02590-WJD_

(c) Nature of proceeding: _vacate and or set aside, For DUE process, and illegal search & Seizure, release from custody and return of property. 19 U.S.C § 1547 Penalties For Fraud, Negligence or Gross negligence_

(d) Grounds raised (list **all** grounds, using extra pages if necessary):

_Police officers (1) were illegally present on his premises (claim one), (2) illegally searched his vehicle and his residence (claim two), (3) illegally entered his residence (claim three), and (4) illegally obtained evidence during the course of the unconstitutional search and seizure (claim four) Fraud on the court by the government, courts order._

(e) Did you receive an evidentiary hearing on your motion?
        **YES ( )    NO (✓)**

(f) Result: _____

_____

_____

(g) Date of result: _____

8. As to any second federal motion, give the following information. (You must attach a copy of the motion and any dispositional orders to this motion for authorization.)

(a) Name of court: _____ N/A _____

(b) Case number: _____

(c) Nature of proceeding: _____

_____

_____

(d) Grounds raised (list **all** grounds, using extra pages if necessary):

_____ N/A _____

_____

_____

_____

_____

(e) Did you receive an evidentiary hearing on your motion?
            YES ( )   NO ( )

(f) Result: _____ N/A _____

_____

_____

(g) Date of result: _____

9. As to any third federal motion, give the following information. (You must attach a copy of the motion and any dispositional orders to this motion for authorization.)

(a) Name of court: _____ N/A _____

(b) Case number: _____

(c) Nature of proceeding: _____

_____

_____

(d) Grounds raised (list **all** grounds, using extra pages if necessary):

_____ N/A _____

_____

_____

_____

_____

(e) Did you receive an evidentiary hearing on your motion?
　　　　　YES ( )　　NO ( )

(f) Result: _____ N/A _____

_____

_____

(g) Date of result: _____

10. Did you appeal the result of any action taken on your federal motion? (Use extra pages to reflect additional motions if necessary.)

(1) First Motion: **NO ( ✓ ) YES ( )** Appeal No. _____

(2) Second Motion: **NO ( ) YES ( )** Appeal No. _____

(3) Third Motion: **NO ( ) YES ( )** Appeal No. _____

11. If you did **not** appeal from the adverse action on any motion, explain briefly why you did not.

The substance of my attack was 1) That the district court did not send me a copy of order granting government extension of time to File response, and I was still under an open 2255, and ask the court to assess a penalty in these proceedings.

12. State **concisely** every ground on which you **now** claim that you are being held unlawfully. Summarize **briefly** the **facts** supporting each ground.

Ground One: The government committed Fraud in their response to amended 2255. ThusFor entering a Fraudlent Document. ECF #160. 161 at 111. Concealing an illegal search and seizure and using a warrant less entry. "The substance and Foundation of their case."

Supporting **FACTS** (tell your story briefly without citing cases or law):

In their response under "pertinent Facts" showing no 4th amendment violation the government omitted Dept. Thompson illegally enterd my residence to obtain my dog even exchanging officers without a warrant as testified at trial.

Was this claim raised in a prior motion? **YES ( ✓ ) NO ( )**

Does this claim rely on a "new rule of law"? **YES ( ) NO ( )**

If "yes," state the new rule of law (give and case name and citation):

_____

_____

Does this claim rely on "newly discovered evidence"?
**YES ( ✓ ) NO ( )**

If "yes," briefly state the newly discovered evidence and why it was not previously available to you: Testimony of Dept. Thompson. 1) Trial court did not provide me the testimony as requested. 2) The First time I found that the District court granted the government extension of time, I motion to introduce Fraud/produce testimony.

\* \* \* \* \*

Ground Two: The District court used the government pertinant Facts with the Fraudlent information, thus issuing an document, an document containing Fraud. ECF No. 149 which shows and proves False imprisonment under truthful Facts "Pertinent Facts"

Supporting **FACTS** (tell your story briefly without citing cases or law):

The district court denied my 2255 and inside of the order to deny it contains fraudlent information in its pertinent Facts, omitting Dept. Thompson entered my residence to obtain my DNA, exchanging Officers as testified at trial. EFF No. 144 (without First obtaining a warrant)

Was this claim raised in a prior motion?               **YES ( ✗   NO ( )**

Does this claim rely on a "new rule of law"?          **YES ( )   NO ( )**

If "yes," state the new rule of law (give and case name and citation):

_____

_____

Does this claim rely on "newly discovered evidence"?
               **YES ( ✗ )   NO ( )**

If "yes," briefly state the newly discovered evidence and why it was not previously available to you: Testimony of Dept. Thompson. 1) I requested this in-formation in which trial court did not provide me with. The First time the court said "I did grant the the government extension to File via minute order=I motion to introduce Fraud/ motion to produce testimony. District court Docksted as (notice) motion to introduce Fraud motion to produce testimony. EFF No. 157

**Additional grounds may be asserted on additional pages if necessary.**

13.    Do you have any motion or appeal now pending in any court as to the
judgment now under attack?    **YES ( )    NO ( )** untar

If "yes," name of court: ___ Unclear united states District court of Colorado
Civil.
Case number: ___ 1b-CV-02590-WYD    criminal. 11-CV-00184-WYD

Nature of proceeding: To assess a penalty inside of the
2255 proceeding. Please note: In the courts order ELF No. 165 it
says there is "also pending" motion for this court to enforce 14 U.S.C § 1542 penalties
for fraud, negligence or gross negligence" which was docketed as a reply to Government response.
Grounds raised: There are three documents containing

Fraud that are prohibited from entering in. Issue
a new directive. Granting relief.

_____

_____

Wherefore, movant prays that the United States Court of Appeals for the Tenth
Circuit enter an order authorizing the district court to consider the movant's second
or successive motion to vacate under 28 U.S.C. § 2255.

_____
Movant's Signature

I declare under Penalty of Perjury that my answers to all the questions in this
motion for authorization are true and correct.

Executed on June 26, 2018
        (date)

_____
Movant's Signature

Motion for Authorization re: 28 U.S.C. § 2255        2/13        Page - 11 -

## PROOF OF SERVICE

The movant must send a copy of this motion for authorization and all attachments to the United States Attorney's office in the district in which he or she was convicted.

I certify that on <u>June 26, 2018</u>, I mailed a copy of this Motion[*] for
(date)

Authorization and all attachments to: <u>United States Court of Appeals for the tenth circuit</u>

at the following address: <u>United States court of Appeals For the tenth circuit</u>

<u>Office of the clerk Byron white united states courthouse</u>

<u>1823 Stout Street Denver, Colorado 80257</u>

<u>Leon Henderson as</u>
Movant's Signature

---

[*] Pursuant to Fed. R. App. P. 25(a)(2)(c), "A paper filed by an inmate confined in an institution is timely filed if deposited in the institution's internal mail system on or before the last date for filing. Timely filing of a paper by an inmate confined in an institution may be shown by a notarized statement or declaration (in compliance with 28 U.S.C. § 1746) setting forth the date of deposit and stating that first-class postage has been prepaid."

Motion District court said it is pending and docketed as "mr. Askew response for governments reply." Then stated it is Denied. (In courts order).

Criminal Case No. 11-cr-00184-WYD
Civil Case No. 16-CV-02540-WYD

Pg 1 of 3

U.S.A

V.                                          March 22, 2018

Askew

Motion for this court
to Enforce 14 U.S.C. § 1542
Penalties for fraud, Negligence,
or gross Negligence

Comes Now Operative to move this court
to Enforce 14 U.S.C. § 1542.
For the reasons listed below

And I state:

1) In good faith I file this motion not knowing what the courts
February 20, 2018 order states, For I am in transit and have been since
February 21, 2018, I wrote the court a letter on February 27, 2018
informing the court of such.

2) I received the governments response on march 22, 2018 at
oklahoma city.

Pg. 2 of 3

3) To satisFy To satisFy any deadline that this court has imposed and to be used with the production of my body on this court and will show cause.

4) This court is awhere of at least three documents containing Fraud: 1) governments response to Amended 2255, 2) Presentence report, 3) courts order denying 2255, all which were entered inside of my Federal habeas proceedings, contrary to law. Conspiracy to conceal.

5) This crime on this court has never been addressed which makes it not second or successive; but in Fact stemms From the production of Dept. Thompson testimony (NOT-ICE) motion to introduce. Fraud on this court/motion to produce testimony.

— CONCLUSION —

This court does retain jurisdiction, and in Fact is compaled to Follow the law as with any other person who breaks the law like the government did. In accordance with: 19 USC § 1592 penalties For Fraud, negligence or gross negligence

(a) prohibition- No person may enter any document, oral statement or act which is material and False.

Kingsdown

V.

Hollister ( which overrule the precedent

pg. 3 of 3

which mandates intent.)

which is the case in goverments response to Amended 2255, Pre-sentence report, and courts order denying 2255.

Thus for leaving my Amended 2255 standing alone. There is no alternative, challenges, or information in which to use to deny, in fact the only reason we are here at this court is for the penalty phase. "The integrity of this entire case has been compromised, case and point!"

Therefor, I move this court to enforce 19 U.S.I § 1912 penalty for fraud, negligence or gross negligence and remove any and all documents containing fraud in my Federal habeas corpus proceedings and issue a courts directive granting relief sought.

For as a penalty they are prohibited from entering in which I stand protected by my 5th amendment of the united states constitution

Respectfully submitted

Leon Henderson ao

In God I Trust!

Certificate of Service                    Pg. 1 of 1


I hereby certify that a true and
correct copy was mailed via First Class
to the following address

        United States District court of Colorado
        901 - 19th street
        Denver, CO 80244




                    March 27, 2018

                Leon Henderson as

Courts order stating no
Jurisdiction to consider

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 16-cv-02590-WYD
Criminal Case No. 11-cr-00184-WYD

UNITED STATES OF AMERICA,

v.

LEON HENDERSON ASKEW,

Movant.

## ORDER

THIS MATTER is before the Court on Mr. Askew's "Motion to Introduce Fraud on

this Court/Motion to Produce Testimony" filed September 29, 2017, and his "Motion for

Order for this Court to Produce the Body of Leon Anderson Askew Before this Court

and Show Cause to False Imprisonment" filed on February 6, 2018. A response to

these motions was filed on March 13, 2018. Also pending is a "Motion for this Court to

Enforce 19 U.S.C. § 1592 Penalties for Fraud, Negligence or Gross Negligence", which

was docketed as a reply to the Government's response to Mr. Askew's motions. For the

reasons stated below, these motions are denied.

By way of background, Mr. Askew was charged in a four-count superseding

indictment with felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1);

possession with intent to distribute cocaine base in violation of 21 U.S.C. §§ 841(a)(1)

and (b)(1)(C); possession with intent to distribute cocaine in violation of 21 U.S.C.

§§ 841(a)(1) and (b)(1)(C); and carrying or using a firearm during and in relation to a

drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(A). (ECF No. 34.) He was

found guilty after a trial on all four counts. (ECF Nos. 60, 103.) Instead of filing a direct appeal, Mr. Askew timely filed a § 2255 motion. (ECF No. 108.) Mr. Askew's 28 U.S.C. § 2255 motion was denied by Order of August 8, 2017. By Order of September 21, 2017, I denied Mr. Askew's motion to reconsider the ruling on his § 2255 motions and motions asking for judgment by way of default.

Mr. Askew now requests that the court set an evidentiary hearing on his assertions of fraud on the court so that he can be "set free" and have his confiscated property returned to him. As to the merits of his motions, Mr. Askew asserts that the officer who entered his residence without a search warrant and which resulted in his arrest in his criminal case violated the Fourth Amendment, contrary to what the Presentence Investigation Report and the Government have represented, and that the Court used this fraudulent information in the Order denying his § 2255 motion.

I find that Mr. Askew's motions must be denied. I first note that Mr. Askew's amended § 2255 motion raised four claims for relief, each asserting that police officers violated his Fourth Amendment rights. (ECF No. 138 at 4-6.) Specifically, the motion contended that police officers were illegally present on his premises (claim one), illegally searched his vehicle and his residence (claim two), illegally entered his residence (claim three), and illegally obtained evidence during the course of the unconstitutional search and seizure (claim four). (*Id.*) In the Order of August 8, 2017, denying Mr. Askew's motion I found that his Fourth Amendment claims were not reviewable because he had a full and fair opportunity to litigate these claims at trial and on direct appeal. (ECF No. 149 at 4.) I also found that the claims were procedurally defaulted because Mr. Askew could have raised the claims on appeal but failed to do so. (*Id.* at 5-6.) Finally, even

-2-

reviewing the "pertinent facts" on the merits, I concluded that Mr. Askew did not suffer a Fourth Amendment violation. (*Id.* at 6.)

Mr. Askew's current motions challenge the Order denying the § 2255 motion by arguing that the court relied on improper information. As relief, he asks that the court produce the body of Leon Henderson Askew and the testimony of Deputy Thompson, "show cause" and "explain why [the court has] not corrected [itself] in this matter contrary to the law and against the United States constitution" (ECF No. 159 at 2), and issue a new ruling on his § 2255 motion. The motions are devoted to rearguing the Fourth Amendment issues he raised in his § 2255 motion. Accordingly, I find that Mr. Askew's motions are second or successive § 2255 motions which must be authorized by the Tenth Circuit. *See In Re Cline*, 531 F.3d 1249, 1251 (10th Cir. 2006). Since nothing in the record shows that the Tenth Circuit has authorized Mr. Askew to proceed with such motions, the court lacks jurisdiction to consider them.

Moreover, while the motions allege fraud on the court, the motions are not Rule 60(b) motions because his allegations of government misconduct or fraud are not linked to the integrity of the § 2255 proceeding itself, but instead attack the integrity of his underlying trial and sentencing proceedings. *See United States v. Wardell*, 582 F. App'x 784, 785–86 (10th Cir. 2014) (unpublished). The government's "pertinent facts" in its § 2255 response that Mr. Askew attacks as fraudulent were derived directly from the government's sentencing memorandum and the search warrant affidavit. And I previously found that Mr. Askew "failed to demonstrate any inadequacies in the search warrants." (ECF No. 99 at 5.) As Mr. Askew's motions are merits-based attacked on his

-3-

underling conviction and sentence, they are second or successive § 2255 motion and not Rule 60(b) motions.

Finally, even if Mr. Askew's motions can be construed to pertain to "'a defect in the integrity of the federal habeas proceedings'" that would bring them under the rubric of Rule 60(b), *Woodberry v. McKune*, 172 F. App'x 848, 850 (10th Cir. 2006) (quotation omitted), the motions must be denied. Fraud must be pleaded with particularity. *Id.* (citing Fed.R.Civ.P. 9(b)) (other citation omitted). Mr. Askew's conclusory allegations that the government's "pertinent facts" in its § 2255 response are fraudulent and that he suffered a violation of his Fourth Amendment rights (*see* ECF Nos. 158 at 2; 159 at 2), do not satisfy this standard.

Accordingly, it is

ORDERED that Mr. Askew's "Motion to Introduce Fraud on this Court/Motion to Produce Testimony" filed September 29, 2017 (ECF No. 158), his "Motion for Order for this Court to Produce the Body of Leon Anderson Askew Before this Court and Show Cause to False Imprisonment" filed February 6, 2018 (ECF No. 159), and his "Motion for this Court to Enforce 19 U.S.C. § 1592 Penalties for Fraud, Negligence or Gross Negligence" (ECF No. 163) are **DENIED**.

Dated: May 15, 2018

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge

Motion For District court

United States of America

V.

Leon Henderson Askew,
Movant

Case No. 11-cr-00184-WYII,
16-cv-02590-WYII

Date: June 26, 2018

Motion notifying this court that it Now has jurisdiction/AMEN-DED motion for this court to enforce 19 U.S.C § 1592 Penalties For Fraud, negligence or Gross negligence.

Comes Now movant to move this honorable court to enforce 19 U.S.C § 1592.
For the reasons listed below.
And I state:

1) I introduce Fraud on this court. By the Vehicle of three (3) documents: 1) The governments response to my amendment 2255. (ECF No. 143)
2) Pre-sentence investigation Report (ECF No. 77)
3) Courts order denying 2255 (ECF No. 149)

In all three of these documents at it's "pertinent Facts to show no 4th amendment violation," omitts that Dept. A Thompson entered my residence to retrieve my dog, waited for the dog pound to come even exchanging officers at some point." This was done before a search warrant was issued." As he testified at trial.

1) All three (3) of these documents entered my Federal writ of habeas corpus proceedings, by this court and the government. Contrary to law, conspiracy to conceal a 4th amendment violation.

3) I Filed "motion to introduce Fraud on this court/motion to produce testimony" on September 29, 2017, which this court docketed as (NOTICE) motion to introduce Fraud on this court/motion to produce testimony (ECF No. 158), motion for order for this court to produce the Body of Leon Henderson Askew and show cause to False imprisonment "(ECF No. 159) on February 6, 2018.

4) The substance of all three of these motions are a crime before this court, which the production of Dept. A Thompson testimony will prove, and by the production of my Body on this court will show cause to False imprisonment.

— Conclusion —

Therefore, I, now move this honorable court to grant these motions which it now has jurisdiction and authorization. In fact, is compeled to follow the law and be held accountable as any other individual who brakes the law like the government did.

In accordance with: 19 U.S.C § 1592 penalties for Fraud, negligence or gross negligence.

(a) Prohibition - No person may enter any document oral statement or act which is material and False.

Kingsdown

v.

Hollister

(Fed cir )

(which overrule the precedent that mandates intent.)

which is the case in government's response to amended 2255, pre-sentence investigation report, and courts order denying 2255.

Therefore leaving my Amended 2255 standing alone, and there is no alternative, challenges, or information on which to obtain that these three documents did not put on the record, that can be used to deny.

In Fact, the only reason we are here at this court, is to assess the penalty.

Now, I, move this court to enforce 19 U.S.C § 1592 penalties for Fraud, negligence or Gross negligence, and remove any and all documents containing Fraud in my federal habeas proceedings, and issue a courts order and set me free and return to me my confiscated property. "Dispose of this case."

By the United states constitution these documents are prohibited from entering entering in, which is protected by my 5th amendment, which I stand.

Respectfully submitted,
Leon Henderson ae
"In God We Trust!"