United States of America
v.
Leon Henderson Askew,
movant

Case No. 11-cr-00184-WYD
16-cv-02590-WYD

Pg. 1 of 3

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 30 2018
JEFFREY P. COLWELL
CLERK

Date: July 26, 2018

Motion Notifing this court that it now has jurisdiction / AMENDED motion for this court to enforce 19 U.S.C § 1592 penalties for Fraud, Negligence or Gross Negligence.

Comes now movant to move this honorable court to enforce 19 U.S.C § 1592. For the reasons listed below.

And I State:

1) I introduce Fraud on this court. By the vehicle of three (3) documents: 1) The governments response to my amended 2255. (ECF No. 143)
2) Pre-sentence investigation Report (ECF No. 77)
3) courts order denying 2255 (ECF No. 144)

In all three of these documents at it's "pertinent facts to show no 4th amendment violation," omitts that Dept. A Thompson entered my residence to retrieve my dog, waited for the dog pound to come even exchaning officers at some point." This was done before a search warrant was issued. " As he testified at trial.

2) All three (3) of these documents entered my federal writ of habeas proceedings, by this court and the government contrary to law.

3) I filed "motion to introduce fraud on this court/motion to produce testimony" on September 24, 2017, which this court docketed as (notice) motion to introduce fraud on this court/ motion to produce testimony (ECF No. 158), motion for order for this court to produce the body of Leon Henderson Askew and show cause to false imprisonment" (ECF No. 159) on February 6, 2018, and a motion for this court to enforce 19 U.S.C. § 1592 penalties for Fraud, Negligence, or Gross Negligence (ECF No. 163) March 29, 2018.

4) The substance of all three of these motions are a crime before this court, which the production of Dept. A Thompson testimony will prove, and by the production of my body on this court will show cause to false imprisonment.

Therefore, I, now move this honorable court to grant these motions which it now has jurisdiction to consider.

In fact, is compelled to follow the law and be held accountable as any other individual who brakes the law like the government did.

In accordance with 19 U.S.C. § 1592 penalties for Fraud, Negligence, or Gross Negligence

(a) Prohibition - No person may enter any document oral statement or act which is material and false. Kingsdown v. Hollister (which overrule the precedent that mandates intent.)

which is the case in governments response to amended 2255, pre-sentence investigation report, and courts order denying 2255 which has demonstrated a "defect in the integrity of the [§ 2255] proceedings," Spitznas V. Boone, 464 F.3d 1213, 1216 (10th Cir. 2006), and does not require authorization to proceed, this type of defect is not second or successive 2255 motion.

Therefore, there is no probable cause to believe that a crime has occured.

In fact, the only reason we are here at this court is to assess the penalty.

In addition, I move this court to enforce 19 U.S.C § 1592 penalties for Fraud, Negligence or Gross Negligence, and remove any and all documents containing fraud in my federal habeas proceedings, and issue a courts order and set me free, return my confiscated property, and "dispose of this case!"

By the united states constitution these documents are prohibited from entering in which is protected by my 5th amendment, which I stand.

Respectfully submitted,

Leon Henderson ce

"In God We Trust"

Certificate of Service                        Pg. 1 of 1

I certify that a true and correct copy of the following was mailed via First Class postage to following:

United States District Court
District of Colorado
901 - 19th Street
Denver, CO 80294

Date: July 26, 2018

Respectfully Submitted,

Leon Henderson as



Leon Henderson Askew
37487-013
Terre Haute Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

27 JUL 2018 PM 2 L
INDIANAPOLIS IN 460

INMATE
IDENTIFICATION
CONFIRMED

United States District Court
901 - 19th Street
Denver, CO 80294

RECEIVED
JUL 27 2018
By:

FEDERAL CORRECTIONAL COMPLEX
4700 BUREAU ROAD SOUTH
TERRE HAUTE, IN 47802
DATE: _____

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence to be forwarded to another individual, please return to the above listed address.