UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 16-cv-02590-WYD
Criminal Case No. 11-cr-00184-WYD

UNITED STATES OF AMERICA,

v.

LEON HENDERSON ASKEW,

    Movant.

# ORDER

THIS MATTER is before the Court on Mr. Askew's Motions "Notifying this Court that it Now Has Jurisdiction/Amended Motion for this Court to Enforce 19 U.S.C. § 1952 Penalties for Fraud, Negligence or Gross Negligence" filed July 30, 2018, and August 27, 2018. The Government filed a response to the motions on September 10, 2018. For the reasons stated below, these motions are denied.

Mr. Askew previously filed similar motions, including a "Motion to Introduce Fraud on this Court/Motion to Produce Testimony" on September 29, 2018, and a "Motion for this Court to Enforce 19 U.S.C. § 1592 Penalties for Fraud, Negligence or Gross Negligence" on March 29, 2018. These motions were denied by Order of May 15, 2018 (ECF No. 165). I found in that Order, among other things, that Defendant was rearguing issues he raised in his § 2255 motion, that the motions were second or successive § 2255 motions which had not been authorized by the Tenth Circuit, and that the court lacked jurisdiction to consider them. (*Id.*) I find that Defendant's current motions must be denied on the same basis.

Defendant continues to make the same arguments he made in his previous motions, and the motions are once against successive § 2255 motions. While Defendant argues that the court now has jurisdiction to consider his motions, I note that the Tenth Circuit denied Defendant leave to file a second or successive § 2255 motion by Order of July 20, 2018 (ECF No. 168). Thus, this court does not jurisdiction to consider Defendant's motions, and the motions are denied on that basis. It is therefore

ORDERED that Mr. Askew's Motions "Notifying this Court that it Now Has Jurisdiction/Amended Motion for this Court to Enforce 19 U.S.C. § 1952 Penalties for Fraud, Negligence or Gross Negligence" (ECF Nos. 168 and 169) are **DENIED** for lack of jurisdiction.

Dated: November 6, 2018

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge