United States of America
v.
Leon Henderson Askew
movant,

Civil Action No. 16-cv-02540-WYJ
Criminal Case No. 11-cr-00184-WYJ

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 16 2018

JEFFREY P. COLWELL
CLERK

Date: November 9, 2018

## Objection to Courts Order In Re: ECF No. 171

I object to courts order denying ECF Nos. 168, 169.

The tenth circuit said "I did not need permission from them to proceed if I was talking about fraud on the court particularity [§ 2255 Proceeding]", in their order on July ~~2018~~ 20, 2018.

To be perfectly clear, this is what I am talking about, and how I am proceeding.

Respectfully Submitted,
Leon Henderson as

### Certificate of Service

I certify that a true and correct copy was mailed via postage to:
United States District Court
901-19th Street
Denver CO, 80294

NAME: Leon Henderson Askew
NUMBER: 37907-013
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

United States District Court
901-19th Street
Denver CO 80294