Re: Civil No. 16-CV-02540-WYD
    Criminal No. 11-CR-00184-WYD
Re: Contact information/address change

Date: December 14, 2018

To whom it may concern:

```
FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 21 2018

JEFFREY P. COLWELL
CLERK
```

Dear Sir or Madam:

As of December 13, 2018 I am now located at the address below. The last address of Oklahoma FTC, I departed on Monday 3, 2018.

I am now at:
Leon Henderson Askew
37987-013
FCI McKean
Federal Correctional Institution
PO Box 8000
Bradford, PA 16701

Sincerely,

[signature]

Leon Henderson Askew
37887-013
FCI McKean
Federal Correctional Institution
P.O. Box 8000
Bradford, PA 16701

ROCHESTER NY 14+
20 DEC 2018 PM 1 L

00294-250151

United States District Court
901-19th Street
Denver, CO 80294