Criminal case No. 11-cr-00184-WYD
Civil case No. 16-cv-002590-WYD

pg. 1 of 1

United States of America

v.

Leon Henderson Askew,
movant,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 11 2019

JEFFREY P. COLWELL
CLERK

Date: March 07, 2019

Memorandum
IN Re: ECF NO. 172

Kurt Bond master-minded a setup, and corraborated with michael conrad Johnson, formulating a conspiracy to conceal the fact I am false-imprisoned, defecting the intigrity of my [§2255] proceeding.

These two individuals conspired to **obstruct** justice and judicial-proceeding by concealing facts that constitute a 4th amendment violation. Then used the united states postal service and electronic mailing service to assist delivery in these documents. Ultimately defrauding the united states government.

This [act] was done by AUSA Kurt Bond, and AUSA michael conrad Johnson with the intent to deceive the courts and to supply this court with improper evidence to be placed inside a court order. They placed fraud on this court, because without that fraudulent information the government position didnot stand against me, Knowing very well No evidence No case!

Respectfully submitted, Leon Henderson Cr

Certificate of Service          Pg. 1 of 1

I certify that a true and correct copy of the forgoing was mailed to the following address via First class postage which will send notice via ECM to participating parties

United States District court
901 - 19th street
Denver  CO 80294

Respectfully submitted

Leon Henderson Cer

Date: March 7, 2019

Leon Henderson Askew
37987-013
Federal correctional Institution
F.C.I McKean
P.O.Box 8000
Bradford, PA 16701



Leon Henderson Askew
37987-013
Federal correctional Institution
F.C.I McKean
P.O. Box 8000
Bradford, PA 16701

⟨⟩37987-013⟨⟩
Us Clerk District Court
901 19TH ST
Denver, CO 80294
United States

80294-250151