Pg. 1 of 1

United States of America

vs.                               Criminal Case No. 11-cr-00184-WYD
                                  Civil Case No. 16-CV-02590-WYD

Leon Henderson Askew
    movant

Date: June 2, 2019

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUN 10 2019
JEFFREY P. COLWELL
CLERK

Emergency Motion to Proceed.

Petitioner moves this honorable court as an emergency to proceed with objection ECF No. 172. The government nor this court has taken action in this matter, and, there is no justification for me to be held any longer.

The Tenth Circuit and I are in agreement on how to proceed. Objection ECF No. 172 and memorandum in support of have clairified my position IN RE: Tenth Circuit order dated July 20, 2018 Case No. 18-1277.

This position can not be challenged, contested, and is untryable. As is any additional time in prison is unwarranted. Therefore I motion this court to proceed.

Respectfully submitted,
Leon H. As

Certificate of Service — pg. 1 of 1

I certify that a true and correct copy was mailed via First class postage to the following address(s)

United States District Court
901 - 19th Street
Denver CO, 80294

Respectfully submitted,

Leon H. Oes

Date June 2, 2019

Criminal Case No. 11-cr-00184-WYD
Civil Case No. 16-cv-02590-WYD

USA                     Memorandum                    pg. 1 of 1
v.
Askew

Date: June 2, 2019

"Fed. R. Civ. P. 72(b)(3), an objection is sufficiently specific if it "focus[es] the district courts attention on the factual and legal issues that are truly in dispute"

Because, of the dual order the Tenth Circuit issued on July 20, 2018. The objection focus the district court on "area" that is "denied as unneccessary." (ECF no. 172). Motion for order for this court to enforce 19 U.S.C. § 1592 is the subject of the objection (ECF no. 169). Exhibit #1, points out that "I do not need there permission to proceed." Fraud is on this court and 19 U.S.C. § 1592 is the vehicle in which I am traveling in, and, I advance this on undisputed Facts!

Respectfully submitted,
[signature]
June 2, 2019