Federal Correctional Institution McKean
Name: Leon Henderson Askew
Reg. #: 37987-013
P.O. Box 8000
Bradford, Pa 16701

FEDERAL CORECTIONAL INSTITUTION, MCKEAN
P.O. BO 5000, BRADFORD, PA 16701
DATE  6-4-2019
The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

⇔ 37987-013 ⇔
Us Clerk District Court
901 19TH ST
Denver, CO 80294
United States

ROCHESTER NY 144
05 JUN 2019 PM 1 L