Pg. 1 of 1

USA v Askew Case No. 11-cr-184 WJM

Date: June 27, 2019

Greetings & God Bless you!

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL -1 2019
JEFFREY P. COLWELL
CLERK

Dear Honorable William J. Martinez:

Sir, there is Fraudulent documents inside of case # 11-cr-184 WJM, that is before this court. In the form of a search warrant affidavits

I plead to this honorable court for Franks Hearing.

Respectfully Submitted
Leon (Ask)