Pg. 1 of 3

USA v. Askew Case No. 11-cr-184 WJM

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL -1 2019
JEFFREY P. COLWELL
CLERK

Date: June 27, 2019

Motion For Immediate Transfer.

Comes Now petitioner for a Immediate Transfer.

Due to the sensitive nature of allegations of False imprisonment, and the related agentcy's of the Department of Justice (United States Attorney's office and Bureau of Prison's), which has transpired into additional allegations of personal injury and imment danger.

I plead to this honorable court for Immediate Transfer outside of the custody of Bureau of Prisons pending the judicication of said matter.

Jefferson County in Denver 1st reccommendation or El Paso criminal justice center 2nd.

If it pleases the court, the court may also contact in Re: Administrative tort claim at the address below:

pg. 2 of 2

Rick Winter, Regional counsel
North Central Regional Office
Federal Bureau of Prisons
400 State Avenue
Tower II, Suite A00
Kansas City, KS 66101

I am currently housed in "protected custody"

Respectfully Submitted

Leon Cen

Certificate of Service     pg. 1 of 1

I certify that a true and correct copy of the foregoing were mailed via First class postage

address:

United States District Court
901 - 19th Street
Denver CO 80294


Respectfully submitted

Leon K. (u)
June 27, 2019

Federal Correctional Institution McKean
Name: Leon Askew
Reg. #: 37987-013
P.O. Box 8000
Bradford, PA 16701

ROCHESTER NY 144
25 JUN 2019 PM 1 L

80294-250099

United States District Court
901- 19th Street
Denver CO 80294