IN Re:
SUBJECT:

# FALSE IMPRISONMENT

Unresolved matter: Facts to cover-up "conspiracy-to-a-malicious-prosecution." pg. 1 of 1

USA V. Askew Case No. 11-cr-184 WJM

**FILED**

11-cr-184 WJM

UNITED STATES DISTRICT COURT
DENVER, COLORADO

Date: July 26-2019

AUG 01 2019

Greetings and God Bless you:

JEFFREY P. COLWELL
CLERK

Please Note: June 27, 2019 Letter [178] is the "only" time I referred to a search warrant affidavit, being altered.    Dear Honorable William J. Martinez:

Information in the body of the search warrant affidavit was altered to trick the judicial process into proceeding with an unconstitutional indictment. [this was done with gross negligence.]

AUSA Kurt Bond allowed Deputy A. Thompson to enter a search warrant affidavit with concealed Facts that constitute a 4th amendment violation, into the judicial process. [A due Process violation!]

The truth is that, Deputy A. Thompson "entered my residence to retrieve my dog remaining inside for up to 40 minutes" before a search warrant was issued, "even exchanging officers at one point." [Deputy A. Thompson testified to these Facts at trial.] Thus, tampering and planting evidence.

The tenth circuit has already said that these concealed Facts constitute a 4th amendment violation, and that this court has failed to produce Deputy A. Thompson testimony. (July 20, 2018 order)

The search warrant affidavit that is on record now has the total disregard for **the truthful** testimony of Deputy A. Thompson that reveals he illegally entered my residence, search & seizing the same. All the governments evidence was obtained by that search warrant affidavit. Pursuant to 19 USC 1592 "gross negligence" remove this document. AUSA Kurt Bond and Deputy A. Thompson knew they that, had NO EVIDENCE and NO PROBABLE CAUSE TO ARREST ME!

## YOUR **HONOR** IM **BEING HELD** ILLEGALLY!

Substantial **Preliminary** showing for a **Franks** Hearing to be granted.

I certify that a true copy was mailed                              Sincerely
to United States District Court                                          granted
   901-19th Street
   Denver CO 80294     7-26-19                         Leon E. A

Federal Correctional Institution McKean
Name: _Leon Henderson Askew_
Reg. #: _37987-013_
P.O. Box 8000
Bradford, PA 16701

802294-250151

ROCHESTER NY 144

29 JUL 2019 PM 3 L

United States District Court
901 - 19th Street
Denver, CO 80294

FOREVER USA