USA v. Askew Case No. 11-cr-184 WJM
Re: Offer of Proof
Re: ECF: 181 Notices

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 12 2019
JEFFREY P. COLWELL
CLERK

## Memorandum

Pg. 1 of

Date: Aug. 6, 2019

The supreme court has directed that a defendant allegations "must be accompanied by an offer of proof... Affidavits or sworn or otherwise reliable statements (2019 U.S. Dist. LEXIS 3) of witnesses should be furnished, or their absence satisfactorily explained." Franks, 438 U.S. at 171; see also Kennedy, 131 F.3d at 1376

### Offer of Proof

If it pleases the court, the court may verify the statements of omittion of Dept. A Thompson in Re: document #181 " Dept Thompson testified that he entered my residence to retrieve my dog remaing inside for up to 40 minutes even exchanging officers at one point..." This was done without a search warrant. These statements as I so state under the penalty of perjury can be validated by producing the testimony for the courts on viewing, or by producing the testimony and sending it to me. (if the court opt to send me the testimony, I will re-send the court that offer of proof; if this is the case, then a stay on document #181 is warranted.) [a court must add in the omitted facts and assess the affidavit in that light. Stewart v. Donges, 915 F.2d 572, 582-83 (10th cir 1990)]

Please note: This is the second time I have asked for Dept. A Thompson testimony to be produced. The court declined before!

Thank you!

This is material, but for it, the warrant could not have lawfully issued. See id. 155-56; United states v. Kennedy, 131 F.3d 1371, 1376 (10th cir. 1997)

Please note: I am pending transfer.

Respectfully submitted
Leon K. as

I certify that a true and correct copy of the foregoing was mailed to:
United States District Court
901-19th street
Denver, CO 80294

Federal Correctional Institution McKean
Name: Leon Henderson Askew
Reg. #: 37947-013
P.O. Box 8000
Bradford, PA 16701

ROCHESTER NY 144
9 AUG 2019 PM 5 L

United States District court
901 - 19th Street
Denver, CO 80294