

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST. ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

neopost 08/09/2019
US POSTAGE $00.50⁰
ZIP 80294
041L11245087

11-cv-00184-WJM

UNITED STATES DISTRICT COURT
DENVER, COLORADO

FILED

SEP 09 2019

JEFFREY P. COLWELL
CLERK

DENVER CO

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

#183+183 Leon Hernderson Askew
37987-013
McKean FCI
P.O.
Bra

NIXIE        146  6E  1        2209/05/19

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 80294250151        *1320-10298-12-40