Pg. 1 of 1

USA V. Askew   Case No. 11-cr-184 WJM

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 10 2019
JEFFREY P. COLWELL
CLERK

NOTICE OF CHANGE OF ADDRESS

Date: Oct 5, 2019

Greetings and God Bless you:

Dear Honorable William J. Martinez:

In my last correspondence, I asked the court to note that I was pending a transfer. Well, on Oct. 3rd 2019, I arrived at:

Federal Correctional Institution Ray Brook
P.O. Box 900
Ray Brook, New York 12977

Upon arrival the mail room had no mail addressed from this court. Can the court now take action in this case? **I left F.C.I McKean on Aug. 15, 2019.** Thank you!

Sincerely,
Leon D. Askew

I certify that a true and correct copy of the foregoing was mailed to:
United States District Court
901 - 19th Street
Denver, CO 80294

Name: Leon Henderson Askew
Register Number: 37787-013
Federal Correctional Institution Ray Brook
P.O. Box 900
Ray Brook, New York 12977

UNITED STATES DISTRICT COURT
901 - 19th Street
Denver, CO 80294