USA vs. Askew case No. 11-cr-184WJM

Pg. 1 of 2

Date: November 7, 2019

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
NOV 07 2019
JEFFREY P. COLWELL
CLERK

Motion to set Hearing date.

Placed before this honorable court are Pleadings that has substantial showing that the affiant recklessly disregarded the truth in a affidavit supporting the search warrant; also before this court is OFFER OF PROOF and the absence satisfactorily explained. (ECF No. 183, 184)

The tenth circuit has extended the Franks Framework to omissions of material information. United States v. Green, 175 F.3d, 822-828 (10th Cir.1999)

Normally a defendant must make a "substantial showing" to be entitled to an evidentiary hearing to demonstrate a Franks violation. Franks, 438 U.S. at 170. "Defendants must point out specifically the portion of the warrant affidavit that is claimed to be false, and they (2019 U.S. Dist LEXIS 11) should be accompanied by a statement of supporting reasons. Affidavits or sworn or otherwise reliable statements of witnesses should be furnished, or their absence satisfactorily explained." United States v. Cooper 654 F.3d 1104, 1128 (10th Cir. 2011) (citations and quotations omitted). It is within the district court discretion to hold a Franks hearing even if a defendant does not make a substantial preliminary showing; see United States v.

Herrera, 782 F.3d 571, 573 (10th Cir. 2015). (Stating under Franks judges have discreation to "allow a claimant a fuller hearing that the law demands" and that courts often "err on the side of granting more process that might be strictly necessary[.]").
[Defendant has submitted ECF No. 183, 184 in support of above mentioned.]

~ Conclusion ~

Therefore if it pleases the court that there is a substantial showing pleadings before the court and that the defendant is entitled to a Franks hearing, then set a hearing date if there hasn't been one set already, and writ the defendant Leon Henderson Askew bodic before this honorable court to set the record straight.

Please note: I am pending another transfer.

Respectfully submitted,
Leon Henderson As

Certificate of Service                               Pg 1 of 1

I certify that a true and
correct copy of the foregoings were
mailed to the address below:

United States District Court
901-19th Street
Denver, CO 80294

Date: Nov. 7, 2019

Respectfully submitted,
Leon Henderson Jr.

Name: Leon Henderson Askew
Register Number: 37987-013
Federal Correctional Institution Ray Brook
P.O. Box 900
Ray Brook, New York 12977

ALBANY NY 120
04 NOV 2019 PM 2 L

United States District Court
901 - 19th street
Denver, Co 80294

80254-250151