Pg. 1 of 1

USA vs. Askew  Case No. 11-cr-184 WJM

Date: 11-21-2019

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 25 2019

JEFFREY P. COLWELL
CLERK

Certificate of Appealibility

I disagree with the district courts decision to deny motion to set hearing date ECF No. 187 and will move to the court of Appeals for the Tenth Circuit for it is clearly seen that I was sentenced against the united states constitution with a total miscarriage of justice.

I place this upon this court as my intent to appeal the Lower courts decision and to have this court certify this with the tenth Circuit.

A Franks hearing is not about fraud rather, a total disregard for the truth as in my motions and letters ECF No. 183, 184, 187.

I certify that a true and correct copy of the foregoing was mailed to
US District court
901-19th st
Denver CO. ~~80257~~ 80294

Tenth Circuit court of Appeals
1823 Stout St
Denver CO 80257

Name: Sean Henderson Askew
Register Number: 37987-013
Federal Correctional Institution Ray Brook
P.O. Box 900
Ray Brook, New York 12977

80294-250151

ALBANY NY 120
22 NOV 2019 PM 1 L

United States District Court
901 - 19th Street
Denver CO 80294