APPEAL,TERMED

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: <u>1:11–cr–00184–WJM</u>–1

Case title: USA v. Askew

Other court case numbers: 15–1435 USCA

16–cv–02590–WYD US District
Court District of Colorado

18–1277 USCA

Related  Case:  1:16–cv–02689–WYD

Date Filed: 05/02/2011

Date Terminated: 06/12/2012

Assigned to: Judge William J. Martinez

**Defendant (1)**

| | | |
|---|---|---|
| **Leon Henderson Askew**<br>*TERMINATED: 06/12/2012* | represented by | **Leon Henderson Askew**<br>37987–013<br>RAY BROOK<br>FEDERAL CORRECTIONAL INSTITUTION<br>Inmate Mail/Parcels<br>P.O. BOX 300<br>RAY BROOK, NY 12977<br>PRO SE |

**Daniel T. Smith**
Daniel T. Smith, Attorney at Law
4582 South Ulster
Suite 1400
Denver, CO 80237
303–860–8100
Fax: 303–860–8018
Email: danieltsmith@qwestoffice.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**La Fonda R. (Former FPD) Traore**
Office of the Federal Public Defender–Denver
633 Seventeenth Street
Suite 1000
Denver, CO 80202
303–294–7002
Email: cox_ecf@fd.org
*TERMINATED: 04/09/2012*
*Designation: Public Defender or Community Defender Appointment*

**Virginia L. Grady**
Office of the Federal Public Defender–Denver
633 Seventeenth Street
Suite 1000
Denver, CO 80202
303–294–7002
Fax: 303–294–1192
Email: Virginia_Grady@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community*
*Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| | Defendant to be imprisoned for a total of 116 months: 56 months as to each of Counts One, Two, and Three to be served concurrently to each other and 60 months as to Count Four to be served consecutive to sentence imposed for Courts One, Two and Three. Supervised release for a term of 5 years: 3 years as to each of Counts One, Two and Three to be served concurrently; 5 years as to Count Four to be served concurrently to Counts One, Two and Three. Assessment $400. |
| UNLAWFUL TRANSPORT OF FIREARMS, ETC. (1s) | |
| CONTROLLED SUBSTANCE – SELL, DISTRIBUTE, OR DISPENSE (2s–3s) | Defendant to be imprisoned for a total of 116 months: 56 months as to each of Counts One, Two, and Three to be served concurrently to each other and 60 months as to Count Four to be served consecutive to sentence imposed for Courts One, Two and Three. Supervised release for a term of 5 years: 3 years as to each of Counts One, Two and Three to be served concurrently; 5 years as to Count Four to be served concurrently to Counts One, Two and Three. Assessment $400. |
| VIOLENT CRIME/DRUGS/MACHINE GUN (4s) | Defendant to be imprisoned for a total of 116 months: 56 months as to each of Counts One, Two, and Three to be served concurrently to each other and 60 months as to Count Four to be served consecutive to sentence imposed for Courts One, Two and Three. Supervised release for a term of 5 years: 3 years as to each of Counts One, Two and Three to be served concurrently; 5 years as to Count Four to be served concurrently to Counts One, Two and Three. Assessment $400. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| UNLAWFUL TRANSPORT OF FIREARMS, ETC. (1) | Dismissed |
| CONTROLLED SUBSTANCE – SELL, DISTRIBUTE, OR DISPENSE (2) | Dismissed |
| POSSESSION OF A FIREARM DURING DRUG TRAFFICKING (3) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| **USA** | represented by | **Kurt J. Bohn** |
|---|---|---|

U.S. Attorney's Office–Denver
1801 California Street
Suite 1600
Denver, CO 80202
303–454–0100
Fax: 303–454–0407
Email: kurt.bohn@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Michael P. Carey**
U.S. Attorney's Office–Denver
1801 California Street
Suite 1600
Denver, CO 80202
303–454–0100
Fax: 303–454–0404
Email: michael.carey@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Michael Conrad Johnson**
U.S. Attorney's Office–Denver
1801 California Street

Suite 1600
Denver, CO 80202
303–454–0134
Fax: 303–454–0408
Email: michael.johnson2@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Susan Knox**
U.S. Attorney's Office–Denver
1801 California Street
Suite 1600
Denver, CO 80202
303–454–0141
Fax: 303–454–0409
Email: susan.knox@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 05/02/2011 | 1 | | INDICTMENT as to Leon Henderson Askew (1) count(s) 1, 2, 3. (Attachments: # 1 Criminal Information Sheet) (mjgsl, ) (Entered: 05/03/2011) |
| 05/02/2011 | 2 | | Arrest Warrant Issued in case as to Leon Henderson Askew. (mjgsl, ) (Entered: 05/03/2011) |
| 09/29/2011 | 3 | | MINUTE ENTRY for proceedings held before Magistrate Judge Kristen L. Mix: Initial Appearance as to Leon Henderson Askew held on 9/29/2011. AUSA David Conner for Kurt Bohn. Defendant present in custody without counsel. Pretrial Jerald Mason. Defendant advised. Federal Public Defender appointed. Arraignment, Discovery and Detention set for 10/4/2011 10:00 AM in Courtroom C204 before Magistrate Judge Kristen L. Mix. Defendant remanded. Total time: 2 minutes. TEXT ONLY ENTRY – NO DOCUMENT ATTACHED (Court Reporter: FTR – Monique Wiles) (klmcd, ) (Entered: 09/30/2011) |
| 09/29/2011 | 4 | | Sealed Document – Financial Affidavit – Leon Henderson Askew (klmcd, ) (Entered: 09/30/2011) |
| 09/30/2011 | 5 | | NOTICE OF ATTORNEY APPEARANCE: La Fonda R. Jones appearing for Leon Henderson Askew (Jones, La Fonda) (Entered: 09/30/2011) |
| 10/04/2011 | 6 | | ORDER OF DETENTION and Findings of Fact, Conclusions of Law and Reasons For Order of Detention by Magistrate Judge Kristen L. Mix on 10/4/2011 as to Leon Henderson Askew. (jjpsl, ) (Entered: 10/04/2011) |
| 10/04/2011 | 7 | | MINUTE ENTRY for proceedings held before Magistrate Judge Kristen L. Mix: Arraignment, Discovery and Detention as to Leon Henderson Askew held on 10/4/2011. AUSA David Conner for Kurt Bohn. Defendant present in custody with LaFonda Jones. Pretrial Darren Streich. Plea of NOT GUILTY on all counts entered by Leon Henderson Askew. Discovery memorandum executed. Defendant is contesting detention. Defense counsel presents argument regarding detention. ORDERED: Defendant detained. Counsel to |

| | | | |
|---|---|---|---|
| | | | chambers. Defendant remanded. Total time: 3 minutes. TEXT ONLY ENTRY – NO DOCUMENT ATTACHED (Court Reporter: FTR – Monique Wiles) (klmcd, ) (Entered: 10/05/2011) |
| 10/04/2011 | 8 | | Discovery Conference Memorandum and ORDER: Estimated Trial Time – 4 days as to Leon Henderson Askew by Magistrate Judge Kristen L. Mix on 10/4/2011. (klmcd, ) (Entered: 10/05/2011) |
| 10/11/2011 | 9 | | ORDER by Chief Judge Wiley Y. Daniel on 10/11/2011 as to Leon Henderson Askew. Pre–Trial motions due by 10/25/2011. Response to motion shall be filed by 11/8/2011. Four–day Jury Trial set for 12/5/2011 09:00 AM in Courtroom A1002 before Chief Judge Wiley Y. Daniel. (jjpsl, ) (Entered: 10/11/2011) |
| 11/25/2011 | 10 | | Unopposed MOTION to Continue *Trial Due to Ends of Justice* by Leon Henderson Askew. (Jones, La Fonda) (Entered: 11/25/2011) |
| 11/28/2011 | 11 | | Amended MOTION to Continue *Trial Due to Ends of Justice* by Leon Henderson Askew. (Jones, La Fonda) (Entered: 11/28/2011) |
| 11/30/2011 | 12 | | ORDER by Chief Judge Wiley Y. Daniel on 11/30/2011 granting 11 Motion to Continue as to Leon Henderson Askew (1). Jury Trial set for 12/05/2011 is VACATED and RESET for 1/17/2012 09:00 AM in Courtroom A1002 before Chief Judge Wiley Y. Daniel. Trial Preparation Conference set for 12/20/2011 at 03:30 PM in Courtroom A1002 before Chief Judge Wiley Y. Daniel. An additional 60 days excluded from the speedy trial deadlines. (skssl, ) Modified on 11/30/2011 to reflect correct date(skssl, ). (Entered: 11/30/2011) |
| 11/30/2011 | 13 | | Utility Setting/Resetting Deadlines/Hearings as to Leon Henderson Askew: Text Only Entry Trial Preparation Conference set for 12/20/2011 at 03:30 PM in Courtroom A1002 before Chief Judge Wiley Y. Daniel pursuant to document 12 (skssl, ) (Entered: 11/30/2011) |
| 12/16/2011 | 14 | | MOTION to Disclose Grand Jury Material to Defendant by USA as to Leon Henderson Askew. (Attachments: # 1 Proposed Order (PDF Only))(Bohn, Kurt) (Entered: 12/16/2011) |
| 12/16/2011 | 15 | | MOTION for Disclosure *Pursuant to Rule 404(b) Federal Rules of Evidence* by Leon Henderson Askew. (Jones, La Fonda) (Entered: 12/16/2011) |
| 12/16/2011 | 16 | | MOTION for Disclosure *(Early) of Jencks Material* by Leon Henderson Askew. (Jones, La Fonda) (Entered: 12/16/2011) |
| 12/16/2011 | 17 | | MOTION for Release of Brady Materials *(Disclose and Produce – Exculpatory)* by Leon Henderson Askew. (Jones, La Fonda) (Entered: 12/16/2011) |
| 12/16/2011 | 18 | | WITNESS LIST by USA as to Leon Henderson Askew (Bohn, Kurt) (Entered: 12/16/2011) |
| 12/16/2011 | 19 | | Proposed Voir Dire by USA as to Leon Henderson Askew (Bohn, Kurt) (Entered: 12/16/2011) |
| 12/16/2011 | 20 | | MOTION to Amend/Correct 14 MOTION to Disclose Grand Jury Material to Defendant filed by USA by USA as to Leon Henderson Askew. (Attachments: # 1 Proposed Order (PDF Only))(Bohn, Kurt) (Entered: 12/16/2011) |

| 12/16/2011 | 21 | | Proposed Voir Dire by Leon Henderson Askew (Jones, La Fonda) (Entered: 12/16/2011) |
| --- | --- | --- | --- |
| 12/19/2011 | | | Motions terminated on 12/19/2011 as to Leon Henderson Askew: 14 MOTION to Disclose Grand Jury Material to Defendant filed by USA. Amended motion 20 filed. Text Only Entry (skssl, ) Modified on 12/20/2011 to fix text(skssl, ). (Entered: 12/19/2011) |
| 12/19/2011 | 22 | | WITNESS LIST – *Amended* by USA as to Leon Henderson Askew (Bohn, Kurt) (Entered: 12/19/2011) |
| 12/19/2011 | 23 | | Proposed Jury Instructions by USA as to Leon Henderson Askew (Bohn, Kurt) (Entered: 12/19/2011) |
| 12/20/2011 | 24 | | Proposed Verdict Form as to Leon Henderson Askew (Bohn, Kurt) (Entered: 12/20/2011) |
| 12/20/2011 | 25 | | EXHIBIT LIST by USA as to Leon Henderson Askew (Bohn, Kurt) (Entered: 12/20/2011) |
| 12/20/2011 | 26 | | EXHIBIT LIST – *Amended* by USA as to Leon Henderson Askew (Bohn, Kurt) (Entered: 12/20/2011) |
| 12/20/2011 | 27 | | MINUTE ENTRY for proceedings held before Chief Judge Wiley Y. Daniel: granting 15 Motion for Disclosure as to Leon Henderson Askew (1); granting 16 Motion for Disclosure as to Leon Henderson Askew (1); granting 17 Motion for Release of Brady Materials as to Leon Henderson Askew (1); granting 20 Motion to Amend/Correct as to Leon Henderson Askew (1); Trial Preparation Conference as to Leon Henderson Askew held on 12/20/2011. Counsel shall arrive on 1/17/2012 at 8:30 AM. Defendant remanded. Hearing concluded. Time in court: 23 minutes. (Court Reporter: Therese Lindblom) (skssl, ) (Entered: 12/21/2011) |
| 12/30/2011 | 28 | | RESPONSE to Motion by USA as to Leon Henderson Askew re 16 MOTION for Disclosure *(Early) of Jencks Material* (Bohn, Kurt) (Entered: 12/30/2011) |
| 12/30/2011 | 29 | | RESPONSE to Motion by USA as to Leon Henderson Askew re 15 MOTION for Disclosure *Pursuant to Rule 404(b) Federal Rules of Evidence* (Bohn, Kurt) (Entered: 12/30/2011) |
| 01/06/2012 | 30 | | RESPONSE to Motion by USA as to Leon Henderson Askew re 17 MOTION for Release of Brady Materials *(Disclose and Produce – Exculpatory)* (Bohn, Kurt) (Entered: 01/06/2012) |
| 01/06/2012 | 31 | | EXHIBIT LIST *(Amended)* by USA as to Leon Henderson Askew (Bohn, Kurt) (Entered: 01/06/2012) |
| 01/06/2012 | 32 | | WITNESS LIST *(Amended)* by USA as to Leon Henderson Askew (Bohn, Kurt) (Entered: 01/06/2012) |
| 01/07/2012 | 33 | | NOTICE OF ATTORNEY APPEARANCE Michael P. Carey appearing for USA. (Carey, Michael) (Entered: 01/07/2012) |
| 01/09/2012 | 34 | | SUPERSEDING INDICTMENT as to Leon Henderson Askew (1) count(s) 1s, 2s–3s, 4s. (Attachments: # 1 Criminal Information Sheet) (skssl, ) (Entered: 01/09/2012) |

| 01/09/2012 | 35 | | Arrest Warrant Issued in case as to Leon Henderson Askew. (skssl, ) (Entered: 01/09/2012) |
|---|---|---|---|
| 01/10/2012 | 36 | | MINUTE ORDER by Magistrate Judge Boyd N. Boland on 1/10/2012 Setting Hearing as to Leon Henderson Askew. Re–Arraignment on the superseding indictment is set for 1/12/2012 10:00 AM in Courtroom A 401 before Magistrate Judge Boyd N. Boland. Text Only Entry (kltsl, ) (Entered: 01/10/2012) |
| 01/10/2012 | 37 | | MINUTE ENTRY for proceedings held before Magistrate Judge Boyd N. Boland: Initial Appearance on superseding indictment as to Leon Henderson Askew held on 1/10/2012. AUSA Thomas O'Rourke; Defendant present in custody without counsel. CJA counsel didn't appear so the matter is reset. Defendant remanded. Re–Arraignment reset for 1/12/2012 10:00 AM in Courtroom A 401 before Magistrate Judge Boyd N. Boland. Defendant remanded. Time: 2:20 to 2:23 3 minutes. Text Only Entry (FTR: G.Mattei) (bnbcd, ) (Entered: 01/11/2012) |
| 01/11/2012 | 38 | | MOTION for Writ of Habeas Corpus ad Testificandum by USA as to Leon Henderson Askew. (Attachments: # 1 Proposed Order (PDF Only), # 2 Proposed Document)(Bohn, Kurt) (Entered: 01/11/2012) |
| 01/11/2012 | 39 | | Objection *to Admission of Evidence of His Status as a Prohibited Person* by Leon Henderson Askew (Jones, La Fonda) (Entered: 01/11/2012) |
| 01/11/2012 | 40 | | ORDER by Chief Judge Wiley Y. Daniel on 01/11/12 granting 38 Motion for Writ of Habeas Corpus ad Testificandum as to Leon Henderson Askew (1). (nmmsl, ) (Entered: 01/11/2012) |
| 01/11/2012 | 41 | | Writ of Habeas Corpus ad Testificandum Issued by the Clerk, as to Lacey Sellars in case as to Leon Henderson Askew. (nmmsl, ) (Entered: 01/11/2012) |
| 01/11/2012 | 42 | | MOTION for Writ of Habeas Corpus ad Testificandum by USA as to Leon Henderson Askew. (Attachments: # 1 Proposed Order (PDF Only), # 2 Proposed Document)(Bohn, Kurt) (Entered: 01/11/2012) |
| 01/11/2012 | 43 | | MOTION for Writ of Habeas Corpus ad Testificandum by USA as to Leon Henderson Askew. (Attachments: # 1 Proposed Order (PDF Only), # 2 Proposed Document)(Bohn, Kurt) (Entered: 01/11/2012) |
| 01/11/2012 | 44 | | ORDER granting 42 Motion for Writ of Habeas Corpus ad Testificandum as to Leon Henderson Askew (1) for witness James Carriger by Chief Judge Wiley Y. Daniel on 1/11/2012. (skssl, ) (Entered: 01/11/2012) |
| 01/11/2012 | 45 | | ORDER granting 43 Motion for Writ of Habeas Corpus ad Testificandum as to Leon Henderson Askew (1) for witness Thea Quintanilla by Chief Judge Wiley Y. Daniel on 1/11/2012. (skssl, ) (Entered: 01/11/2012) |
| 01/11/2012 | 46 | | Writ of Habeas Corpus ad Testificandum Issued as to James Carriger for 1/17/2012 at 9:00 AM in case as to Leon Henderson Askew (skssl, ) (Entered: 01/11/2012) |
| 01/11/2012 | 47 | | Writ of Habeas Corpus ad Testificandum Issued as to Thea Quintanilla for 1/17/2012 at 9:00 AM in case as to Leon Henderson Askew (skssl, ) (Entered: 01/11/2012) |

| 01/12/2012 | 48 | | WITHDRAWN MOTION for Writ of Habeas Corpus ad Testificandum by USA as to Leon Henderson Askew. (Attachments: # 1 Proposed Order (PDF Only), # 2 Proposed Document)(Bohn, Kurt) Modified on 1/13/2012 to withdraw pursuant to minute order at docket 53 (mjgsl, ). (Entered: 01/12/2012) |
| 01/12/2012 | 49 | | WITHDRAWN ORDER granting 48 Motion for Writ of Habeas Corpus ad Testificandum as to Leon Henderson Askew (1) by Chief Judge Wiley Y. Daniel on 1/12/2012. (skssl, ) Modified on 1/13/2012 to withdraw pursuant to minute order at docket 53 (mjgsl, ). (Entered: 01/12/2012) |
| 01/12/2012 | 50 | | MOTION to Withdraw Document 48 MOTION for Writ of Habeas Corpus ad Testificandum by USA as to Leon Henderson Askew. (Attachments: # 1 Proposed Order (PDF Only))(Bohn, Kurt) (Entered: 01/12/2012) |
| 01/12/2012 | 54 | | MINUTE ENTRY for proceedings held before Magistrate Judge Boyd N. Boland: RE–Arraignment on Superseding Indictment as to Leon Henderson Askew held on 1/12/2012. AUSA Kurt Bohn; Defendant present in custody with La Fonda Jones. Probation Katrina Divine. Plea of NOT GUILTY entered on all counts of superseding indictment by Leon Henderson Askew. Defendant remanded. Text Only Entry. (FTR: G.Mattei) (bnbcd, ) (Entered: 01/13/2012) |
| 01/13/2012 | 51 | | WITNESS LIST – 2d Amended by USA as to Leon Henderson Askew (Bohn, Kurt) (Entered: 01/13/2012) |
| 01/13/2012 | 52 | | EXHIBIT LIST – 2D Amended by USA as to Leon Henderson Askew (Bohn, Kurt) (Entered: 01/13/2012) |
| 01/13/2012 | 53 | | MINUTE ORDER granting 50 Motion to Withdraw Document 48 as to Leon Henderson Askew (1): The Court's related Order 49 , filed 1/12/12 is also WITHDRAWN, by Chief Judge Wiley Y. Daniel on 1/13/12. (mjgsl, ) (Entered: 01/13/2012) |
| 01/13/2012 | 55 | | MOTION to Exclude Certain Evidence Pursuant to FRE 402 and 403 by Leon Henderson Askew. (Jones, La Fonda) (Entered: 01/13/2012) |
| 01/16/2012 | 56 | | RESPONSE to Motion by USA as to Leon Henderson Askew re 55 MOTION to Exclude Certain Evidence Pursuant to FRE 402 and 403 (Bohn, Kurt) (Entered: 01/16/2012) |
| 01/17/2012 | 57 | | MINUTE ENTRY for proceedings held before Chief Judge Wiley Y. Daniel: Jury Trial – Day 1 held on 1/17/2012 as to Leon Henderson Askew. Voir dire begun. Order denying 55 Motion to Exclude Certain Evidence. Examination. Defendant remanded. Trial continued. (Court Reporter: Therese Lindblom) (mjgsl, ) (Entered: 01/19/2012) |
| 01/18/2012 | 58 | | MINUTE ENTRY for proceedings held before Chief Judge Wiley Y. Daniel: Jury Trial Day 2 as to Leon Henderson Askew held on 1/18/2012. Ordered that Defendant's request to represent himself at trial is Denied as Withdrawn. Examination. Defendant Remanded. Trial Continued. (Court Reporter: Therese Lindblom) (jjh, ) (Entered: 01/24/2012) |
| 01/19/2012 | 59 | | MINUTE ENTRY for proceedings held before Chief Judge Wiley Y. Daniel: Jury Trial – Day 3 as to Leon Henderson Askew held on 1/19/2012. Defendant is REMANDED. Time in court: 4:40 minutes. (Court Reporter: Therese |

| | | | Lindblom) (skssl, ) (Entered: 01/24/2012) |
|---|---|---|---|
| 01/20/2012 | 60 | | MINUTE ENTRY for proceedings held before Chief Judge Wiley Y. Daniel: Jury Trial – Day 4 as to Leon Henderson Askew held on 1/20/2012. Jury Verdict as to Leon Henderson Askew (1) Guilty on Count 1s,2s–3s,4s., ( Sentencing set for 4/2/2012 11:00 AM in Courtroom A1002 before Chief Judge Wiley Y. Daniel.). Defendent is REMANDED. TRIAL CONCLUDED. (Court Reporter: Therese Lindblom) (Attachments: # 1 Jury Note 1, # 2 Jury Note 2, # 3 Jury Note 3, # 4 Jury Instructions, # 5 Governments Second Amended Exhibit List, # 6 Governments Second Amended Witness List, # 7 Final Verdict Form) (skssl, ) (Entered: 01/25/2012) |
| 01/20/2012 | 61 | | MINUTE ORDER as to Leon Henderson Askew by Chief Judge Wiley Y. Daniel on 1/20/2012. A Sentencing hearing is set for 4/02/2012 at 11:00 AM in Courtroom A–1002. Motions for acceptance of responsibility and motions to dismiss counts/indictments, and proposed orders as to these motions, shall be filed not later than 72 hours prior to the date of sentencing. (skssl, ) (Entered: 01/25/2012) |
| 01/20/2012 | 62 | | ORDER REGARDING CUSTODY OF EXHIBITS as to Leon Henderson Askew by Chief Judge Wiley Y. Daniel on 1/20/2012. (skssl, ) (Entered: 01/25/2012) |
| 01/26/2012 | 63 | | Writ of Habeas Corpus ad Testificandum Returned Executed for Lacey Sellars on 1/25/2012 in case as to Leon Henderson Askew (skssl, ) (Entered: 01/27/2012) |
| 01/26/2012 | 64 | | Writ of Habeas Corpus ad Testificandum Returned Executed for James Carriger on 1/24/2012 in case as to Leon Henderson Askew (skssl, ) (Entered: 01/27/2012) |
| 01/26/2012 | 65 | | Writ of Habeas Corpus ad Testificandum Returned Executed for Thea Quintanilla on 1/24/2012 in case as to Leon Henderson Askew (skssl, ) (Entered: 01/27/2012) |
| 01/26/2012 | 66 | | STRICKEN MOTION for Release from Custody by Leon Henderson Askew. (skssl, ) Modified on 1/27/2012 striking pursuant to 67 (skssl, ). (Entered: 01/27/2012) |
| 01/27/2012 | 67 | | MINUTE ORDER striking 66 Motion for Release from Custody as to Leon Henderson Askew (1) by Chief Judge Wiley Y. Daniel on 1/27/2012. (skssl, ) (Entered: 01/27/2012) |
| 01/31/2012 | 68 | | **STRICKEN** MOTION for Return of Property by Leon Henderson Askew. (jjh, ) (Modified on 2/2/2012 Stricken pursuant to the 70 Minute Order)(ervsl, ). (Entered: 02/01/2012) |
| 01/31/2012 | 69 | | **STRICKEN** Petition (MOTION) for Writ of Habeas Corpus ad Prosequendum by Leon Henderson Askew. (jjh, ) (Modified on 2/2/2012 Stricken pursuant to the 70 Minute Order)(ervsl, ). (Entered: 02/01/2012) |
| 02/02/2012 | 70 | | MINUTE ORDER striking 68 Motion for Return of Property as to Leon Henderson Askew (1); striking 69 Motion for Writ of Habeas Corpus ad Prosequendum as to Leon Henderson Askew (1) by Chief Judge Wiley Y. Daniel on 2/2/2012. (ervsl, ) (Entered: 02/02/2012) |

| 02/02/2012 | 71 | | Letter from Leon Askew (ervsl, ) (Entered: 02/02/2012) |
|---|---|---|---|
| 02/06/2012 | 72 | | SENTENCING STATEMENT by USA as to Leon Henderson Askew (Bohn, Kurt) (Entered: 02/06/2012) |
| 02/21/2012 | 73 | | STRICKEN MOTION for Summary Judgment by Leon Henderson Askew. (skssl, ) Modified on 2/29/2012 to strike pursuant to minute order at docket 75 (mjgsl, ). (Entered: 02/22/2012) |
| 02/27/2012 | 74 | | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to Leon Henderson Askew (aarag, ) (Entered: 02/27/2012) |
| 02/29/2012 | 75 | | MINUTE ORDER striking 73 Defendant's pro se Summary Disposition on Motion as to Leon Henderson Askew (1), by Chief Judge Wiley Y. Daniel on 2/29/12. (mjgsl, ) (Entered: 02/29/2012) |
| 03/13/2012 | 76 | | OBJECTION/RESPONSE to Presentence Report by USA as to Leon Henderson Askew (Bohn, Kurt) (Entered: 03/13/2012) |
| 03/22/2012 | 77 | | RESTRICTED PRESENTENCE REPORT as to Leon Henderson Askew (Attachments: # 1 Exhibit A)(aarag, ) (Entered: 03/22/2012) |
| 03/22/2012 | 78 | | RESTRICTED ADDENDUM to Presentence Report 77 as to Leon Henderson Askew (aarag, ) (Entered: 03/22/2012) |
| 03/30/2012 | 81 | | STRICKEN MOTION Ineffective Assistance of Counsel by Leon Henderson Askew. (jjhsl, ) Modified on 4/4/2012 to note this was stricken pursuant to the Minute Order of 04/04/12 (jjhsl, ). (Entered: 04/03/2012) |
| 04/02/2012 | 83 | | MINUTE ENTRY for Sentencing as to defendant Leon Henderson Askew proceedings held 4/2/2012 before Chief Judge Wiley Y. Daniel. Defendant shall file a motion to withdraw as counsel not later than Wednesday, April 4, 2012. Counsel shall remain to schedule a motion hearing for next week. Defendant is remanded. (Court Reporter: Therese Lindblom) (wydcd, rrk) (Entered: 04/04/2012) |
| 04/03/2012 | 79 | | MOTION to Withdraw as Attorney by LaFonda R. Traore by Leon Henderson Askew. (Traore, La Fonda) (Entered: 04/03/2012) |
| 04/03/2012 | 80 | | MINUTE ORDER Setting Hearing as to Leon Henderson Askew re 79 MOTION to Withdraw as Attorney by LaFonda R. Traore filed by Leon Henderson Askew. Motion Hearing set for 4/9/2012 04:00 PM in Courtroom A1002 before Chief Judge Wiley Y. Daniel. Entered by Chief Judge Wiley Y. Daniel on 4/3/12. (wydcd, rrk) (Entered: 04/03/2012) |
| 04/04/2012 | 82 | | MINUTE ORDER as to Leon Henderson Askew (1). ORDERED that Defendant's pro se pro se Motion for Ineffective Assistance of Counsel 81 , is STRICKEN by Chief Judge Wiley Y. Daniel on 04/04/12. (jjhsl, ) (Entered: 04/04/2012) |
| 04/09/2012 | 84 | | MINUTE ENTRY for Motion Hearing as to Leon Henderson Askew proceedings held on 4/9/2012 before Chief Judge Wiley Y. Daniel. Granting in part and denying in part 79 Motion to Withdraw as Attorney. La Fonda R. Traore withdrawn from case as to Leon Henderson Askew (1). Clerk of Court shall appoint new counsel from the Criminal Justice Act Panel (C.J.A.) to represent Mr. Askew with regard to the sentencing phase of this case. |

| | | | |
|---|---|---|---|
| | | | Defendant is remanded. (Court Reporter: Therese Lindblom) (wydcd, rrk) (Entered: 04/10/2012) |
| 04/12/2012 | 85 | | CJA 20/30 Appointment of Daniel T. Smith for Leon Henderson Askew by Chief Judge Wiley Y. Daniel on 4/12/2012. (smatl, ) (Entered: 04/16/2012) |
| 05/01/2012 | 86 | | First MOTION to Supplement by Leon Henderson Askew. (Attachments: # 1 Exhibit, # 2 Exhibit)(Smith, Daniel) (Entered: 05/01/2012) |
| 05/07/2012 | 87 | | MINUTE ORDER as to Leon Henderson Askew. A Sentencing Hearing is set for Friday, June 8, 2012 at 9:00 a.m. Courtroom A1002 before Chief Judge Wiley Y. Daniel by Chief Judge Wiley Y. Daniel on 05/07/12. (jjhsl, ) (Entered: 05/07/2012) |
| 05/07/2012 | 88 | | MINUTE ORDER as to Leon Henderson Askew. The Government is ordered to file a response to Mr. Askew's Supplement to Motion for New Trial 86 no later than Thursday, May 17, 2012 by Chief Judge Wiley Y. Daniel on 05/07/12. (jjhsl, ) (Entered: 05/07/2012) |
| 05/11/2012 | 89 | | RESPONSE to Motion by USA as to Leon Henderson Askew re 86 First MOTION to Supplement (Bohn, Kurt) (Entered: 05/11/2012) |
| 05/29/2012 | 90 | | STRICKEN MOTION to Dismiss Indictment by Leon Henderson Askew. (dbera, ) Modified on 5/30/2012 to reflect correct filing date. (dbera, ). Modified on 5/30/2012 to strike per minute order of 5/30/2012 (degar, ). (Entered: 05/30/2012) |
| 05/29/2012 | 91 | | STRICKEN MOTION for Franks Hearing by Leon Henderson Askew. (dbera, ) Modified on 5/30/2012 to strike per minute order of 5/30/2012(degar, ). (Entered: 05/30/2012) |
| 05/29/2012 | 92 | | STRICKEN MOTION for Return of Property by Leon Henderson Askew. (dbera, ) Modified on 5/30/2012 to strike per minute order entered 5/30/12(degar, ). (Entered: 05/30/2012) |
| 05/29/2012 | 93 | | STRICKEN MOTION for Ineffective Assistance of Counsel by Leon Henderson Askew. (dbera, ) Modified on 5/30/2012 to strike per minute order entered 5/30/12(degar, ). (Entered: 05/30/2012) |
| 05/30/2012 | 94 | | ORDER striking 90 Motion to Dismiss as to Leon Henderson Askew; striking 91 Motion for Franks Hearing as to Leon Henderson Askew; striking 92 Motion for Return of Property as to Leon Henderson Askew; striking 93 Motion for Order as to Leon Henderson Askew by Chief Judge Wiley Y. Daniel on 5/30/12. (degar, ) (Entered: 05/30/2012) |
| 05/30/2012 | 95 | | STRICKEN MOTION to Produce Statement by Leon Henderson Askew. (jjhsl, ) Modified on 5/31/2012 stricken pursuant to the minute order of 05/31/12 (jjhsl, ). (Entered: 05/31/2012) |
| 05/31/2012 | 96 | | First MOTION to Withdraw as Attorney by Daniel T. Smith by Leon Henderson Askew. (Smith, Daniel) (Entered: 05/31/2012) |
| 05/31/2012 | 97 | | MINUTE ORDER as to Leon Henderson Askew. Friday, June 8, 2012 at 9:00 a.m. the Court will hear argument on Defendant's Motion for Permission to Withdraw as Counsel of Record 96 the parties should be prepared to immediately proceed to sentencing in Courtroom A1002 before Chief Judge |

|  |  |  | Wiley Y. Daniel by Chief Judge Wiley Y. Daniel on 05/31/12. (jjhsl, ) (Entered: 05/31/2012) |
|---|---|---|---|
| 05/31/2012 | 98 |  | MINUTE ORDER striking 95 Motion to Produce as to Leon Henderson Askew (1) by Chief Judge Wiley Y. Daniel on 05/31/12. (jjhsl, ) (Entered: 05/31/2012) |
| 06/04/2012 | 99 |  | ORDER denying 86 Motion to Supplement for New Trial as to Leon Henderson Askew (1) by Chief Judge Wiley Y. Daniel on 06/04/12. (jjhsl, ) (Entered: 06/04/2012) |
| 06/04/2012 | 100 |  | ORDER by Chief Judge Wiley Y. Daniel on 6/4/2012 Denying 96 Motion to Withdraw as Attorney as to Leon Henderson Askew (1). (agarc, ) (Entered: 06/04/2012) |
| 06/08/2012 | 101 |  | MINUTE ENTRY for Sentencing as to defendant Leon Henderson Askew proceedings held on 6/8/2012 before Chief Judge Wiley Y. Daniel. Defendant sentenced as reflected on the record. Defendant is remanded. Court Reporter: Therese Lindblom. (wydcd, rrk) (Entered: 06/11/2012) |
| 06/12/2012 | 102 |  | CJA 24 Transcript Request as to Leon Henderson Askew. (Smith, Daniel) (Entered: 06/12/2012) |
| 06/12/2012 | 103 |  | JUDGMENT as to defendant Leon Henderson Askew (1), Count(s) 1, 2, 3, Dismissed Count(s) 1s, 2s–3s, 4s, Defendant to be imprisoned for a total of 130 months; 70 months as to each of Counts One, Two, and Three to be served concurrently to each other and 60 months as to Count Four to be served consecutive to sentence imposed for Courts One, Two and Three. Supervised release for a term of 5 years: 3 years as to each of Counts One, Two and Three to be served concurrently; 5 years as to Count Four to be served concurrently to Counts One, Two and Three. Assessment $400. Criminal Case Terminated by Chief Judge Wiley Y. Daniel on 06/12/12. (jjhsl, ) (Entered: 06/13/2012) |
| 06/13/2012 | 104 |  | STRICKEN MOTION to Suppress Search and for Return of Seized Property by Leon Henderson Askew. (jjhsl, ) Modified on 6/15/2012 stricken pursuant to the MO of 06/15/12 (jjhsl, ). (Entered: 06/13/2012) |
| 06/14/2012 | 105 |  | STRICKEN MOTION for Acquittal/ Motion for New Trial by Leon Henderson Askew. (jjhsl, ) Modified on 6/15/2012 stricken pursuant to the MO of 06/15/12 (jjhsl, ). (Entered: 06/14/2012) |
| 06/14/2012 | 106 |  | STRICKEN MOTION Objecting to Striking of Motions by Leon Henderson Askew. (jjhsl, ) Modified on 6/15/2012 stricken pursuant to the MO of 06/15/12 (jjhsl, ). (Entered: 06/14/2012) |
| 06/14/2012 | 107 |  | STRICKEN MOTION for Protective Order by Leon Henderson Askew. (jjhsl, ) Modified on 6/15/2012 stricken pursuant to the MO of 06/15/12 (jjhsl, ). (Entered: 06/14/2012) |
| 06/14/2012 | 108 |  | MOTION to Vacate under 28 U.S.C. 2255 , Federal Writ of Habeas Corpus by Leon Henderson Askew (jjhsl, ) (Modified on 9/24/2015 Stricken pursuant to the 120 Minute Order)(evana, ). (Modified on 10/18/2016 Pursuant to the 135 Order, this entry is now Construed as a 2255)(evana, ). (Entered: 06/14/2012) |
| 06/15/2012 | 109 |  | MINUTE ORDER striking 104 Motion to Suppress as to Leon Henderson Askew (1). striking 105 Motion for New Trial as to Leon Henderson Askew |

| | | | |
|---|---|---|---|
| | | | (1). striking <u>106</u> Motion for Order as to Leon Henderson Askew (1). striking <u>107</u> Motion for Protective Order as to Leon Henderson Askew (1) by Chief Judge Wiley Y. Daniel on 06/15/12. (jjhsl, ) (Entered: 06/15/2012) |
| 06/19/2012 | <u>110</u> | | Letter from Defendant Askew (jjhsl, ) (Entered: 06/20/2012) |
| 06/22/2012 | <u>111</u> | | CJA 20/30 Payment Request as to Leon Henderson Askew. (Attachments: # <u>1</u> CJA Attachment Spreadsheet)(Smith, Daniel) (Entered: 06/22/2012) |
| 06/22/2012 | <u>112</u> | | CJA 20/30 Payment Request as to Leon Henderson Askew. (Attachments: # <u>1</u> CJA Attachment Spreadsheet)(Smith, Daniel) (Entered: 06/22/2012) |
| 07/20/2012 | <u>113</u> | | CJA 20/30 Payment Authorization as to Leon Henderson Askew by Chief Judge Wiley Y. Daniel on 7/20/12. (dbrow, ) (Entered: 08/07/2012) |
| 07/23/2012 | <u>114</u> | | CJA 24 Payment Authorization as to Leon Henderson Askew by Chief Judge Wiley Y. Daniel on 7/23/12. (dbrow, ) (Entered: 08/07/2012) |
| 05/26/2015 | <u>115</u> | | Unopposed MOTION to Reduce Sentence pursuant to 2014 USSC Amendment by Leon Henderson Askew. (Attachments: # <u>1</u> Proposed Order (PDF Only))(Grady, Virginia) (Entered: 05/26/2015) |
| 06/01/2015 | <u>116</u> | | NOTICE OF ATTORNEY APPEARANCE Susan Diane Knox appearing for USA. Attorney Susan Diane Knox added to party USA(pty:pla) (Knox, Susan) (Entered: 06/01/2015) |
| 06/11/2015 | <u>117</u> | | ORDER Granting <u>115</u> Motion to Reduce Sentence Pursuant to 2014 USSC Amendment for Leon Henderson Askew (1), Count(s) 1, 2, 3, Dismissed; Count(s) 1s, 2s−3s, 4s, Defendant to be imprisoned for a total of 116 months: 56 months as to each of Counts One, Two, and Three to be served concurrently to each other and 60 months as to Count Four to be served consecutive to sentence imposed for Courts One, Two and Three. Supervised release for a term of 5 years: 3 years as to each of Counts One, Two and Three to be served concurrently; 5 years as to Count Four to be served concurrently to Counts One, Two and Three. Assessment $400. as to Leon Henderson Askew (1). All other provisions of the Judgment entered on June 12, 2012, shall remain in effect, by Judge Wiley Y. Daniel on 6/11/2015. (evana, ) (Entered: 06/11/2015) |
| 06/11/2015 | <u>118</u> | | ORDER REDUCING SENTENCE pursuant to 2014 USSC Amendment as to Leon Henderson Askew (1), Count(s) 1, 2, 3, Dismissed; Count(s) 1s, 2s−3s, 4s, Defendant to be imprisoned for a total of 116 months: 56 months as to each of Counts One, Two, and Three to be served concurrently to each other and 60 months as to Count Four to be served consecutive to sentence imposed for Courts One, Two and Three. Supervised release for a term of 5 years: 3 years as to each of Counts One, Two and Three to be served concurrently; 5 years as to Count Four to be served concurrently to Counts One, Two and Three. Assessment $400. by Judge Wiley Y. Daniel on 6/11/2015. (evana, ) (Entered: 06/11/2015) |
| 09/21/2015 | <u>119</u> | | **STRICKEN** Letter from Leon Askew (evana, )( Modified on 9/24/2015 Stricken pursuant to the <u>120</u> Minute Order)(evana, ). (Entered: 09/21/2015) |
| 09/24/2015 | <u>120</u> | | MINUTE ORDER as to Leon Henderson Askew re <u>119</u> Letter, <u>108</u> Notice (Other) filed by Leon Henderson Askew, it is ORDERED that Defendants pro se Federal Writ of Habeas Corpus ECF No. <u>108</u> , and Letter regarding the |

| | | | |
|---|---|---|---|
| | | | status of the Federal Writ of Habeas Corpus ECF No. 119 are STRICKEN from the record, by Judge Wiley Y. Daniel on 9/24/2015. (evana, ) (Entered: 09/24/2015) |
| 09/24/2015 | 121 | | Certificate of Mail/Service by Clerk as to Leon Henderson Askew re 120 Minute Order, (evana, ) (Entered: 09/24/2015) |
| 11/12/2015 | 122 | | USCA Letter re: Writ of Mandamus from Defendant (Attachments: # 1 Letter from Defendant, # 2 envelope) (evana, )(Modified on 11/16/2015 corrected filing date to 11/12/2015)(evana, ). (Entered: 11/16/2015) |
| 02/01/2016 | 123 | | Letter from Leon Askew regarding Writ of Habeas Corpus and writ of Mandamus (evana, ) (Entered: 02/02/2016) |
| 02/18/2016 | 124 | | MOTION for Order regarding 108 Stricken Writ of Habeas Corpus, by Leon Henderson Askew. (evana, ) (Entered: 02/18/2016) |
| 02/25/2016 | 125 | | ORDER as to Leon Henderson Askew re 122 USCA Letter re: Writ of Mandamus from Defendant. USCA (No. 15–1435), the petition for a writ of mandamus is denied. Mr. Askews motion to proceed in forma pauperis is granted, (evana) 2/25/2016. (Entered: 02/25/2016) |
| 03/07/2016 | 126 | | TRANSCRIPT of Sentencing as to Leon Henderson Askew held on 6/8/2012 before Judge Daniel. Pages: 1–25. <br><br>**NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br><br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (tlind, ) (Entered: 03/07/2016) |
| 03/11/2016 | 127 | | Mail Returned as Undeliverable re: 125 Order Addressed to Leon Henderson Askew. (evana, ) (Entered: 03/11/2016) |
| 03/11/2016 | 128 | | CERTIFICATE of Mailing/Service re 125 Order to Leon Henderson Askew, 37987–013, FEDERAL CORRECTINAL INSTITUTION #2, Inmate Mail/Parcels P.O. BOX 3850, Adelanto, CA 92301 (evana, ) (Entered: 03/11/2016) |
| 03/31/2016 | 129 | | Letter from Leon Henderson Askew (evana, ) (Entered: 03/31/2016) |
| 04/11/2016 | 130 | | Letter from Leon Henderson Askew Regarding his release (evana, ) (Entered: 04/12/2016) |
| 04/12/2016 | 131 | | Letter from Leon Henderson Askew regarding release (evana, ) (Entered: 04/12/2016) |
| 04/18/2016 | 132 | | MOTION for Order for Immediate Release Order to the Bureau of Prisons, by Leon Henderson Askew. (evana, ) (Entered: 04/18/2016) |
| 05/17/2016 | 133 | | MINUTE ORDER Striking 124 Motion for Order as to Leon Henderson Askew (1); Striking 132 Motion for Order as to Leon Henderson Askew (1), |

| | | | |
|---|---|---|---|
| | | | by Judge Wiley Y. Daniel on 5/17/2016. (evana, ) (Entered: 05/17/2016) |
| 09/08/2016 | 134 | | MOTION for Order *to Correct Order to Strike Defendant's Pro Se Habeas Petition* by Leon Henderson Askew. (Attachments: # 1 Attachment 1)(Grady, Virginia) (Entered: 09/08/2016) |
| 10/17/2016 | 135 | | ORDER Granting 134 the Federal Public Defender's Amica Motion to Correct Order to Strike Defendant's Pro Se Habeas Petition as to Leon Henderson Askew (1). Having reviewed the record and the clarification offered by Amica, the Court finds that reinstating Defendants Federal Writ of Habeas Corpus is appropriate. Through the Writ, Defendant seeks to overturn the judgment imposed against him by this Court on the basis of an allegation that evidence against him was gained through an unconstitutional search. Therefore, the Writ shall be construed as a § 2255 motion upon its reinstatement. It is FURTHER ORDERED that Defendant's Federal Writ of Habeas Corpus ECF No. 108 shall be REINSTATED, and construed as a § 2255 motion, and submitted for initial review by the Pro Se Division, by Judge Wiley Y. Daniel on 10/17/2016. (evana, ) (Entered: 10/18/2016) |
| 10/18/2016 | 136 | | ORDER Directing Movant to file Amended 28 U.S.C. § 2255 Motion as to Leon Henderson Askew. it is ORDERED that Movant file with the Court within thirty days from the date of this Order an Amended 28 U.S.C § 2255 Motion that complies with the directives of this Order. It is FURTHER ORDERED that the Clerk of the Court mail to Movant, together with a copy of this Order, two copies of the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 Court–Approved form and the instructions for filing this Motion. It is FURTHER ORDERED that if Movant fails within the time allowed to file an Amended Motion to Vacate that complies with the directives of this Order, the Court will proceed to address the illegal search claim as presented in ECF No. 108 . It is FURTHER ORDERED that the Clerk of the Court is to note the Docket with Movant's most current address as stated by the Federal Public Defender on Page Five of ECF No. 134 , by Judge Wiley Y. Daniel on 10/18/2016. (evana, ) (Entered: 10/18/2016) |
| 10/28/2016 | 137 | | NOTICE OF ATTORNEY APPEARANCE Michael Conrad Johnson appearing for USA. Attorney Michael Conrad Johnson added to party USA(pty:pla) (Johnson, Michael) (Entered: 10/28/2016) |
| 10/31/2016 | 138 | | AMENDED MOTION to Vacate under 28 U.S.C. § 2255 by Leon Henderson Askew re: 136 Order. (cmira)<br>Civil case 1:16–cv–02689 opened. (Modified on 11/2/2016 Civil case 16–cv–2689 has been termed, see Civil action 16–cv–2590 as related to this Criminal action and 2255)(evana, ). (Entered: 10/31/2016) |
| 01/23/2017 | 139 | | Order re 138 Motion to Vacate (2255), filed by Leon Henderson Askew. The United States Attorney on or before Wednesday, February 8, 2017, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings. By Judge Wiley Y. Daniel on 01/23/2017. (athom, ) (Entered: 01/24/2017) |
| 02/02/2017 | 140 | | MOTION for Extension of Time to File Response/Reply as to 138 MOTION to Vacate under 28 U.S.C. 2255 by USA as to Leon Henderson Askew. (Johnson, Michael) (Entered: 02/02/2017) |

| 02/03/2017 | 141 | | MINUTE ORDER Granting 140 The United States' Motion for Extension of Time to Answer or Otherwise Respond to Defendant Askew's Amended Motion Pursuant to 28 U.S.C. § 2255 to Leon Henderson Askew (1). The United States has up to and including Wednesday, February 22, 2017, in which to respond to Mr. Askew's motion, by Judge Wiley Y. Daniel on 2/3/2017. (evana, ) (Entered: 02/06/2017) |
|---|---|---|---|
| 02/13/2017 | 142 | | NOTICE of Change of Address/Contact Information (Johnson, Michael) (Entered: 02/13/2017) |
| 02/22/2017 | 143 | | RESPONSE to Motion by USA as to Leon Henderson Askew re 138 MOTION to Vacate under 28 U.S.C. 2255 (Johnson, Michael) (Entered: 02/22/2017) |
| 07/21/2017 | 144 | | NOTICE of Change of Address/Contact Information for Leon Henderson Askew (Attachments: # 1 Envelope)(evana, ) (Entered: 07/21/2017) |
| 07/24/2017 | 145 | | NOTICE of Change of Address/Contact Information (Attachments: # 1 Envelope)(evana, ) (Entered: 07/24/2017) |
| 08/02/2017 | 146 | | Mail Returned as Undeliverable re: 144 Notice of Change of Address/Contact Information Addressed to Leon Henderson Askew. (evana, ) (Entered: 08/02/2017) |
| 08/02/2017 | 147 | | NOTICE of Change of Address/Contact Information as to Leon Henderson Askew (Attachments: # 1 Envelope)(evana, ) (Entered: 08/02/2017) |
| 08/07/2017 | 148 | | Mail Returned as Undeliverable re: 145 Notice of Change of Address/Contact Information Addressed to Leon Henderson Askew. (evana, ) (Entered: 08/07/2017) |
| 08/08/2017 | 149 | | ORDER that Movant Leon Henderson Askew's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 108 ) and Amended Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 138 ) are DENIED, by Judge Wiley Y. Daniel on 8/8/2017. (evana, ) (Entered: 08/08/2017) |
| 08/08/2017 | 150 | | JUDGMENT – 2255 as to Leon Henderson Askew by Judge Wiley Y. Daniel on 8/8/17. (rkeec) (Entered: 08/08/2017) |
| 08/22/2017 | 151 | | Letter from Leon Henderson Askew (Attachments: # 1 Envelope) (evana, ) (Entered: 08/22/2017) |
| 08/22/2017 | 152 | | MOTION for Reconsideration re 150 Judgment – 2255, 149 Order on Motion to Vacate (2255), by Leon Henderson Askew. (Attachments: # 1 Envelope)(evana, ) (Entered: 08/22/2017) |
| 08/23/2017 | 153 | | MINUTE ORDER On or before **Wednesday, September 6, 2017**, the Government shall file a response to Mr. Askews 152 "Motion to Revisit Denying of 28 U.S.C. 2255 Motions Terminate Case and Proceeding of 11–cr–00184– WYD and Order Immediate Release and Return of Property" filed August 22, 2017, by Judge Wiley Y. Daniel on 8/23/2017. (evana, ) (Entered: 08/23/2017) |
| 09/01/2017 | 154 | | MOTION for Order for Judgment by the Way of Default by Leon Henderson Askew. (Attachments: # 1 Envelope)(evana, ) (Entered: 09/01/2017) |

| 09/01/2017 | 155 | | RESPONSE in Opposition by USA as to Leon Henderson Askew re 152 MOTION for Reconsideration re 150 Judgment – 2255, 149 Order on Motion to Vacate (2255),,, (Johnson, Michael) (Entered: 09/01/2017) |
|---|---|---|---|
| 09/18/2017 | 156 | | MOTION for Order for Judgment by the way of Default by Leon Henderson Askew. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Envelope)(evana, ) (Entered: 09/18/2017) |
| 09/21/2017 | 157 | | ORDER that Mr. Askew's "Motion to Revisit Denying of 28 U.S.C. 2255 Motions/ Terminate Case and Proceeding of 11–cr–00184–WYD and Order Immediate Release and Return of Property" ECF No. 152 and Motions for Order for Judgment by the Way of Default ECF No. 154 and 156 are DENIED, by Judge Wiley Y. Daniel on 9/21/2017. (evana, ) (Entered: 09/21/2017) |
| 09/29/2017 | 158 | | NOTICE (Motion to Introduce Fraud on this Court/Motion to Produce Testimony) by Leon Henderson Askew (Attachments: # 1 Envelope)(evana, ) (Entered: 09/29/2017) |
| 02/06/2018 | 159 | | MOTION for Order for this court to produce the body of Leon Askew before this court and show cause, by Leon Henderson Askew. (Attachments: # 1 Envelope)(evana, ) (Entered: 02/07/2018) |
| 02/28/2018 | 160 | | MINUTE ORDER as to Leon Henderson Askew. The government shall file a response to Defendant's Motion to Introduce Fraud on this Court/Motion to Produce Testimony ECF No. 158 and Defendant's Motion for Order for this Court to Produce the Body of Leon Henderson Askew Before this Court and Show Case for False Imprisment ECF Nol. 159 by Wednesday, March 14, 2018. Responses due by 3/14/2018, by Judge Wiley Y. Daniel on 2/28/2018. (evana, ) (Entered: 03/01/2018) |
| 03/13/2018 | 161 | | RESPONSE by USA as to Leon Henderson Askew re: 158 Notice (Other) filed by Leon Henderson Askew, 159 MOTION for Order filed by Leon Henderson Askew (Johnson, Michael) (Entered: 03/13/2018) |
| 03/16/2018 | 162 | | NOTICE of awaiting transit from Oklahoma by Leon Henderson Askew (Attachments: # 1 Envelope)(evana, ) (Entered: 03/19/2018) |
| 03/29/2018 | 163 | | REPLY TO RESPONSE to Motion by Leon Henderson Askew re 159 MOTION for Order (Attachments: # 1 Envelope)(evana, ) (Entered: 03/29/2018) |
| 03/30/2018 | 164 | | NOTICE of Change of Address/Contact Information for Leon Askew (evana, ) (Entered: 03/30/2018) |
| 05/15/2018 | 165 | | ORDER that Mr. Askew's "Motion to Introduce Fraud on this Court/Motion to Produce Testimony" filed September 29, 2017 ECF No. 158 , his "Motion for Order for this Court to Produce the Body of Leon Anderson Askew Before this Court and Show Cause to False Imprisonment" filed February 6, 2018 ECF No. 159 , and his "Motion for this Court to Enforce 19 U.S.C. § 1592 Penalties for Fraud, Negligence or Gross Negligence" ECF No. 163 are DENIED, by Judge Wiley Y. Daniel on 5/15/2018. (evana, ) (Entered: 05/15/2018) |
| 07/05/2018 | 166 | | Letter from The USCA Regarding Motion for Permission to file a second or successive habeas petition under 28 U.S.C. 2255. (USCA 18–1277) (Attachments: # 1 Motion to file 2nd successive 2255) (evana, ) (Entered: |

| | | | |
|---|---|---|---|
| | | | 07/06/2018) |
| 07/20/2018 | 167 | | USCA ORDER as to Leon Henderson Askew re 166 Letter from The USCA Regarding Motion for Permission to file a second or successive habeas petition under 28 U.S.C. 2255. The motion for authorization is denied. This denial of authorization "shall not be appealable and shall not be the subject of a petition for rehearing or for a writ ofcertiorari." 28 U.S.C. § 2244(b)(3)(E). (USCA 18−1277) (athom, ) (Entered: 07/20/2018) |
| 07/30/2018 | 168 | | MOTION for Order for this Court to enforce 19 U.S.C.§ 1592 by Leon Henderson Askew. (evana, ) (Entered: 07/31/2018) |
| 08/27/2018 | 169 | | MOTION for Order for this Court to enforce 19 U.S.C.§ 1592 by Leon Henderson Askew. (Attachments: # 1 Exhibit)(evana, ) (Entered: 08/28/2018) |
| 09/10/2018 | 170 | | RESPONSE to Motion by USA as to Leon Henderson Askew re 169 MOTION for Order (Johnson, Michael) (Entered: 09/10/2018) |
| 11/06/2018 | 171 | | ORDER that Mr. Askew's Motions "Notifying this Court that it Now Has Jurisdiction/Amended Motion for this Court to Enforce 19 U.S.C. § 1952 Penalties for Fraud, Negligence or Gross Negligence" (ECF Nos. 168 and 169 ) are DENIED for lack of jurisdiction, by Judge Wiley Y. Daniel on 11/6/2018. (evana, ) (Entered: 11/06/2018) |
| 11/16/2018 | 172 | | Objection by Leon Henderson Askew re 171 Order (evana, ) (Entered: 11/19/2018) |
| 12/21/2018 | 173 | | NOTICE of Change of Address/Contact Information (evana, ) (Entered: 12/21/2018) |
| 03/11/2019 | 174 | | Letter from Leon Henderson Askew (evana, ) (Entered: 03/12/2019) |
| 06/10/2019 | 176 | | Emergency MOTION to Proceed by Leon Henderson Askew. (Attachments: # 1 Envelope)(evana, ) (Entered: 06/11/2019) |
| 06/11/2019 | 175 | | Upon the passing of Judge Wiley Y. Daniel and pursuant to D.C.COLO.LCrR 50.1(a), this case has been randomly reassigned to Judge William J. Martinez effective this date. All future pleadings should be designated as 11−cr−184 WJM. (Text only entry) (evana, ) (Entered: 06/11/2019) |
| 06/19/2019 | 177 | | ORDER: This matter is before the Court on Defendant's Emergency Motion to Proceed (the "Motion"). (ECF No. 176.) Defendant asks that the Court move forward with his Objection (ECF No. 172) to the Court's Order (ECF No. 171) that denied Defendant's motions to enforce 19 U.S.C. § 1592 (ECF Nos. 168 & 169) for lack of jurisdiction. This most recent Motion seemingly realleges that the Court used fraudulent information in an order denying Defendant's § 2255 motion. However, that fraud is not actionable because the fraud alleged relates to the underlying proceedings, not § 2255 habeas proceedings. Thus, the fraud the Defendant alleges does not meet the exception for relief discussed in the Tenth Circuit's Order because it does not allege a defect in the integrity of the § 2255 proceeding, but instead alleges fraud in connection with the underlying sentencing and conviction. Moreover, Defendant has already pursued a § 2255 proceeding and thus a second would be an impermissible successive proceeding. The Motion is thus DENIED and Defendant's objection OVERRULED. SO ORDERED by Judge William J. Martinez on 6/19/2019. Text Only Entry (wjmsec, ) (Entered: 06/19/2019) |

| 07/01/2019 | 178 | | Letter by Leon Henderson Askew (angar, ) (Entered: 07/03/2019) |
| 07/01/2019 | 179 | | MOTION for Immediate Transfer, by Leon Henderson Askew. (angar, ) (Entered: 07/03/2019) |
| 07/22/2019 | 180 | | ORDER: This matter is before the Court on Defendant's 178 Letter to the Court dated June 27, 2019, and 179 Motion for Immediate Transfer. Defendant's 178 Letter requests a *Franks* hearing pursuant to *Franks v. Delaware*, 438 U.S. 154 (1978). *Franks* requires that a defendant make a "substantial preliminary showing that a false statement knowingly and intentionally, or with reckless disregard for the truth, was included in the warrant affidavit" before the Court will grant a hearing. *Id*. at 156. Defendant has not made any such showing. The Defendant is warned that any further motions seeking to attack the alleged fraud in the underlying proceedings will be summarily denied, given the numerous orders advising the Defendant that he can not. (*See*, e.g., ECF Nos. 165 & 177.) It is FURTHER ORDERED that 179 Defendant's Motion for Immediate Transfer is DENIED, given that this Court does not have the authority to grant Defendant the relief he seeks. This matter is for the BOP to consider and act upon. SO ORDERED by Judge William J. Martinez on 7/22/2019. Text Only Entry (wjmsec, ) (Entered: 07/22/2019) |
| 08/01/2019 | 181 | | Letter by Leon Henderson Askew (angar, ) (Entered: 08/02/2019) |
| 08/06/2019 | 182 | | ORDER: This matter is before the Court on Defendant's Motion [181, etc]. Given the Defendant's protracted history of filing papers whose effect has been the unreasonable and vexatious multiplication of these proceedings, the Court Orders that the Government's response to 181 is STAYED until further order of the Court. SO ORDERED by Judge William J. Martinez on 8/6/2019. Text Only Entry (wjmsec, ) (Entered: 08/06/2019) |
| 08/06/2019 | 183 | | AMENDED ORDER: This matter is before the Court on Defendant's Letter to the Court dated August 1, 2019 (ECF No. 181 ). Given the Defendant's protracted history of filing papers whose effect has been the unreasonable and vexatious multiplication of these proceedings, the Court Orders that the Government's response to 181 is STAYED until further order of the Court. SO ORDERED by Judge William J. Martinez on 8/6/2019. Text Only Entry (wjmsec, ) (Entered: 08/06/2019) |
| 08/12/2019 | 184 | | NOTICE titled "Memorandum" by Leon Henderson Askew (angar, ) (Entered: 08/14/2019) |
| 09/09/2019 | 185 | | Mail Returned as Undeliverable re: 182 Order, 183 Order, Addressed to Leon Henderson Askew. (angar, ) (Entered: 09/10/2019) |
| 10/10/2019 | 186 | | NOTICE of Change of Address/Contact Information (angar, ) (Entered: 10/11/2019) |
| 11/07/2019 | 187 | | MOTION to Set Hearing Date, by Leon Henderson Askew. (angar, ) (Entered: 11/08/2019) |
| 11/14/2019 | 188 | 21 | ORDER: This matter is before the Court on Defendant's Motion to Set Hearing Date (ECF No. 187). Defendant's Motion is DENIED given that this Court has previously denied the Defendant a Frank's hearing, and warned that further such motions would be summarily denied (ECF No. 180). Defendant is |

| | | | |
|---|---|---|---|
| | | | once again warned that any further motions seeking to attack the alleged fraud in the underlying proceedings will be summarily denied. SO ORDERED by Judge William J. Martinez on 11/14/2019. Text Only Entry (wjmsec, ) (Entered: 11/14/2019) |
| 11/25/2019 | 189 | 23 | NOTICE OF APPEAL re 188 Order, by Leon Henderson Askew. (angar, ) (Entered: 11/26/2019) |

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Kurt J. Bohn (caseview.ecf@usdoj.gov, kurt.bohn@usdoj.gov,
maureen.carle@usdoj.gov, michaela.keiter@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Michael
P. Carey (maureen.carle@usdoj.gov, michael.carey@usdoj.gov, usaco.ecfcriminal@usdoj.gov),
Virginia L. Grady (co.ecf@fd.org, veronica_knights@fd.org, virginia_grady@fd.org), Michael
Conrad Johnson (caseview.ecf@usdoj.gov, michael.johnson2@usdoj.gov,
usaco.ecfappellate@usdoj.gov, usaco.ecfcivil@usdoj.gov, usaco.ecfcriminal@usdoj.gov,
usaco.ecffluatty@usdoj.gov), Susan Knox (caseview.ecf@usdoj.gov, kelsey.totura@usdoj.gov,
maggie.grenvik@usdoj.gov, solange.reigel@usdoj.gov, susan.knox@usdoj.gov,
usaco.ecfcriminal@usdoj.gov), Daniel T. Smith (danieltsmith@qwestoffice.net), Judge
William J. Martinez (deborah_hansen@cod.uscourts.gov, jamie_h_hubbard@cod.uscourts.gov,
jenna_grambort@cod.uscourts.gov, martinez_chambers@cod.uscourts.gov,
theresa_sauer@cod.uscourts.gov)
--Non Case Participants: Marcy Elizabeth Cook (marcy.cook@usdoj.gov), jkoza
(justine_kozak@cod.uscourts.gov), Probation-General (cod_efiling@cod.uscourts.gov),
USM-Criminal Division (gillian.fleck@usdoj.gov, jason.brackett@usdoj.gov,
justin.kellogg@usdoj.gov, katrina.crouse@usdoj.gov, royce.namoca@usdoj.gov,
usms.cod-criminal@usdoj.gov)
--No Notice Sent:

Message-Id:7311087@cod.uscourts.gov
Subject:Activity in Case 1:11-cr-00184-WJM USA v. Askew Order on Motion for Hearing
```
Content–Type: text/html

### U.S. District Court – District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 11/14/2019 at 1:14 PM MST and filed on 11/14/2019

| | |
|---|---|
| **Case Name:** | USA v. Askew |
| **Case Number:** | 1:11–cr–00184–WJM |
| **Filer:** | |
| **Document Number:** | 188(No document attached) |

**Docket Text:**
 ORDER: This matter is before the Court on Defendant's Motion to Set Hearing Date (ECF No. 187). Defendant's Motion is DENIED given that this Court has previously denied the Defendant a Frank's hearing, and warned that further such motions would be summarily denied (ECF No. 180). Defendant is once again warned that any further motions seeking to attack the alleged fraud in the underlying proceedings will be summarily denied. SO ORDERED by Judge William J. Martinez on 11/14/2019. Text Only Entry (wjmsec, )

**1:11–cr–00184–WJM–1 Notice has been electronically mailed to:**

Michael P. Carey     michael.carey@usdoj.gov, Maureen.Carle@usdoj.gov,
USACO.ECFCriminal@usdoj.gov

Daniel T. Smith     danieltsmith@qwestoffice.net

Virginia L. Grady      Virginia_Grady@fd.org, co.ecf@fd.org, veronica_knights@fd.org

Kurt J. Bohn      kurt.bohn@usdoj.gov, CaseView.ECF@usdoj.gov, Maureen.Carle@usdoj.gov, Michaela.Keiter@usdoj.gov, USACO.ECFCriminal@usdoj.gov

Michael Conrad Johnson      michael.johnson2@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFAppellate@usdoj.gov, USACO.ECFCivil@usdoj.gov, USACO.ECFCriminal@usdoj.gov, USACO.ECFfluatty@usdoj.gov

Susan Knox      susan.knox@usdoj.gov, CaseView.ECF@usdoj.gov, Kelsey.Totura@usdoj.gov, maggie.grenvik@usdoj.gov, solange.reigel@usdoj.gov, usaco.ecfcriminal@usdoj.gov

**1:11–cr–00184–WJM–1 Notice has been mailed by the filer to:**

Leon Henderson Askew(Terminated)
37987–013
RAY BROOK
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 300
RAY BROOK, NY 12977

Pg. 1 of 1

USA VS. Askew. case No. 11-cr-184 WJM

Date: 11-21-2019

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 25 2019

JEFFREY P. COLWELL
CLERK

Certificate of Appealiblaty

I disagree with the district courts
decision to Deny motion to set hearing
date ECF No. 187 and will move to the court
of Appeals for the Tenth Circuit for it
is clearly seen that I was sentenced against
the united states constitution with a total
miscarriage of justice.
        I place this upon this court
as my intent to appeal the Lower courts
decision and to have this court certify
this with the tenth Circuit.
        A franks hearing is not about fraud rather, a total
disregard for the truth as in my motions and letters.
ECF No. 183, 184, 187


I certify that a true and
correct copy of the foregoing
was mailed to                          Tenth Circuit court
US District court                      of Appeals
901-19th st                            1823 Stout st
Denver. CO 80737 80294                 Denver CO 80257

23

Name: Leon Hodgson Askew
Register Number: 37987-013
Federal Correctional Institution Ray Brook
P.O. Box 900
Ray Brook, New York 12977

80294-250151

22 NOV 2019 PM 11 L

ALBANY NY 120

United States District Court
901 - 19th Street
Denver CO 80294

FOREVER USA