In Re: Appeal

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 03 2020
JEFFREY P. COLWELL
CLERK

Notice of change of Address   pg 1 of 1

Date: December 29, 2019

USA V. Askew   case No. 11-cr-184 WJM

To whom it may concern:

Seasons Greetings & God Bless you!

Dear Sir or Madam:

Please notice that my change of Address is now at:

Leon Henderson Askew
37987-013
Hazelton F.C.I
P.O. Box 5000
Bruceton Mills, WV 26525

Please note: I arrived on Dec. 3, 2019. And, my mail is taking 30 days to follow me. Thank you!

Sincerely,

Leon Henderson Jr

I certify that a true and correct copy of the foregoing were mailed to the following:

| United States District Court | Tenth Circuit Court of Appeals |
| 901-19th Street | 1823 Stout Street |
| Denver, CO. 80294 | Denver, CO. 80257 |



Leon Henderson Askew
37987-013
Hazelton Federal Correctional Institution
P.O. Box 5000
Bruceton Mills, WV 26525

PITTSBURGH PA 152
30 DEC 2019 PM 5 L

Office of the Clerk
United States District Court
901- 19th Street
Denver CO 80294

80294-250151