Re: 19-1453, United States V. Askew
Dist/Ag docket: 1:11-cr-00184-WJM-1

Date: January 2, 2020

Pg. 1 of 2

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN -6 2020

JEFFREY P. COLWELL
CLERK

## Motion for leave to proceed on appeal without prepayment of fees

Please, find enclosed a certified copy of the last six (6) months of my account. I am certified indigent, and, am not able to pay the $505.00 fee to the district court clerk.

Under the penalty of perjury, I also declare that I have no bank accounts, real property or no other means to make the prepayment of fees in order to proceed on appeal. I pray to proceed with such declaration.

Please Note: I would like to order my transcripts, and a copy of the record (namely; search warrant affidavit).

Respectfully submitted,

Leon Henderson Cu

Greetings to the new year & God Bless you!

## Memorandum

Dear, sir or madam;

I received a letter from Clerk of Court, Tenth Circuit Court of Appeals dated November 27, 2019 Re: 19-1453 United States V. Askew Dist/Ag docket: 1:11-cr-00184-WJM-1 In Re: 30 days from date of receipt to pay the $505.00 fee ($5.00 filing fee and $500.00 docket fee) to the district clerk or file an application for leave to proceed on appeal without prepayment of fees with the district clerk. I received this letter on January 2, 2020 (please see the reverse side of this page which was photo copied and signed by R;D Hazelton 01-02-2020.)

So, can this honorable court allow me extension of time to file as to the 30 days? Can this honorable court also take into account any other time frame deadlines that might of been affected do to transferring from previous institution of Raybrook F.C.I to here on Dec. 3, 2019. Sincerely,

Leon Henderson Cu

Certificate of Service
I certify that the foregoing was mailed to United States District Court 901-19th Street Denver Co 80294 01-02-2020

# Inmate Inquiry

PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 37987013 | Current Institution: | Hazelton USP |
| Inmate Name: | ASKEW, LEON | Housing Unit: | HAF-M-B |
| Report Date: | 12/30/2019 | Living Quarters: | M04-226L |
| Report Time: | 10:42:16 AM | | |

General Information  |  Account Balances  |  Commissary History  |  Commissary Restrictions  |  Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 6473 |
| PAC #: | 101525605 |
| Revalidation Date: | 22nd |
| FRP Participation Status: | No Obligation |
| Arrived From: | CAA |
| Transferred To: | |
| Account Creation Date: | 9/30/2011 |
| Local Account Activation Date: | 12/10/2019 3:17:15 AM |
| Sort Codes: | |
| Last Account Update: | 12/19/2019 7:04:31 AM |
| Account Status: | Active |
| Phone Balance: | $0.00 |

### Pre-Release Plan Information

| | |
|---|---|
| Target Pre-Release Account Balance: | $0.00 |
| Pre-Release Deduction %: | 0% |
| Income Categories to Deduct From: | ✓ Payroll   ✓ Outside Source Funds |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $365.33 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $616.78 |
| Outstanding Negotiable Instruments: | $0.00 |

| | |
|---|---|
| Administrative Hold Balance: | $0.00 |
| Available Balance: | ($251.45) |
| National 6 Months Deposits: | $40.00 |
| National 6 Months Withdrawals: | $0.00 |
| Available Funds to be considered for IFRP Payments: | ($410.00) |
| National 6 Months Avg Daily Balance: | $327.73 |
| Local Max. Balance - Prev. 30 Days: | $365.33 |
| Average Balance - Prev. 30 Days: | $340.50 |

## Commissary History

**Purchases**

| | |
|---|---|
| Validation Period Purchases: | $0.00 |
| YTD Purchases: | $0.00 |
| Last Sales Date: | No Comm Sales |

**SPO Information**

| | |
|---|---|
| SPO's this Month: | 0 |
| SPO $ this Quarter: | $0.00 |

**Spending Limit Info**

| | |
|---|---|
| Spending Limit Override: | No |
| Weekly Revalidation: | No |
| Bi-Weekly Revalidation: | Yes |
| Spending Limit: | $205.00 |
| Expended Spending Limit: | $0.00 |
| Remaining Spending Limit: | $205.00 |

## Commissary Restrictions

**Spending Limit Restrictions**

| | |
|---|---|
| Restricted Spending Limit: | $0.00 |
| Restricted Expended Amount: | $0.00 |
| Restricted Remaining Spending Limit: | $0.00 |
| Restriction Start Date: | N/A |
| Restriction End Date: | N/A |

**Item Restrictions**

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|
| | | | | |



| UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF COLORADO<br>OFFICE OF THE CLERK | Alfred A. Arraj<br>United States Courthouse<br>901 19th Street<br>Denver, Colorado 80294<br>www.cod.uscourts.gov |
|---|---|

Jeffrey P. Colwell
*Clerk*

Phone (303) 844-3433

Date: 11/26/2019

☒ Pro Se    ☐ Retained    ☐ CJA    ☐ FPD    USA or other
☐ Federal Agency
(Appeal Fee Exempt)

Case No: 11-cr-184-WJM

☐ Amended Notice of Appeal
☐ Other pending appeals
☐ Transferred Successive
§2254 or §2255
☐ Supplemental Record

Date Filed: 11/25/2019

Appellant: Leon Henderson Askew

Pro Se Appellant:
☐ IFP forms mailed/given    ☐ Motion IFP pending    ☐ Appeal fee paid
☐ IFP denied    ☒ Appeal fee not paid

Retained Counsel:
☐ Appeal fee paid    ☐ Appeal fee not paid    ☐ Motion IFP filed

The Preliminary Record on Appeal is hereby transmitted to the Tenth Circuit Court of Appeals. Please refer to the forms, procedures, and requirements for ordering transcripts, preparing docketing statements and briefs, and designations of the record that are found on the Tenth Circuit's website, www.ca10.uscourts.gov.

If not already completed, either an appeal fee payment for filing this case or filing of a motion to proceed *in forma pauperis* will be made to this District Court.

The transcript order form must be filed in the District Court as well as the Court of Appeals within 14 days after the notice of appeal was filed with the District Court.

If you have questions, please contact this office.

Sincerely,

JEFFREY P. COLWELL, CLERK

by:  s/A. Garcia Garcia
Deputy Clerk

cc:    Clerk of the Court, Tenth Circuit Court of Appeals

Rev. 8/17/2017

Leon Henderson Askew 37987-013
Hazelton Federal Correctional Institution
P.O. Box 5000
Bruceton Mills, WV 26525

UNITED STATES DISTRICT COURT
CLERK OF COURT
901-19th Street
Denver, Colorado 80294

