**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 11-cr-184-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**LEON HENDERSON ASKEW,**

    Defendant.

---

**ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**

---

    The matter before the Court is the Motion for Leave to Proceed on Appeal Without Prepayment of Fees, ECF No. 194, filed by Defendant Leon Henderson Askew. The Court has examined the file and has determined that the motion must be denied. Pursuant to 28 U.S.C. § 1915(a)(3), the Court finds that this appeal is not taken in good faith because Mr. Askew has not shown the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal. Accordingly, it is

    **ORDERED** that the Motion for Leave to Proceed on Appeal Without Prepayment of Fees, ECF No. 194, is denied.

    Dated this 7th of January, 2020.

BY THE COURT:

_____
William J. Martínez
United States District Judge