Date May 15, 2020          Pg. 1 of 2

USA V. ASKEW   Case No. 11-cr-184 WJM

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 20 2020
JEFFREY P. COLWELL
CLERK

**MOTION FOR RETURN OF PROPERTY**

The above captioned case is under appeal in the Tenth Circuit (No. 19-1453 10th cir.). Can you please hold the ruling of this motion for Return of Property until the Tenth Circuit rules on the appeal? Thank you! The government oppose the motion.

## I. INTRODUCTION

The search warrant affidavit contains, knowing or reckless omissions, a court must add in the omitted facts and assess the affidavit in that light. Stewart v. Donges, 915 F.2d 572, 582-83 (10th cir 1990).

## II. FACTS

OMITTED FACTS: at            Deputy A. Thompson testified at trial that "he entered my residence to retrieve my dog remaining inside for up to 40 minutes, even exchanging officers at some point" "before a search warrant was issued." at [Bb-1 at 3.] these facts were omitted.

Omissions that is material because, but for it, the warrant could not have been lawfully issued. See id at 155-56; United States v. Kennedy 131 F.3d 1371, 1376 (10th Cir. 1997).

Because of this "Franks" violation all evidence obtained was the product of an illegal search [4th

pg. 2 of 2

amendment violation], and, must be returned.

## III. Conclusion

I plead for this honorable court to instruct the government to return all legal property to the rightful owner Leon Henderson Askew. Furthermore, I plead for this honorable court to issue a fair time of 7 days (or so how the court see fit) for the property to be fully returned including the cash w/interest upon my "release".

Please note: Attached is an estimated property inventory for the alternative. These facts are also governed by rule 32.2 criminal forfeiture which I did not receive!

I certify that a true and correct copy was mailed to the following address:

United States District Court
Clerk of Court
901 - 19th street
Denver CO 80294

Respectfully submitted
Sign: Leon Henderson Sr
Date: May 15, 2020

Attachment

## Property Inventory                                         pg. 1 of 1

Item

#1. Confiscated cash w/ interst          $ (unknown)

#2. Van Pontiac Montana 2000       $ 500.00
                          customized $ 5,000.00
                          Total       $ 5,500.00

#3. Jewelery                              $ 10,000.00

#4. Electronics                           $ 5,000.00

#5. Football career and equipment    $ 20,000.00
[I was an NFL Prospect pursuing a career in the NFL.]

#6. Dog (roxy)                            $ 1,000.00

#7. Bike                                  $ 1,000.00

#8. Misc (Sacred Family items, clothes, Resumes, cooking wear, personal Training equipment, antique pictures, Camping equipment, Business plans, self help Books, Bible (religous items), Home video footage, DVD's etc...    $ 30,000.00


Totals:      $ 67,000.00 w/o Van,
             or cash/w interst
             $ 5,500.00 For Van

             $ (Cash w/interst unknown)

Leon Henderson Askew
37987-013
F.C.I - Hazelton
Federal Correctional Institution
P.O. Box 5000
Bruceton Mills, WV 26525

Legal mail

80294-250151

PITTSBURGH PA 150
15 MAY 2020 PM 1 L

United States District Court
Clerk of Court
901-19th Street
Denver, CO 80294