IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00184-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    LEON HENDERSON ASKEW,

    Defendant.

_____

MOTION TO WITHDRAW ASSISTANT U.S. ATTORNEY SUSAN D. KNOX
_____

The United States of America, through Jason R. Dunn, United States Attorney for the District of Colorado, by Susan D. Knox, Assistant U.S. Attorney, hereby files its Motion to Withdraw Assistant U.S. Attorney Susan D. Knox as counsel of record in the above-captioned case. Assistant U.S. Attorney Kurt J. Bohn will remain the counsel of record in this case.

Dated this 26th day of May, 2020.

    Respectfully submitted,

    JASON R. DUNN
    United States Attorney

By:  *s/Susan D. Knox*
    SUSAN D. KNOX
    Assistant United States Attorney
    United States Attorney's Office
    1801 California St., Suite 1600
    Denver, Colorado   80202
    Telephone:   (303) 454-0100
    e-mail:   Susan.Knox@usdoj.gov
    Attorney for the Government

## CERTIFICATE OF SERVICE

   I hereby certify that on this 26th day of May, 2020, I electronically filed the foregoing MOTION TO WITHDRAW ASSISTANT U.S. ATTORNEY SUSAN D. KNOX using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                *s/Maggie E. Grenvik*
                Maggie E. Grenvik
                Legal Assistant