IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00184-WJM
(Civil Case No. 16-cv-02590-WJM)

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

LEON HENDERSON ASKEW,

    Defendant-Movant.

_____

**UNITED STATES' MOTION FOR SEVEN-DAY EXTENSION OF TIME
TO RESPOND TO MOTION FOR RETURN OF PROPERTY (ECF No. 196)**
_____

    The United States respectfully moves for a seven-day extension of time, to Monday, June 15, 2020, to respond to defendant Leon Henderson Askew's Motion for Return of Property (ECF No. 196).  This court issued an order on May 27, 2020, directing the government to file a response to Askew's motion on or before June 8, 2020.  The government needs this additional seven-day period of time in order to ascertain whether it is in fact in possession of the property Askew seeks in his motion.

    Due to Askew's incarceration, the government is not able to contact him to ascertain his position on this motion.

Respectfully submitted this 8th day of June, 2020.

>JASON R. DUNN
>United States Attorney
>
>*/s/ Michael C. Johnson*
>MICHAEL C. JOHNSON
>Assistant United States Attorney
>United States Attorney's Office
>1801 California Street, Suite 1600
>Denver, CO  80202
>Telephone:  (303) 454-0100
>E-mail:  michael.johnson2@usdoj.gov
>
>Attorneys for Plaintiff-Respondent
>United States of America

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CERTIFICATE OF SERVICE (CM/Colorado)

I hereby certify that on June 8, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/Erin Prall
ERIN PRALL
U.S. Attorney's Office