**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 11-cr-00184-WJM
(Civil Case No. 16-cv-02590-WJM)

UNITED STATES OF AMERICA,

      Plaintiff-Respondent,

v.

LEON HENDERSON ASKEW,

      Defendant-Movant.

_____

**AMENDED CERTIFICATE OF SERVICE [Doc. 200]**

**UNITED STATES' MOTION FOR SEVEN-DAY EXTENSION OF TIME
TO RESPOND TO MOTION FOR RETURN OF PROPERTY (ECF No. 196)**
_____

      The United States hereby files its Amended Certificate of Service in support of

ECF No. 200, namely, the United States' "Motion for Seven-Day Extension of Time to

Respond to Motion for Return of Property (ECF No. 196)."

      Respectfully submitted this 9th day of June, 2020.

                                  JASON R. DUNN
                                  United States Attorney

                                  */s/ Michael C. Johnson*
                                  MICHAEL C. JOHNSON
                                  Assistant United States Attorney
                                  United States Attorney's Office
                                  1801 California Street, Suite 1600
                                  Denver, CO 80202
                                  Telephone:  (303) 454-0100
                                  E-mail:  michael.johnson2@usdoj.gov

                                  Attorneys for Plaintiff-Respondent
                                  United States of America

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/Colorado)**


I hereby certify that on June 9, 2020, I electronically filed the foregoing document

with the Clerk of Court using the CM/ECF system.

I also certify that a copy of the foregoing document, and also a copy of ECF No.

200, namely, the United States' "Motion for Seven-Day Extension of Time to Respond to

Motion for Return of Property (ECF No. 196)" will both be placed in the U.S. Mail,

postage pre-paid, and addressed to the following:

Leon Henderson Askew
BOP Register No. 37987-013
Inmate Mail/Parcels
FCI Hazelton
P.O. BOX 5000
Bruceton Mills, WV  26525


/s/Erin Prall
ERIN PRALL
U.S. Attorney's Office