IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00184-WJM
(Civil Case No. 16-cv-02590-WJM)

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

LEON HENDERSON ASKEW,

    Defendant-Movant.

_____

**NOTICE OF ERRATA RE:  ECF NO. 203
(RESPONSE TO "MOTION FOR RETURN OF PROPERTY")**
_____

    The United States files this Notice of Errata regarding ECF No. 203, namely, the government's "Response to Motion for Return of Property" filed June 15, 2020.

    First, the declaration of Asst. U.S. Attorney Tonya Andrews, filed as an exhibit to the government's June 15, 2020 "Response to Motion for Return of Property," contains one typographical error.  In paragraph 3 at line 5 of Ms. Andrews' declaration, she typed the name "Leon *Hernandez* Askew" when she meant instead to type the name "Leon *Henderson* Askew."  This typographical error was inadvertent and unintended.  Ms. Andrews has corrected that typographical error, and her corrected declaration which contains the name *Henderson* instead of *Hernandez* at that location is attached to this Notice of Errata.  No other change was made to Ms. Andrews' declaration, other than to

indicate that the declaration was electronically signed by Ms. Andrews on today's date, June 16, 2020.  *See* attached declaration at 3.

Second, in the government's June 15, 2020 "Response to Motion for Return of Property" on page 6 at line 3, the government inadvertently and unintentionally omitted the word "*stated*."  The corrected phrase on line 3 of page 6 should instead read as follows:  "Deputy Thompson *stated*, in pertinent part:".

The government notes that it contacted the district court clerk's office to inquire how to bring these two unintended errors to this court's attention.  The clerk's office informed the undersigned that it contacted a representative from this court and was told that the government may inform this court of the two errors via a Notice of Errata.

The government is serving the defendant, Leon Henderson Askew, with a corrected copy of its "Response to Motion for Return of Property" that contains the word "stated" on page 6, line 3.  The government is also serving Mr. Askew with a copy of this Notice of Errata, which contains as an attachment Ms. Andrews' corrected declaration.

Respectfully submitted this 16th day of June, 2020.

JASON R. DUNN
United States Attorney

*/s/ Michael C. Johnson*
MICHAEL C. JOHNSON
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO  80202
Telephone:  (303) 454-0100
E-mail:  michael.johnson2@usdoj.gov

Attorneys for Plaintiff-Respondent
United States of America

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CERTIFICATE OF SERVICE (CM/Colorado)

I hereby certify that on June 15, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that a copy will be placed in the U.S. Mail, postage pre-paid and addressed to the following:

Leon Henderson Askew
Reg. No. 37987-013
FCI Inmate Mail/Parcels P.O. Box 5000
Bruceton Mills, WV 26525

/s/Erin Prall
ERIN PRALL
U.S. Attorney's Office