# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Christopher M. Wolpert<br>Clerk of Court | July 17, 2020 | Jane K. Castro<br>Chief Deputy Clerk |

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589


Mr. Leon Henderson Askew
FCI - Hazelton
P.O. Box 5000
Bruceton Mills, WV 26525
#37987-013


Mr. Michael Conrad Johnson
Office of the United States Attorney
District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202

**RE:**   **19-1453, United States v. Askew**
   Dist/Ag docket: 1:11-CR-00184-WJM-1

Dear Clerk, Appellant, and Counsel:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of the Court

CMW/at