Re: ECF No. 196
Motion for return of property.
Re: Tenth Circuit's mandate on 7-17-2020.
Case No. 19-1453

Date: July 25, 2020      Pg. 1 of 1

USA v. Askew
Case No. 11-cr-184 WJM

Greetings and God Bless you!

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 30 2020
JEFFREY P. COLWELL
CLERK

Dear Honorable William S. Martinez:

Please, take note that the Tenth Circuit issued it's mandate Re: Appeal No. 19-1453 dismissing the case, on July 17-2020.
I mailed a copy of the order to you on July 25, 2020 attached to motion for Immediate Release under 19 U.S.C. 1592.
I also would like to let you know that I contacted the El Paso County Sheriff's Office [the arresting agency] and asked them to forward the funds specifically 1,341.00 that AUSA Ms. Tonya S. Andrews authorize the release of. To date I have not received the currency. [letter of request of funds was mailed on 6-24-2020.] I also would like to thank the court for the holding of it's ruling. Ms. Tonya S. Andrews did an exceptional job trying to track down my property.

Thank you!                Sincerely,
                          Leon D. as

I certify that a true and correct copy of the foregoing was mailed to:
US District Court District of Colorado
901-19th St. Denver, CO 80294

Leon Henderson Askew
37987-013
F.C.I. - Hazelton
Federal correctional institute
P.O. Box 5000
Bruceton Mills, WV 26525

PITTSBURGH PA 150
27 JUL 2020 PM 1 L

United States District Court
District of Colorado
901 - 19th Street
Denver, CO 80294

80294-250151

Legal mail