Pg. 1 of 1

Re: Notice of Address Change
Re: Case No: 11-cr-184 WJM
    USA v. Askew

Date: 11/6/2020

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**NOV 10 2020**

JEFFREY P. COLWELL
CLERK

Greetings & God Bless you!

To whom it may concern:

Dear Sir or Madam:

In the above caption case, the address has changed.

The new address is:

Leon Henderson Askew
#37987-013
Independence House
2765 South Federal Blvd.
Denver, CO 80236

Sincerely,

Leon H. A.

Leon Henderson Askew
#37987-013
Independence House
2765 South Federal Blvd.
Denver, CO 80236

DENVER CO 802
7 NOV 2020 PM 6 L



UNITED STATES DISTRICT COURT
For DISTRICT OF COLORADO
901-19th st.
Denver, CO 80294

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 10 2020

JEFFREY P. COLWELL
CLERK

11-cr-184-WJM

Legal mail




© USPS 2019