Pg. 1 oF 1

Case No. 11-cr-184 WJM
16-cv-02590 WJM

USA V. Askew

Date: Nov. 14, 2020

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 20 2020
JEFFREY P. COLWELL
CLERK

# NOTICE OF Release OF Currency

On November 13, 2020, The Colorado Springs Police Department released the currency specifically, 1,341.00 and 1,259.02. which was the basis of MOTION FOR Return OF Property ECF NO [196], that is pending before this Honorable Court.

Please Note: Items referencing [Currency] in motion for return of property has been satisfied. [Colorado Springs Police Department has returned all evidence in Re: "Currency" in the name OF Leon Henderson Askew, that was being held For evidence pending appeals.]

I certify that a true and correct copy of the foregoing was mailed via 1st class postage to the following address:
United States District Court
District of Colorado
901-19th street
Denver, CO 80294

Respectfully submitted

Leonid a

Leon H. Askew
#37987-013
Independence House
3765 South Federal Blvd
Denver, CO 80236

802294-250099

DENVER CO 802
17 NOV 2020 PM 8
FOREVER USA

Barn Swallow

CLERK OF COURT
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
901-19th Street
Denver, CO 80294