USA v. Askew    Case No. 11-cr-184-WJM

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 19 2021
JEFFREY P. COLWELL
CLERK

pg 1 of 2

Date: Jan 17, 2021

## Motion For Appointment of Alternative Defense Counsel (CJA).

Comes now petitioner, pro se, to request appointment of Alternative defense counsel (CJA) for the reasons stated below:

1) On December 17, 2020 this honorable court issued it's order [213] as to petitioner motion for Immediate Release under 19 U.S.C § 1592 (ECF No. 207) which was Denied without Prejudice.

2) Petitioner believes that effective counsel can handle this stage of the proceedings effectively.

3) Petitioner has contacted the public Defenders office on Jan. 15, 2021 and was informed that a conflict exist and assistance from their office is not possible.

- Conclusion -

Due to petitioners conflict with the PDF office, and the avenue that this honorable court left, as to, motion for release and it's refiling, petitioner respect request appointment of counsel from the CJA poll.

Respectfully submitted,

Leon Henderson de

- Certificate of Service -

I certify that a true and correct copy of the foregoing was mailed via first class postage to the following address:

Clerk of Court
United States District
District of Colorado.
901 - 19th Street
Denver CO. 80294

Respectfully submitted,
Leon H a

Leon H. Askew
37987-013
Independence House
2765 S. Federal Blvd
Denver, Co 80236

DENVER CO 802
16 JAN 2021 PM 4 L

CLERK OF COURT
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
901 - 19th st
Denver, CO 80294