CO-PROB12B
(Revised 5/14-D/CO)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

U.S.A. vs. LEON HENDERSON ASKEW            DKT. NO. 1:11CR00184-1

## PETITION TO MODIFY CONDITIONS OF SUPERVISED RELEASE

COMES NOW, Kit Griffin, United States Probation Officer, presenting an official report upon the conduct and attitude of defendant Leon Henderson Askew, who was placed on supervision by the Honorable Wiley Y. Daniel, sitting in the United States District Court in Denver, Colorado, on June 8, 2012.  The defendant was sentenced to a total term of 130 months' imprisonment and a total of 5 years' supervised release for the following offenses: Felon in Possession of Firearm, in violation of 18 U.S.C § 922(g)(1); Possession with the Intent to Distribute Cocaine Base (Crack Cocaine), in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C); Possession with Intent to Distribute Cocaine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C); Carrying or Using a Firearm During and in Relation to a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A).  On June 11, 2019, this case was reassigned to the Honorable William J. Martinez. Supervision commences on March 12, 2021, and is set to expire on March 11, 2026. As noted in the judgment [Document 103], the court ordered mandatory, special and standard conditions of supervision.

## STATEMENT IN SUPPORT OF ACTION/JUSTIFICATION

The defendant commences supervised release on March 12, 2021.  However, he has asked to remain at a residential reentry center (RRC) for additional time to secure a viable residence.  The defendant and RRC staff report that he has had difficulty obtaining his birth certificate and Social Security card, which had made it nearly impossible for him to obtain employment.  He does not have the financial means to obtain a residence until he is employed.  The defendant is agreeable to a modification of the conditions of supervised release to include placement at the RRC, to avoid releasing from the RRC as homeless.  This will provide the defendant with additional time to secure the needed documents to obtain employment and a viable release residence.  Therefore, a modification to the conditions of supervision is recommended.

On March 4, 2021, the defendant executed a form entitled, "Waiver of Hearing to Modify Conditions of Supervised Release," which waives the right to a hearing and agrees to the proposed modification of the conditions of supervision.  Assistant U.S. Attorney Kurt Bohn was contacted and has no objection to the proposed modification.

## RESPECTFULLY REQUESTING THAT THE COURT WILL ORDER:

Modification of the terms of Supervised Release to include the following special condition:

Case 1:11-cr-00184-WJM   Document 216   Filed 03/05/21   USDC Colorado   Page 2 of 2

Leon Henderson Askew  
1:11CR00184-1

Petition to Modify Conditions of Supervised Release  
Page 2

March 5, 2021

1. You must reside in a residential reentry center (RRC) for a period of up to 6 months, to commence as soon as bed space is available and placement is accepted, as directed by the probation officer, and you must observe the rules of that facility. You may be discharged earlier than 6 months by the Probation Office if you are in compliance with your conditions of supervised release and a suitable release plan has been approved by the probation officer.

I DECLARE under penalty of perjury that the foregoing is true and correct.

*s/Kit Griffin*
Kit Griffin
United States Probation Officer
Place:   Denver
Date:    March 5, 2021

*s/Edgar T. Ruiz*
Edgar T. Ruiz
Supervisory United States Probation Officer
Place:   Denver
Date:    March 5, 2021