**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:11CR00184-1

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

LEON HENDERSON ASKEW,

        Defendant.

**ORDER REGARDING REQUEST FOR MODIFICATION OF THE CONDITIONS OF SUPERVISION**

THIS MATTER is before the Court upon request by the probation officer to modify conditions of supervised release on the above-named defendant.

HAVING considered the probation officer's petition, the Court:

ORDERS the defendant's terms of supervision be modified to include the following special condition:

You must reside in a residential reentry center (RRC) for a period of up to 6 months, to commence as soon as bed space is available and placement is accepted, as directed by the probation officer, and you must observe the rules of that facility.  You may be discharged earlier than 6 months by the Probation Office if you are in compliance with your conditions of supervised release and a suitable release plan has been approved by the probation officer.

FURTHER ORDERS that all terms and conditions of supervision previously imposed remain in full force and effect.

DATED at Denver, Colorado, this _____ day of March, 2021.

BY THE COURT:

_____
William J. Martinez
United States District Judge