PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## DENVER, DISTRICT OF COLORADO

## Waiver of Hearing to Modify Conditions
## Of Supervised Release

I, Leon Askew, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release, or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

After discussing the below noted modification to my term of supervised release with an attorney of my choosing, I hereby voluntarily waive my statutory right to a hearing to modify my conditions of supervised release. I also agree to the following modification of my conditions of probation and supervised release or to the proposed extension of my term of supervision:

1. You must reside in a residential reentry center (RRC) for a period of up to six months, to commence upon release from confinement or upon the first available vacancy at an RRC and must observe the rules of that facility. An early discharge from the RRC may be authorized by the probation officer in consideration of the availability of a suitable residence, your ability to pay for a residence, and your compliance with the conditions of supervision.

Witness _Kit Griffin_____
(U.S. Probation Officer)

Signed _/s/ Leon Askew_____
Supervised Releasee

3/4/2021
(Date)