# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00184-WJM-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Leon Henderson ASKEW,

    Defendant.

## ORDER REGARDING VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE

THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violations of the conditions of supervision.

HAVING considered the probation officer's petition, the Court

  __X__   ORDERS the issuance of an arrest warrant.

  ____   ORDERS the issuance of a summons.

  ____   DENIES the request.

DATED at Denver, Colorado, this __22nd__ day of June, 2022.

BY THE COURT:

_____
William J. Martinez
United States District Judge