# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-00184-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Leon Askew,

    Defendant.

---

## ENTRY OF APPEARANCE AS COUNSEL
## FOR THE GOVERNMENT

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

Dated this 3rd day of January, 2023.

    Respectfully submitted,

    COLE FINEGAN
    United States Attorney

    By:  *s/Albert Buchman*
          ALBERT BUCHMAN
          Assistant U.S. Attorney
          1801 California St., Suite 1600
          Denver, CO  80202
          Telephone: (303) 454-0100
          E-mail: al.buchman@usdoj.gov
          Attorney for the Government

<u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on this 3rd day of January, 2023, I electronically filed the foregoing **ENTRY OF APPEARANCE AS COUNSEL FOR THE GOVERNMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                <u>*s/Lauren Timm*</u>
                Lauren Timm
                Legal Assistant
                US Attorney's Office