IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:11-cr-00184-WJM

UNITED STATES OF AMERICA

    Plaintiff,

v.

LEON ASKEW,

    Defendant.

---

**UNOPPOSED MOTION TO RESCHEDULE TIME OF HEARING**

---

    Defendant, Leon Askew, through undersigned counsel, respectfully moves that the time for the Detention Hearing and Preliminary Revocation Hearing be rescheduled from 10:00 a.m. to 11:00 a.m. on January 5, 2023.  Counsel makes this request due to a pre-existing conflict with her schedule.  Undersigned counsel has conferred with AUSA Albert Buchman who does not oppose the relief requested in this Motion.

    DATED: January 3, 2023

1

Respectfully submitted,

*s/ Dru Nielsen*
Dru Nielsen, Reg. No. 28775
HADDON, MORGAN AND FOREMAN, P.C.
950 East 17th Street, Suite 1000
Denver, CO 80202
Phone: 303.831.7364
Fax: 303.832.2628
Email: dnielsen@hmflaw.com

*Attorney for Leon Henderson Askew*

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2023, I electronically filed the foregoing *Unopposed Motion to Reschedule Time of Hearing* with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record

*s/ Holly Rogers*