AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

2023 JAN -3 AM 11:08

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:11-cr-00184-WJM-01 |
| | ) | |
| Leon Henderson Askew | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)    Leon Henderson Askew

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Violation of Law
Failure to Report to the Probation Officer as Directed

Date: 6/22/2022

s/H. Guerra, Deputy Clerk
Issuing officer's signature

City and state:    Denver, Colorado

JEFFREY P. COLWELL, Clerk of Court
Printed name and title

### Return

This warrant was received on (date) 06/23/2022, and the person was arrested on (date) 12/28/2022
at (city and state)    Colorado Springs, CO.

Date: 12/28/2022

Arresting officer's signature

A. Gallagher, Deputy United States Marshal
Printed name and title