**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:11-cr-00184-WJM

UNITED STATES OF AMERICA

    Plaintiff,

v.

LEON ASKEW,

    Defendant.

---

**UNOPPOSED MOTION TO RESCHEDULE THE FINAL SUPERVISED RELEASE VIOLATION HEARING**

---

Defendant, Leon Askew, through undersigned counsel, respectfully moves that the Final Supervised Release Violation Hearing be rescheduled from April 20, 2023, to the week of May 1, 2023. Counsel makes this request as she is scheduled to be in a seven-day long trial starting April 18, 2023. Undersigned counsel has conferred with Assistant Untied States Attorney Albert Buchman and United States Probation Officer Mike Bohlen, who do not oppose the relief requested in this Motion.

DATED: January 18, 2023

Respectfully submitted,

*s/ Dru Nielsen*

Dru Nielsen, Reg. No. 28775
HADDON, MORGAN AND FOREMAN, P.C.
950 East 17th Street, Suite 1000
Denver, CO 80202
Phone:   303.831.7364
Fax:      303.832.2628
Email:   dnielsen@hmflaw.com

*Attorney for Leon Henderson Askew*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2023, I electronically filed the foregoing *Unopposed Motion to Reschedule the Final Supervised Release Violation Hearing* with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record

*s/ Savanna Benninger*

2