LEON HENDERSON ASKEW

V.   Case No. 11-cr-00184-WJM

UNITED STATES OF AMERICA

Date: 1-12-2023

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 20 2023

JEFFREY P. COLWELL
CLERK

## NOTICE OF CHANGE OF ADDRESS

Defendant is now at: F.C.I. Englewood 9595 West Littleton West Quincy, Littleton, Colorado 80123.

Certificate of Service

I certify that a true and correct copy of the foregoing was mailed via First class mail to the following address:

UNITED STATES DISTRICT COURT
OF COLORADO
915 19th street
Denver CO 80202

Respectfully submitted,
Leon Henderson Askew

Date: 1-16-2023