LEON HENDERSON ASKEW                    Pg. 1 OF 2
    defendant,
        V.                  Case No. 11-cr-00184-WJM
UNITED STATES OF AMERICA

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 20 2023

JEFFREY P. COLWELL
CLERK

Date: 1-12-2023

---

**MOTION TO CLARIFY LEON HENDERSON ASKEW (TERMINATED) Verbatum.**

---

Comes now defendant to move this Honorable court to clairfy ~~verbatum~~ verbatum the meaning behind LEON HENDERSON ASKEW (TERMINATED) For the reasons listed below:

Defendant has filed numerous of motions with this honorable court in which upon, which the court issues it's receipt of filings and it's orders addressed to the addresse as LEON HENDERSON ASKEW (TERMINATED), which has caused a lot of confusion to myself and B.O.P. Administration including Wardens and Case Management, Even to the point of Case Managers responding with the response like "I never seen that before" "Maybe it means your dead!"

So since I'm very much alive, will this honorable court verbatmum clairfy the meaning of LEON HENDERSON ASKEW (TERMINATED) that has been addressed to me and sent to the Institutions followed by my Registration number, and the address of the institutions I have been housed

at? Please NOTE:

~~Please the~~ LEON HENDERSON ASKEW (TERMINATED) has been placed on the FRONT of the envelopes, and INSIDE at mailed by other means on the ECF Filings, that was mailed by this court.

Thank you!

Respectfully submitted,

Leon Henderson Ask

Certificate of Service

I certify that a true and correct copy of the foregoing was mailed via first class postage to the following address:

UNITED STATES DISTRICT COURT
OF COLORADO
915 19th Street
Denver Co 80202

Date 1-12-2023

LEON Askew 37987-013
915 19th Street
Denver CO 8027
Federal Correctional
Institute Englewood
F.C.I Englewood
9595 West Quincy
Littleton, Colorado 80123

legal mail

UNITED STATES DISTRICT
COURT DISTRICT OF COL-
ORADO
915 19th Street
Denver, CO 80202