LEON HENDERSON ASKEW    Pg. 1 of 1
        defendant
V.                    Case No. 11-cr-00184-WJM

UNITED STATES OF AMERICA

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 20 2023
JEFFREY P. COLWELL
CLERK

Date: 1-12-2023

## MOTION TO APPOINT CONFLICT-FREE COUNSEL IN Defendants (POST CONVICTION MATTER).

Comes now defendant to request that this honorable court appoint conflict free counsel.

For the reasons listed below:

Upon the defendant due dilligence, it has been brought to light that there might or may be evidence of prosecutorial misconduct in this case.

Defendant is not an expert in this field.

Defendant is currently incarcerated and without the means to pay for his own attorney.

Therefore defendant respectfully request this honorable court to appoint counsel in this matter.

**Certificate of Service**
I certify that a true and correct copy of the foregoing was mailed via First class postage to the following address:
US District Court of Colorado
915 19th Street   Denver CO 80202

Respectfully submitted
Leon Henderson Ask