UNITED STATES OF AMERICA

V.     Case No. 11-cr-00184-WJM

LEON HENDERSON ASKEW
defendant.

Pg 1 of 1

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 02 2023

JEFFREY P. COLWELL
CLERK

Date: Jan. 26, 2023

## NOTICE OF CHANGE OF ADDRESS

Please take note: LEON HENDERSON Askew is now located at:

Leon Henderson Askew
37987-013
Federal correctional institute
F.C.I - Englewood
9595 West Quincey
Littleton, CO 80123

Certificate of service
I certify that a true and correct copy was delivered to the following: US District court of colorado, 901 19th street Denver, CO 80202

Respectfully submitted,
Leon Henderson aw