United States of America                          Pg. 1 of 2

      V.    Case No. # 11-cr-00184-WJM

Leon Henderson Askew
      defendant.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**FEB 02 2023**

JEFFREY P. COLWELL
CLERK

Date: Jan. 25, 2023

## MOTION TO CLAIRIFY
## LEON HENDERSON ASKEW (TERIMINATED) "Verbatim."

Comes now petitioner to motion this honorable court to clairify the meaning of LEON HENDERSON ASKEW (TERIMINATED) "verbatim!" For the reasons listed below:

The petitioner has been filing post convictions motions for the past several years. At one point petitioner requested Immediate relase for the violations of his constitutional rights in which the court began to use the language LEON HENDERSON ASKEW (TERIMINATED) followed by his registration number, and the address of the institution he was housed (over several institution, for over several years.)

This type of language has caused a lot of confusion to not just him, but also to case mangers, unit managers, their legal staff, and upper executive administrations including wardens.

At one point when petitioner inquired to case managers what the meaning of LEON HENDERSON ASKEW (TERIMINATED) means one case manager responded "Does it mean your dead"?

The court has placed this ~~tamage~~ language on the front of envelopes mailed by this court and also on the ECF filings

located inside the contents of the mailed envelopes at mailed by other means. \* petitioner is not dead! \* Pg. 2 of 2

Since petitioner is not an expert in this language, nor, it neither is the B.O.P staff recieving the mail first, and has contacted washington via warden to find out it's meaning to no avail. [including ~~em~~ criminal lawyers.]

Petitioner moves this honorable court to **clarify** verbatim LEON HENDERSON ASKEW (TERMINATED), that is followed by. his registration number, and, address of the institutions or places he has been housed at for over the past several years.

respectfully submitted,
Leon Henderson ask

Certificate of service
I certify that a true and correct copy of the foregoing was mailed to the following address via first class postage.

CLERK OF COURT
united states district court
District of Colorado.
901 19th street
Denver CO 80202

LEON HENDERSON ASKEW
37987-013
Federal correctional institution
F.C.I - Englewood
9595 West Quincy
Littleton, CO 80123

DENVER CO 802
31 JAN 2023 PM 9 L

CLERK OF COURT
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
901 19th Street
Denver CO 80202

80294-250151