UNITED STATES OF AMERICA

V. Case No: 11-cr-00184-WJM

LEON HENDERSON ASKEW
 Petitioner.

pg 1 of 3

# MOTION TO APPOINT COUNSEL FOR POST CONVICTION PROCEEDINGS.

Filed / RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 03 2023
JEFFREY P. COLWELL
CLERK

Date Jan. 31, 2023

Comes now petitioner to motion this honorable court to appoint CJA as an expert in post conviction proceedings.

For the reasons listed below:

Please NOTE: Current counsel Dru Nielsen was only appointed to represent me on Probation violation, not post conviction proceedings, Per CJA.

The government withheld exculptory evidence in the guise of forfeiture action not being brought against the defendant.

Defendant was tried and convicted of at least a count of possession and distribution of drugs.

The government used some money found allegedly in the possession of the defendant and produced the money in front of the jury as evidence of drug transaction money.

pg 2 of 3

The jury used that evidence to conviction on at least one if not more of the accounts related to [drugs].

The government may have withheld forfeiture action proceedings to prevent an additional hearing that may have exposed a 4th amendment violation.

The government have a legal duty to give exculptory evidence up at the earliest time known.

By not exposing that the defendant money was taken by an 4th amendent violation and any and all hearings associated with a forfeiture action may reveal to the court that the same evidence used to rely on a forfeiture action was also used to convict at trial.

Instead, the government chose to give the allegedly drug money back to the defendant (the defendants daughter went and picked this money up at the colorado springs police station, they gave her the [funds in cash.]

The petitioner with the appoint of CJA expert can link the government as withholding exculptory evidence in the guise of not holding a forfeiture hearing to confiscate money used at trial to convict and to make an arrest

pg. 3 of 3

This evidence that was given back to the defendant shows the constitutional violation was withheld from the defendant buy the government, and yet the same was used to convict at trial.

- The government may have committed prosecutorial misconduct.
- The petitioner is not an expert in this area.
- This type of legal matter may be considered misconduct by the government. In a Order, this court appointed or cited that petitioner is already represented by counsel Ms. Nielsen.
- Ms. Nielsen informed me on Jan 31, 2023 that she recived the order from the court stating that all motions must be filed by and through her.
- Ms. Nielsen further contacted CJA and was told that she was only appointed for probation violation not 2255 [CJA may beable to prevent miscarriage of justice!]

Therfore petitioner moves this honorable court to appoint an expert in this matter.

certificate of service

I certify that a true and correct copy of the foregoing was mailed to the following:

US District court, 901 19th street
Denver, CO. 80294

Respectfully submitted,
Sam Henderson ash

