UNITED STATES OF AMERICA
Plaintiff,
V.      Case No. 11-cr-00184-WJM
LEON HENDERSON ASKEW
defendant.

Pg. 1 of 4

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 13 2023
JEFFREY P. COLWELL
CLERK

Date: Feb. 8 2023

# MOTION TO PRODUCE THE BODY OF LEON HENDERSON ASKEW BEFORE THIS COURT TO SHOW CAUSE.

## INTRODUCTION

Comes now defendant to motion this honorable court to direct the government to produce the body of Leon Henderson Askew before this honorable to show cause why the government used legal funds that were confiscated from the defendant and then later showed to the jury as evidenced as drug money, and then later returned back to him.

For the reasons listed below:

Under ~~forth~~ Forfeiture allegations the government has the duty to confiscate all

illegal property that were seized by the government from the defendant.

## — Argument —

The government showed the jury funds that were taken from the defendant (in the form cash, USA currency) told the jury that the defendant used this money to buy, distribute, manufacture, transport, and sale in his connection with drug charges that he is indicted with.

The jury ~~believed~~ the government and the showing of that cash enough to convict mr. Askew of all counts of the drug charges.

Later, the government returned that same (US currency) cash back to mr. Askew in the same manner that it was confiscated from him, showed to the jury and then returned back to him [in cash]

## – Conclusion –   pg. 3 of 4

The government violated mr. Askew due process rights when they withheld the truth from the jury as to telling the jury that by law they will be returning the money back to mr Askew that was just showed, told, and use as the evidence that you (the jury) just viewed.

Then in order to prevent the true facts about the money being legal, they (the government) will not seek forfeiture action, to conceal this misconduct by the government, and simply return it back to him.

The government violated mr. Askew due process and engaged in prosecutorial misconduct and mislead the jury and the court, that the cash was illegal.

## – In closing –

The defendant motions this court to direct the government to produce the body of Leon Henderson Askew before this court and show cause.

pg. 4 of 4

Furthermore, defendant respectfully request that this honorable grants him permission for the order that the court just ruled on (247) Denying for lack of good cause shown, be reassociated with defendants motion to appoint counsel for post conviction proceedings [246].

As in good-faith defendant has now filed this said motion in association with his constitutional protection, and ECF 246, 247.

And the assistance of counsel shall help him prevail, and permission for leave to proceed likewise.

Respectfully submitted,
Sam Henderson ash

Certificate of Service

I certify that a true and correct copy of the foregoing was mailed to the following address.

Clerk of court, US District court, For the District of Colorado, 901 19th street, Denver, Colorado 80294.

Leon Henderson Askew
37987-013
F.C.I. Englewood
Federal Correctional Institution
9595 West Quincey Ave.
Littleton, CO 80123

DENVER CO 802
9 FEB 2023 PM 8 L

Clerk of Court
United States District
Court of Colorado
901 19th Street
Denver, CO 80294

Legal mail

80294-250151