UNITED STATES OF AMERICA
Plaintiff,
v.
Case No. 11-cr-00184-WJM
LEON HENDERSON ASKEW
defendant

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 23 2023
JEFFREY P. COLWELL
CLERK

pg 1 of 2

Date: Feb. 20 2023

**MOTION TO CORRECT REASON TO STRIKE MOTION TO CLARIFY LEON HENDERSON ASKEW (Terminated) VERBATIM. [240] and [244]**

Comes now defendant to motion this honorable court to correct reason to strike motion to clarify Leon HENDERSON Askew (Terminated) verbatim. [240] and [244] for the reason's below:

The court recently issued a order to strike motion to clarify Leon Henderson Askew (Terminated) verbatim [240] and [244] as of he is represented by "counsel."

As the court is now awhere of previous filing of motion to Appoint conflict free counsel for post conviction proceeding [246] that

pg. 2 of 2

his current counsel is represented for his probation violation only per CJA as mentioned in [246] and again clarified by Ms. Dru Nielsen (CJA). As the court can see the court made an error in its order [242] stating that Mr. Askew is represented by current counsel therefore his motion to appoint conflict Free ~~conflict~~ counsel for his post-conviction proceeding is Denied and striking motions as well, motion to clarify Leon Henderson Askew ~~(terminated)~~ (terminated) Verbatim [244] Mr. Askew moves this court to correct it's reason striking motions [240, 241, 244] as per CJA Mr. Askew current counsel was appointed only for probation violation making the courts reason to strike in-accurate and he moves the court to correct it's order.

Certificate of service

I certify that a true and correct copy of the foregoing were mailed to the following:

United States District Court
901-19th street Denver, CO 80294.

Respectfully submitted,
Leon Henderson askew



Leon Henderson Askew
37987-013
F.C.I - Englewood
Federal Correctional Institution
9595 West Quincy Ave.
Littleton, CO 80123

Legal Mail

DENVER CO 802
21 FEB 2023 PM 6 L

CLERK OF COURT
UNITED STATES DISTRICT COURT
FOR COLORADO
901 - 19th Street
Denver, CO 80294

80294-250151