UNITED STATES OF AMERICA
Plaintiff,
v
Case No. 11-cr-00184-WJM
LEON HENDERSON ASKEW
defendant.

pg 1 of 2

Date Feb. 20 2023

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 23 2023
JEFFREY P. COLWELL
CLERK

**MOTION TO APPOINT COUNSEL FOR PENDING POST CONVICTION MOTION Re: ECF [249]**

Comes now defendant to motion this court to appoint counsel for pending Post-conviction motion Re: ECF [249]

For reason's listed below:

Defendant has before this court Motion to produce the body of Leon Henderson Askew to show cause [249] that is pending.

Defendant is currently represented by counsel Ms. Dru Nielsen but only for a probation violation [per CJA].

Therefore defendant respectfully in accordance with the courts order [247]

Pg 2 of 2

Motion this honorable court to appoint him counsel for said motion to produce the body of Leon Henderson Askew to show cause [249] currently pending before the court filed on Feb. 13 2023.

Respectfully submitted,
Leon Henderson ask

Certificate of Service

I certify a true and correct copy of the foregoing were mailed via first class postage on Feb. 20 2023 to the following

Clerk of court
United States District Court
901 - 19th Street
Denver, CO 80294