**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:11-cr-00184-WJM

UNITED STATES OF AMERICA

    Plaintiff,

v.

LEON ASKEW,

    Defendant.

---

**MOTION TO CLARIFY APPOINTMENT AND TO APPOINT ANOTHER ATTORNEY TO REPRESENT MR. ASKEW ON POST-CONVICTION ISSUES**

---

Undersigned counsel has been appointed to represent Mr. Leon Askew in a supervised release violation petition. Undersigned counsel confirmed with the CJA Coordinating Attorney that her representation is limited to assisting Mr. Askew with the alleged violation of supervised release and she has not been appointed to represent Mr. Askew on post-conviction issues.

Mr. Askew has filed a number of motions related to post-conviction issues, including requesting that counsel be appointed to represent him.  (Docs. #241, 246, 253).  As undersigned counsel has not been appointed for this purpose, nor does she wish to be appointed to represent Mr. Askew on post-convictions issues, she seeks clarification that she is not counsel for Mr. Askew on post-conviction issues other than representing Mr. Askew in a supervised release

1

violation petition. On Mr. Askew's behalf, undersigned counsel requests that a different attorney from the CJA panel be appointed to represent Mr. Askew in pursuing post-conviction relief.

DATED: March 14, 2023

        Respectfully submitted,

        *s/ Dru Nielsen*
        Dru Nielsen, Reg. No. 28775
        HADDON, MORGAN AND FOREMAN, P.C.
        950 East 17th Street, Suite 1000
        Denver, CO 80202
        Phone:   303.831.7364
        Fax:     303.832.2628
        Email:   dnielsen@hmflaw.com

        *Attorney for Leon Henderson Askew*

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2023, I electronically filed the foregoing *Motion to Clarify Appointment and to Appoint Another Attorney to Represent Mr. Askew on Post-Conviction Issues* with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

        *s/ Savanna Benninger*