# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.  11-cr-00184-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEON ASKEW,

    Defendant.

_____

## JOINT MOTION TO CONTINUE THE FINAL SUPERVISED RELEASE VIOLATION HEARING
_____

The parties respectfully file this Joint Motion to Continue the Final Supervised Release Violation Hearing.

A final supervised revocation hearing is currently set for May 11, 2023. The defendant also has a pending criminal case, District of Colorado Case No. 22-cr-00145-PAB, which forms the basis of allegation two of the supervised release revocation here. *See* ECF 220. The companion case is set for a motions hearing on May 1, 2023, and for a jury trial on July 31, 2023. For the motions hearing, five suppression issues have been raised as well as a constitutional challenge to the charges in the indictment. The parties anticipate both the motions hearing and trial to proceed.

Accordingly, the parties request that this Court vacate the pending May 11, 2023, Final Supervised Release Hearing and allow the parties to reset the matter after the resolution of the pending matters in District of Colorado Case No. 22-cr-00145-PAB.

DATED this 17th day of April, 2023.

COLE FINEGAN
United States Attorney

*s/ Albert Buchman*
ALBERT BUCHMAN
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Telecopier: (303) 454-0403
E-mail: Al.buchman@usdoj.gov

*s/ Dru Nielsen*
Dru Nielsen
Meredith O'Harris
Haddon, Morgan and Foreman, P.C.
950 17th Street, Suite 1000
Denver, CO 80202
Phone: 303.831.7364
Fax: 303.832.2628
Email: dnielsen@hmflaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on April 17, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/ Lauren Timm*
Lauren Timm
Legal Assistant
United States Attorney's Office